1 | BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
2 | MICHAEL R. DOYEN (State Bar No. 119687)
michael.doyen@mto.com
3 | BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
4 | MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
5 | Fiftieth Floor
Los Angeles, California 90071-3426
6 | Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
7 |
8 | Attorneys for Plaintiffs MGM RESORTS
INTERNATIONAL, MANDALAY
9 | RESORT GROUP, MANDALAY BAY,
LLC , MGM RESORTS FESTIVAL
10 | GROUNDS, LLC, and MGM RESORTS
VENUE MANAGEMENT, LLC
11 |

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14 |

15 | MGM RESORTS INTERNATIONAL, MANDALAY RESORT GROUP, MANDALAY BAY, LLC, MGM | Case No.

16 | RESORTS FESTIVAL GROUNDS, LLC, MGM RESORTS VENUE | **COMPLAINT FOR DECLARATORY RELIEF**

17 | MANAGEMENT, LLC

18 | Plaintiffs,

19 | vs.

20 | DAVID AASE; GARY AASE; MARK

21 | ABRAHAM; ANDREA ABRAMS; DANIEL ABRAMS; LUKE ADAM;

22 | ROBERT AGUILAR; GLORIA AGUIRRE; BRIAN AHLERS; ESTATE

23 | OF HANNAH AHLERS; MARCO ALBERTINI; RENEE ALCALA;

24 | ERNESTO ALFARO; TENESHA ALFARO; SARA ALLEGRO; ETTA

25 | ALLEN; LEANNE ALTAMIRANO; RUBEN ALULEMA; ALEX

26 | ALVAREZ; DANIEL EARL ALVAREZ; JOANNA ALVAREZ;

27 | LINDSEY ALVAREZ; DANIELLE AMBROSE; ALETHA ANDERSON;

28 | NATALIE ANDERSON; REBECCA

39245596.3

ANN ANDERSON; RYAN ANDERSON; SHANNON ANDERSON; JENNIFER APARICIO; BRENDEN ARAUJO; CASSIE ARDITO; RICHARD ARDITO; JESUS ASTUA; LISA AWALT; D.B., A MINOR; CODI BABCOCK; CHEYENE BACON-MERIWEATHER; CHRISTOPHER BADOREK; TRACEY BAKER; SHANNON BALAS; TIFFANY BALL; MARY BANTA; TED BANTA; JASON BANVILLE; TEGAN BANVILLE; JASMINE BARBUSCA; ESTATE OF CARRIE BARNETTE; TINELLA BARRANCO; RONALD A. BARRERAS; DONOVAN BARTHEL; MONIQUE D. BARTHEL; COURTNEY BEAN; BRAD BEAUCHAMP; DAWN BEAUCHAMP; ALEISA BEBEE; ASHLEY BECKER; SEAN BEESON; JONATHON BELL; ANNALISE BELMARES; MEGHAN BELMARES; JONATHAN BELTRAN; DANIEL R. BEST; CARLY BETZLER; TAYLOR BLAISER; JANNETTE BLAKE; PAULA BLAKELEY; JODI BOATWOOD; AMANDA BOBB; DYLAN BODEN; EMILY BODEN; JOY BODEN; MADDISON BODEN; MARK BODEN; CRYSTAL BOLKE; DIANELLA BONO; MAUREEN BONTE; NICOLE BONTEMPO; PAUL BOONE; KURTIS ANTHONY BOWERS; ESTATE OF CANDICE BOWERS; K.L.A., A MINOR; A.R.B. , A MINOR; VEDAMAY BRADFORD; MICHAEL BRADLEY; CINDY BRADSHAW; ROBERT BRADSHAW; LAUREN BRADY; DAVID BRAKE; STEVEE BRANCATO; JAMES BRIGHTLY; MAILYS BRIGHTLY; EDWARD BROWN; ERIKA BROWN; RONDA BROWN; STEPHANIE BROWN; STACEY BROWN-FUSANO; TAYLER BRUNNER; JOHN BUI; TREANESHA LASHONDA BULLION; TERRY BURK; ANDREA BUSTAMANTE; GABRIELLA BUSTAMANTE; HECTOR CABALLERO; HEATHER L. CAIN; JENNIFER CAMPAS; JENNIFER L. CAMPBELL; LYNZEE CAMPBELL; JULIA CAMPOS; KAREN CANADA; INGRID CANELO; RENEE CANELO; MARY CANICH; EMILY CANTRELL;

COMPLAINT FOR DECLARATORY RELIEF

BRITTNIE NICOLE CARDENAS;
JESSICA CAREY; KATE CARLIN;
KARI CARLSTROM; ALEXANDER
CARRIAGA; KIMBERLY CARRIAGA;
MATTHEW CARRILLO; IAN
CARTER; ELIZABETH A.
CARVALHO; CONNOR CASAREZ;
VANESSA CASE; MICHELLE ANN
CASHMAN; CARLEY CASS; GUS
CASTILLA; ESTATE OF ANDREA
CASTILLA; MARISSA CASTLE;
REBECCA CASTRO; ANGELA
CATURA; CHRISTOPHER
CAYWOOD; KASANDRA
CAYWOOD; KERI CESARIO;
ROBERT CESARIO; LAUREN
CHAGOLLA; TAMMY J. CHAMBERS;
DAVID CHATTERTON; MARIE
CHATTERTON; VERONICA
CHAVEZ; KRISTI CHRISTENSEN;
FABIOLA CINTRON; ROGER
CINTRON; ALISA CLAWSON; KARA
CLEMENT; LARISSA COBURN;
DONNA COCHRANE; RICHARD D.
COE; DAVID COLE; JOSEPH COLE;
DENNIS NEAL COLEMAN;
RONALDO CONCEPCION;
KATHLEEN CONTI; MELISSA
CONTRI; CHRISTA CONWAY;
WILLIAM COOK; WENDY COOPER;
PATRICIA COPE; JESSE CORTEZ;
LISA CORTEZ; DOUGLAS CORUM;
TYLER CRAIG; BRENDA CRANE;
BRITTANI CRAWFORD; ANTHONY
M. CRESTA; ANTHONY CRISCI;
PATRICIA CRISS; KIRA M. CROSS;
JOY M. CRUZ; JENNIFER CUEVAS;
ADRIANNA CULLER; MARISSA J.
CURRIE; TAMMY CURTIS; NICOLE
CUSICK; ROBERT CUSICK; ESTATE
OF DERRICK D. TAYLOR; ANDREW
DAHRING; NANCY DAHRING; LISA
DANCEL; LISA MARIE DANIELS;
PRITESH DAVDA; KYLE DAVID;
JESSICA DAVIES; AMANDA DAVIS;
ELLEN DAVIS; DEBORAH
DAWKINS; DEANNA DAWSON;
LORI DAWSON; THOMAS DAY SR.;
ESTATE OF THOMAS DAY; KELSEY
DAY; NOLAN DAY; WHITNEY DAY;
DIANA DE LA MAZA; ROLAND DE
LA MAZA; CYNTHIA DEARING;
TAMARA DELAMETER; AMY
DELAPLANE; ALEJANDRA
DELAROSA; BRETT DELAURA;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KORTNEY DELAWAY; NICOLE
DELGADILLO; LARRY DELGADO;
DANIELLE DELIRA; NICOLE
DESARACHO; ROBERT DI NONNO;
MIKAELA DIAZ; REGINA
DIERINGER; RYAN DIERINGER;
DIANA J. DIMITRUK; VANESSA
DIPOLITO; LAURA DIXON; ROBYN
DOBBS; DANIEL DOMINGUEZ;
KARIN DONIS; ELYSE DONNELLY;
KYLE L. DONNER; WENDY A.
DORMER; ALLISON DORR; JESSICA
DOVALINA; JULIE DOVE; EYDIE
DOYLE; THOMAS DURELL; AMBER
DURHAM; KENDALL
DUSENBERRY; CHEYENNE
EBERLE; GENA ELFELT; DERRICK
ELLIOTT; JILLIAN ELLIOTT; STACI
ELLIS; STEVE ENCINIAS; SHANYCE
ENGLISH; MADELYN ENOCHS;
CANDICE ERICKSON; CHRIS
ERICKSON; KANDIS ERICKSON;
SABRINA ESPARZA; ERNESTO
ESPINOZA; SORAYA M. ESPINOZA;
LAURA ESTRADA; NICO ESTRADA;
ESTATE OF STACEE ETCHEBER;
VINCENT ETCHEBER; BRIANA
EVANS; CYNTHIA EVANS; DENNIS
EVANS; WENDY EVERETT; KYLE
EVINGER; ASHLEY FARGO;
MICHELLE FARIAS; ANGELA
FAVIA; JEFFREY FEIG; RAFAEL
FELICIANO; LAUREN FERGUSON;
JENNIE FERNANDES; MARYSSA
FIELDS; MELISSA FIERRO; BAYLEE
FINCHER; BROOKE FINCHER;
MINDY FINCHER; AUSTIN FISHER;
LYNDSAY FISHER; SUSAN
FITZGERALD; EMILY FLESHER;
KRISTI FLESHER; ART FLORES;
DANIEL FLORES; STEVEN FLORES;
JENNIFER FLUEGAL; MARLANA
FOLTZ; DONALD FORSYTH;
ROCHELLE FORSYTH; KADEDRA
FOWLER; JUSTIN FRAME;
BRITTANY FRIEND; CYNTHIA
FRISKE; AMANDA FROST; BOBBI
FRYE; LORRAINE FUENTES; APRIL
GABANY; TINA GALARZA; ERICA
GALLEGOS; MANDY GALLEGOS;
STEPHANIE GALLEGOS; ESTATE OF
KERI GALVAN; JUSTIN GALVAN;
R.G., A MINOR; P.G., A MINOR; P.G.,
A MINOR; CELENA GARCIA;
CHRISTINA GARCIA; ERIC GARCIA;

EUGENE GARCIA; RANDY GARCIA;
STACY GARCIA; TERESA GARCIA;
LAURA GARDHOUSE; ELLENOR
GARGANO; JOSE L. GARZA; PAIGE
GASPER; BRITTANY GEBHART;
WILLIAM GEORGIA; GARRETT
GHAHYASI; MEILIN GIBBENS; ERIN
GILL; JOHN GILMORE; KYLEE
GLASSCOCK; ROBERT GLAVIS;
TERESA GLAVIS; TRISTI GLOVER;
MICHELL GOBLE; MICHELLE
GOMES; ASHLEY GOMEZ; JULIE
GOMEZ; STEVEN GOMEZ; JEFFREY
ALAN GONSALVES; ANDREA
GONZALES; DANIEL JOSEPH
GONZALES; ALESHA GONZALEZ;
JESUS VINCENT GONZALEZ;
MICHAEL GONZALEZ; MICHAEL
GOODNIGHT; DOREEN GORMAN;
DELORES GRAY; JEANETTE GRAY;
NICOLE GRAY; REGINA GREEN;
DAVID J. GRIJALBA; JENNIFER
GRIMM; GABRIEL GUERRERO;
MIGUEL GUERRERO; MIKERRA
GUERRERO; TRISHA GUERRERO;
ESTATE OF ROCIO GUILLEN; S.J., A
MINOR; A.J., A MINOR; THOMAS
GUNDERSON; TAMMY HISCOX
GURULE; TAMMY M. GURULE;
KIMBERLY GUTIERREZ; CRYSTAL
HADLEY; DEBORAH HALL; STEVEN
HALL; TRAVIS HALL; MICHELLE
HAMEL; KIERSTEN HARLING;
SIMON HARLING; BRANDON
HARLOW; REGINA ANNE HARRIS;
LISA HARTZ; MELINDA HAWKINS;
BREANNA HAYDEN; KILEY
HAYDEN; KRISTINA HAYDEN;
LARRY HAYDEN; CORI HAYNES;
BRYCE HEATHCOAT; JENNIFER
HEIDT; STEVEN HEIRSHBERG;
WENDY HEIRSHBERG; BRANDON
HELMICK; JUSTIN HENDERSON;
KRISTINE HENDERSON; ANDREA
HENNING; JUSTIN HEREDIA;
HEATHER HERNANDEZ; REBECCA
HERNANDEZ; RICARDO
HERNANDEZ; EMMITT HICKMAN;
ERIC HIGGINS; DIANE HILL; TYLER
HILL; TERESA HIMLEY; JEFF
HINES; WHITNEY LINN HINNANT;
LAUREN HITT; KENDRA HOBBS;
PATRICK HOBBS; LEIGH ANN
HODGSON; KATHERINE HOEY;
BRYAN HOFFRICHTER; DONNA

HOLDEN; TANNA HOLDERLE;
ALBERT HOLGUIN; CINDY
HOLGUIN; LISA HOLGUIN; JOHN
HOLLADAY; MELISSA HOLMQUIST;
VANESSA HOLUB; ALEXIS HOOD;
TAYLOR HOOD; BRENDAN
HOOLIHAN; BRITTANY HOPKINS;
MICHELLE HOWLETT; MALISA
HOYME; DEBRA HUDSON; LEANNE
HUGGINS; LAURIE HULBERT; JULIE
HUNTSINGER; RYAN HUNTSINGER;
TAYLOR HURWIT; BRET IVEY;
ALICIA JACKSON; THOMAS S.
JACOBUS; CHRISTOPHER JAKSHA;
PHILIP JARDELL; JOANNA
JASHIMOTO; AARON E. JENKINS;
JESSICA ANN JENKINS; TERESA
JENSEN; MIRANDA JESSEN; SARAH
JICK; RENEE JIMENEZ; LANESHIA
JOHNSON; MONTA JOHNSON;
MICHELLE JONES; MISTY JONES;
ROB JONES; SHAHEED JONES;
CLARICE KAHIA; TED KALNAS;
LORI KAMMER; TODD KAMMER;
MICHAEL KAPLISH; MIRTA
KATNICH; SCOTT KEERAN;
VALERIE MELISSA KEERAN;
ALAINA KELLY; DEBRA KELLY;
WILLIAM M. KELLY; KYLE
KENNEDY; BRENDA KENT; KELSI
KESSLER; BRIAN KETTERING;
YVETTE KETTERING; SANA
KHADER; JOANNA KILMA; JAMES
KIRK; JUDIE JEAN KIRKSEY;
NICOLE KIRSHNER; MATTHEW
KLEMMER; REBECCA KNEPPER;
KASH KNUDSON; JAZMAN GLOVER
KOWALCZYK; MICHAEL
KRETSCHMAR; LAUREN
CHRISTINE KRUEGER; MADISYN
KUNTZ; SCOTT T. KUNTZ;
BRITTANY LAJOIE; MICHAEL
LANDRON; BROOKE LANEY;
LOGAN LAPORTE; MITCHELL
LAPORTE; SUSIE LAPORTE;
RICHARD LARSON; CHELSEA
LAURENT; JAMIE LAVERY;
NICHOLAS LAWLOR; TIFFANI
LAWYER; SUSAN LEARN; CARA
LEDERGERBER; RUTH LEGASPI;
DELANE LEIVAS; DELANIE LEONE;
CATHERINE LESTER; HALEY
LEWIS; JUDITH LEYN; LINDA
LIEWSUWANPHONG; PRIDEE J.
LIEWSUWANPHONG; SOPHIA

39245596.3

LIMA; MICHAEL LJUBIC;
MICHELLE LJUBIC; NIKOLAS
LJUBIC; ELVIA LLAMAS; MANUEL
LLAMAS; DELANEY LLANUSA;
VALARIE LOERA; LEAH
LOEWENTHAL; ARLA LONCAR;
BLAKE LONCAR; ALMA LOPEZ;
KIMBERLY LORING; LETICIA
LUNA; A.M., A MINOR; BO MAGEE;
KELCY MAIO; CLAUDIA MAJALCA;
EMILY MAJER; BRIAN MALLETTE;
JEFF MANAHAN; KEVIN
MANAHAN; ASHLEY
MANSPERGER; THOMAS MARTIN;
ANDREW MARTINEZ; ELISA
MARTINEZ; REGINA R. MARTINEZ;
SALVADOR MARTINEZ; SOMER
MARTINEZ; TONY MARTINEZ;
WILLIAM MASON; ADAM MATZ;
HOLLY MAYES; CHARLES
MAYFIELD; CHRISTINE A.
MAYFIELD; CHARLES MAYFIELD
IV; GENEVIEVE MAZZA; SHANDE
MCCANN; KAREN MCCORKLE;
DANIEL MCDONALD; LONTISHA
MCGILBERRY; JULIE MCGINIS;
CHERISH MCGUIRE; STEPHANIE
MCKIERNAN; CHERYL
MCPHERSON; MARK MCSHANE;
ASHLEY-DAWN L. MEAD; DAVID
MEDINA; JOHNATHAN DANIEL
MEDINA; RACHELLE MELOCOTON;
RAYMOND MERKLEY; JIM
MERRIFIELD; ESTATE OF PATRICIA
MESTAS; DEREK MILLER; KAYLA
MILLS; MELISSA MINA; KEITH
MINEO; ROSA MIRANDA;
ALEXANDRIA MITCHELL; DEBRA
MITCHELL; ROBIN MONTER ;
MICHELLE MONTOYA; DODI
MOORE; LISA MORAN; BAMBI
RENE MOREAU; SCOTT MOREAU;
BRITNIE L. MORGAN; CANDICE
MORGAN; ROGER MOZDA; JILLIAN
MUELLER; JONATHAN MULLIGAN;
LISA MUNOZ; KEVIN MURPHY;
CHRIS W. MURRAY; SHARMEN
MURRAY; LISA MUZYCKA; JOSEPH
M. NAPOLI; MARISSA NARVAEZ;
BRITTANY NEGRETTE; JOANNE
NELSON; ROBERT TROY NELSON;
MARISA NEWMAN; FRANK
NICASSIO; GREGORY NIX; CHERIE
NOLL; JEANETTE NUGENT; ANA
NUNEZ; LUIS NUNEZ; ELIZABETH

OKORO; LINDSAY OKRAY; BRIAN
O'LEARY; CARRIE O'LEARY;
VIRGINIA OLEN; RENEE OLIVER;
LEONA OLSON; CYNTHIA OLVERA;
ARIEL ONTMAN; CLAUDIA
OROPEZA; MICHELLE OROZCO;
THERESA ORTIZ; TAWANYA OTTO;
DESTINY PACHECO; ELIJAH
PACHECO; LESLIE LYNN PAIZ;
ROCKY PALERMO; MELANIE
PALMER; SALLY PALMER; HALEY
PANNO; KYLIE PANNO; COLLIN
PARKER; ESTATE OF RACHAEL
PARKER; REIGHLYNN PARSLEY;
JASON PARSONS; DAVON
PATTERSON; MICHAEL
PATTERSON II; JANICE
PENNINGTON; KIMBERLEE
PEOPLES; ELIZABETH PEREZ; PAUL
PEREZ; ERIC PERKINS; DENINE
PETERS; DANYALE PETTERSON;
NATHAN PHIPPEN; TRAVIS
PHIPPEN; ESTATE OF JOHN
PHIPPEN; A.P., A MINOR; BRIAN
PICKENS; BERSABE PINEDA; JACK
PINKSTON; LEONEL M. PLATA;
KARLEE POE; MYLIKA POPE;
BRENT POPPEN; KEITH POWERS;
JESSICA PRESTEN; SHAWN PRICE;
DENISE PROVENCIO; KENDALL
QUIROZ; MAGEE R.SEGAL;
DOMINIC RABANAL; DIEGO
ARMANDO RAMIREZ; FRANCES
RAMIREZ; KRYSTAL RAMIREZ;
RENEE RAMIREZ; SARA RAMIREZ;
ERICA RAMOS; CARISSA RASH;
CODY RASH; DAVID RASMUSSON;
MICHELLE RASMUSSON; JACOB
RATLIFF; JACOB RATLIFF; GLENDA
REBOLLAR; MATTHEW C. REED;
TRICIA SEAN REED; LYNNE REICK;
BRODY RENAUD; AMBER RENCH;
JASARA REQUEJO; FRANCISCO
RESENDIZ; BRENDA RESNICK;
KRISTINA REYES; RALPH REYES;
TARA REYES; MARION REYNOLDS;
WILLIAM REYNOLDS; STEVEN
RIBOVICH; MARIE RICE; GINA
RICHARD; MINDY RITTER;
HEATHER RIVERA; RAYMOND A.
RIVERA; JADE RIXEY; KURT
ROBERTS; MICHAEL ROBERTSON;
TIMOTHY ROBINSON;
BERNADETTE ROCHA; JENNIFER
ROCKWELL; SAUL RODRIGUEZ;

39245596.3

MICHAEL ROGOZIK; MONICA
ROGOZIK; MARCELINA ROJAS;
CLAUDIA ROMERO; HARRY
ROMERO; SUSAN ROSE; ANNA
ROSS; DIXIE ROYBAL; ESTATE OF
CHRISTOPHER ROYBAL; CHANTEL
RUBIO; LISA RUDBERG; LUCIA
RUDELA; LAURA RUIZ; AMANDA
RUMBLE; JOANNE RUSCONI;
MICHAEL COTY RYE; ERIC RYMER;
RONI RYMER; H.S., A MINOR;
ALLISON SAELEE; JUSTINE SALAS;
VICTORIA SALAS; CRYSTAL
SALAZAR; RENEE SALAZAR; SELSO
SALAZAR; AMANDA SALMON;
AMANDA SAMBRANO; JANAE
SAMBRANO; JEFFERY SAMBRANO;
STEPHEN SAMBRANO; ETHAN
SANCHEZ; GEORGE SANCHEZ;
MARIE SANCHEZ; SAVANNAH
SANCHEZ; TREVOR SANDERS;
ERNESTINE SANDOVAL; CALIA
SANFORD; INA SARKISSIAN; NELA
SARKISSIAN; CASEY SCANDLYN;
ILENE SCANDLYN; DAVID
SCANTLIN; MICHELLE SCANTLIN;
RYAN L. SCANTLIN; DAVID
SCHARMACK; IRENE SCHARMACK;
REBEKAH SCHEUSSLER; ALICE
SCHMIDT; JEREMY SCHMIDT ; LISA
SCHNEIDER; MARK SCHNEIDER;
MICHELLE SCHONEMAN; ROBERT
SCHRODE; JONATHAN SCHUSSLER;
MICHAEL SCOTT; JANET SEEGER;
ALICIA SEGOVIA; GILBERT
SEGOVIA; CHERYL SEGUIN; FRED
SEGUIN; TOMMIE SERRANO;
DAVID SHERIFF; REMO SHETH;
MICHAEL K. SHOLAN; ANTHONY
SILVA; ELAINE SILVESTRE;
CHEYENNE NICOLE SIMON; HALEY
SISNEROS; BUDDY SKIDMORE; LEE
SKOLNICK; SHELBY SLIFKA;
JONATHAN SLONIGER; STEPHANIE
SMARKER; KAREN ELAINE
SMERBER; AMBER SMITH; DANA L.
SMITH; RYAN SMITH; RYAN ONEIL
SMITH; DANIELLE SMUDDE; MISTY
SNITZER; STEPHANIE
SOTOMAYOR; KATEY SOUZA;
CHERYL SPENCER; KEOSCHA E.
SPENCER; KORTNEY SPENCER;
MICHELLE E. SPENCER;
SAVANNAH SPENCER; STEPHANIE
SPENCER; SUZANNE SPENCER;

39245596.3

DAVID SPRING; SHANNON
SPRINGER; TROY SPRINGER;
ROBERT STAGGS; DANIEL
STAPLES; SAMUEL STAPLES;
KRISTINA STAPLES; DAVID
STATTER; VERONICA STATTER;
JEFFREY STEFFENS; KATIE STERN;
PARKER STEVENS; STEVE
STEWART; TAMARA J. STEWART;
MICHAELA STILWELL; DANA
STOUT-WILSON; LINDSAY
STRAGIER; JOSHUA K. STRATTON;
AMBER STREID; SHANDI STRONG;
MICHELLE STUEBE; SUSANNA
SUARD; CLINT SUNDEEN; KELLIE
SUNDEEN; KYLE C. SUNDEEN;
BRANDI SWAN; NICHOLAS
SWARTZ; YVETTE SWARTZ;
LYNNSEY SWEET; B.T., A MINOR;
ERIN TABER; RUBEN
TALAMANTEZ; MARIE TAUTRIM;
MICHAEL TAUTRIM; BRIANNA
TAYLOR; JASON TAYLOR; JOHN
TAYLOR; TIFFANY TAYLOR;
DESIREE TEMPLE; ROCKY
TEPESANO; JANELLE TERKEURST;
DEBORAH THOMAS; JEFFREY
THOMAS; EVAN TILLEMA;
LINDSAY TILLEMA; JENNIFER
TILLMAN; JOSHUA TINOCO;
LANNA TINOCO; SARAH
TISCARENO; ALFREDO TOLEDO;
KENNETH TONKOVICH; JOHNNY
TOSCANO; RHONDA TRASK;
ROBERT TREMATERRA; HAMIDA
TRUJILLO; JACQUELYN TRUJILLO;
LIGIA URIARTE; ALEJANDRA
URIBE; RICARDO URIBE; LISA
VALDES; ERIN VALENZUELA;
JENNIFER VAN VLYMEN;
NATHALIE VANDERSTAY; GERARD
VANGERWEN; AMY VIGER;
JEREMY VIGER; DILLON
VILLALOBOS; DON VILLALOBOS;
LISA VILLALOBOS; PARISSE
VILLALOBOS; PETER VIOLAS;
CECELIA JOYA WALACH; REBECCA
WALTMAN; DONALD WASHBROOK
JR.; AMANDA WECHSLER; CARRIE
WEIDENKELLER; TRICIA WELCH;
KEVIN WELLS; SERENA WEST;
CHRISTOPHER WETZEL; GINA B.
WHEELER; DEREK WHITE; GREG
WHITE; VICTORIA WHITE;
PRESLEY WICK; TRACIE P. WIGHT;

39245596.3

STACY WILBANKS; REBECCA
WILKEN; ANNA WILLIAMS; JOSEPH
N. WILLIAMS; STANLEY
WILLIAMS; JAMES WILLIAMSON;
MARCUS WILSON; MCKAYLA
WILSON; KATELYN WING; KERRY
WISDEN; ANTHONY WOOD;
SHAWNA WOOD; JAEGER
WOODSON; JADE WRIGHT; JEFF
WRIGHT; TOME XAYAVONG;
BRETT YEAKEL; SHAWNA YORK;
BRANDON YOUNG; LAURA
ZARATE; SHANNON ZEEMAN; AND
SHARLA ZOTEA,

Defendants.

## INTRODUCTION

1.     On October 1, 2017, Stephen Paddock carried out a mass attack at the Route 91 Harvest Festival in Las Vegas, Nevada.

2.     Paddock intended to inflict mass injury, death and destruction.  He killed 58 persons and injured some 500 others.  Paddock's attack resulted in the highest number of deaths of any mass shooting in the Nation's history.

3.     Security for the concert was provided by Contemporary Services Corporation, whose security services have been certified by the Secretary of Homeland Security for protecting against and responding to acts of mass injury and destruction.

4.     Recognizing the national interest in such events, and in the development and deployment of services certified by the Secretary of Homeland Security to prevent and respond to such events, Congress has provided original and exclusive federal jurisdiction for any claims of injuries arising out of or relating to mass violence where services certified by the Department of Homeland Security were deployed.

5.     Plaintiff MGM Resorts Festival Grounds, LLC owns and operates the Las Vegas Village, at 3901 South Las Vegas Boulevard, Las Vegas, Nevada 89119, where the Route 91 Harvest Festival was held.  Plaintiff Mandalay Bay, LLC owns and operates the Mandalay Bay resort, which is adjacent to Las Vegas Village. Plaintiff MGM Resorts International is the parent corporation, with 100% interest in Plaintiff Mandalay Resort Group and an indirect 100% interest in Mandalay Bay, LLC, and MGM Resorts Festival Grounds.  Plaintiff MGM Resorts Venue Management, LLC is a Nevada limited liability company.

6.      Paddock carried out his mass attack on the concert from a room on the 32nd floor of the Mandalay Bay resort.

7.     Following Paddock's attack, over 2,500 individuals ("Claimants") have brought lawsuits, or threatened to bring lawsuits, against Plaintiffs MGM Resorts

COMPLAINT FOR DECLARATORY RELIEF RE APPLICATION OF SAFETY ACT, 6 U.S.C. §§ 441-444

1  Festival Grounds, LLC, MGM Resorts International, Mandalay Bay, LLC,

2  Mandalay Resort Group, and MGM Resorts Venue Management, LLC (collectively,

3  "the MGM Parties"), alleging that the MGM Parties (among others) are liable for

4  deaths, injuries, and emotional distress resulting from Paddock's attack.  Claimants

5  subsequently voluntarily dismissed these cases before they could be resolved,

6  apparently with the intent of refiling.

7      8.      Named as defendants in this case are Claimants who have brought

8  lawsuits (which they subsequently voluntarily dismissed) against the MGM Parties,

9  alleging claims arising from Paddock's attack, and persons who, through counsel,

10  have threatened to bring such claims against the MGM Parties.

11      9.      Congress has enacted legislation to support the development of new

12  technologies and services to prevent and respond to mass violence.  That legislation,

13  the Support Anti-Terrorism by Fostering Effective Technologies Act of 2002, 6

14  U.S.C. §§ 441-444 (also known by the acronym, the "SAFETY Act"), provides a

15  calibrated balance of remedies and limitations on liabilities arising from mass

16  attacks committed on U.S. soil where services certified by the Department of

17  Homeland Security were deployed.

18      10.     In the case of Paddock's mass attack, certified technologies or services

19  were deployed by a professional security company, Contemporary Services

20  Corporation ("CSC"), which was employed as the Security Vendor for the Route 91

21  concert.  As alleged in more detail below, Paddock's mass attack meets the

22  requirements of the SAFETY Act as set forth in the statute and the Regulations

23  promulgated by the Department of Homeland Security.

24      11.     Defendants' actual and threatened lawsuits implicate the services

25  provided by CSC because they implicate security at the concert, for example

26  security training, emergency response, evacuation, and adequacy of egress.

27      12.     As a result, the SAFETY Act applies to and governs all actions and any

28  claims arising out of or relating to Paddock's mass attack.  There are five key

aspects of the Act and implementing regulations promulgated by the Department of Homeland Security as authorized and contemplated by the SAFETY Act.  6 C.F.R. § 25.1 et seq.

13.    First, the SAFETY Act creates a "Federal cause of action for claims arising out of [or] relating to" an act of mass violence where certified services were deployed and where such claims may result in losses to the Seller of the services.  6 U.S.C. § 442(a)(1).

14.    Second, the SAFETY Act expressly provides the federal courts with "original and exclusive jurisdiction over all actions for any claim for loss" arising out of or related to such an attack. 6 U.S.C. § 442(a)(2).

15.    Third, as confirmed by the Secretary's implementing regulations promulgated after enactment of the SAFETY Act, the federal cause of action created by the statute is the exclusive claim available in such circumstances.  6 U.S.C. § 442(a)(1).  The regulations state:  "There shall exist only one cause of action for loss of property, personal injury, or death for performance or non-performance of the Seller's Qualified Anti–Terrorism Technology in relation to an Act of Terrorism." 6 C.F.R. § 25.7(d).

16.    Fourth, the regulations further provide that "Such cause of action may be brought only against the Seller of the Qualified Anti–Terrorism Technology and may not be brought against the buyers, the buyers' contractors, or downstream users of the Technology, the Seller's suppliers or contractors, or any other person or entity."  6 C.F.R. § 25.7(d).

17.    Fifth, to ensure compensation for victims in appropriate cases, the SAFETY Act requires that the Seller "obtain liability insurance of such types and in such amounts as shall be required in accordance with this section and certified by the Secretary to satisfy otherwise compensable third-party claims arising out of, relating to, or resulting from an act of terrorism."  6 U.S.C. § 443(a)(1).

-3-

18. Congress enacted the SAFETY Act in recognition of the strong national interest in encouraging the development and use of technologies and services that can help prevent and respond to mass violence.  The Act does so in part by assurance of limited liability in the unfortunate event that an incident of mass violence occurs and injuries occur despite the deployment of such technology.  The Act also does so by creating original and exclusive jurisdiction for the resolution of all controversies in federal court. 6 U.S.C. § 442(a)(2).

19. The SAFETY Act expressly provides the federal courts with original and exclusive jurisdiction over "all actions for and any claims for loss [or] injury" arising out of or relating to a mass attack where certified services were provided and where such claims *may* result in losses to the seller of those services. The Act and the associated regulations make clear that any such claim against the MGM Parties must be dismissed.

20. By this action, the MGM Parties seek a declaratory judgment and further relief pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, that the MGM parties cannot be held liable to Defendants for deaths, injuries, or other damages arising from Paddock's attack.

## PARTIES

### A. PLAINTIFFS

21. Plaintiff MGM RESORTS INTERNATIONAL is a Delaware corporation with its principal place of business in Las Vegas, Nevada. Plaintiff MGM RESORTS INTERNATIONAL is a citizen of Delaware and Nevada for purposes of diversity jurisdiction.

22. Plaintiff MANDALAY RESORT GROUP is a Nevada corporation with its principal place of business in Las Vegas, Nevada.  MANDALAY RESORT GROUP is a citizen of Nevada for purposes of diversity jurisdiction.

23. Plaintiff, MANDALAY BAY, LLC f/k/a MANDALAY CORP. is a Nevada limited liability company with a single member, Mandalay Resort

1   Group.  Plaintiff MANDALAY BAY, LLC f/k/a MANDALAY CORP is a citizen

2   of Nevada for purposes of diversity jurisdiction.

3        24.   Plaintiff MGM RESORTS FESTIVAL GROUNDS, LLC is a Nevada

4   limited liability company with a single member, Mandalay Resort Group.  Plaintiff

5   MGM RESORTS FESTIVAL GROUNDS, LLC is a citizen of Nevada for purposes

6   of diversity jurisdiction.

7        25.   Plaintiff MGM RESORTS VENUE MANAGEMENT, LLC is a

8   Nevada limited liability company with a single member, MGM Resorts

9   International. Plaintiff MGM RESORTS VENUE MANAGEMENT, LLC is a

10  citizen of Nevada and Delaware for purposes of diversity jurisdiction.

11       **B.**   **DEFENDANTS**

12       26.   Plaintiffs are informed and believe, and thereon allege, that defendant

13  David Aase is a resident of the State of California. Defendant has previously filed a

14  lawsuit (which was subsequently voluntarily dismissed) against one or more of the

15  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

16  Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

17  *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

18  number BC687120, Plaintiffs are informed and believe that Defendant is a resident

19  of the County of Los Angeles, State of California.

20       27.   Plaintiffs are informed and believe, and thereon allege, that defendant

21  Gary Aase is a resident of the State of California. Defendant has previously filed a

22  lawsuit (which was subsequently voluntarily dismissed) against one or more of the

23  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

24  Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

25  *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

26  number BC687120, Plaintiffs are informed and believe that Defendant is a resident

27  of the County of Los Angeles, State of California.

28

28.     Plaintiffs are informed and believe, and thereon allege, that defendant Mark Abraham is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

29.     Plaintiffs are informed and believe and thereon allege that Defendant Andrea Abrams is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

30.     Plaintiffs are informed and believe and thereon allege that Defendant Daniel Abrams is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

31.     Plaintiffs are informed and believe, and thereon allege, that defendant Luke Adam is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

32.     Plaintiffs are informed and believe, and thereon allege, that defendant Robert Aguilar is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Aguilar v. MGM*,

Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

33.     Plaintiffs are informed and believe, and thereon allege, that defendant Gloria Aguirre is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

34.     Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Hannah Ahlers, was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of Hannah Ahlers and Brian Ahlers (surviving husband, heir and successor-in-interest) have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, has indicated an intent to make such claims in the future (such as by way of the filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by way of an evidence preservation letter from counsel).

35.     Plaintiffs are informed and believe and thereon allege that Defendant Marco Albertini is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

36.     Plaintiffs are informed and believe, and thereon allege, that defendant Renee Alcala is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Huggins, et al. v.*

*MGM*, filed February 14, 2018, in the Los Angeles Superior Court ("LASC"), case number BC694788, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

37.     Plaintiffs are informed and believe, and thereon allege, that defendant Ernesto Alfaro is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

38.     Plaintiffs are informed and believe, and thereon allege, that defendant Tenesha Alfaro is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

39.     Plaintiffs are informed and believe and thereon allege that Defendant Sara Allegro is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

40.     Plaintiffs are informed and believe, and thereon allege, that defendant Etta Allen is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

41.     Plaintiffs are informed and believe and thereon allege that Defendant Leanne Altamirano is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

42.     Plaintiffs are informed and believe, and thereon allege, that defendant Ruben Alulema is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

43.     Plaintiffs are informed and believe and thereon allege that Defendant Alex Alvarez is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

44.     Plaintiffs are informed and believe, and thereon allege, that defendant Daniel Earl Alvarez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

45.     Plaintiffs are informed and believe and thereon allege that Defendant Joanna Alvarez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

46.     Plaintiffs are informed and believe, and thereon allege, that defendant Lindsey Alvarez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

47.     Plaintiffs are informed and believe and thereon allege that Defendant Danielle Ambrose is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

48.     Plaintiffs are informed and believe and thereon allege that Defendant Aletha Anderson is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

49.     Plaintiffs are informed and believe and thereon allege that Defendant Natalie Anderson is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

50.     Plaintiffs are informed and believe, and thereon allege, that defendant Rebecca Ann Anderson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

51.     Plaintiffs are informed and believe and thereon allege that Defendant Ryan Anderson is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

52.     Plaintiffs are informed and believe and thereon allege that Defendant Shannon Anderson is a resident of the State of California.  Defendant has, through

1 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2 October 1, 2017, shooting incident in Las Vegas, Nevada.

3      53.    Plaintiffs are informed and believe and thereon allege that Defendant

4 Jennifer Aparicio is a resident of the State of California, County of Los Angeles.

5 Defendant has, through counsel, asserted or threatened to assert claims against

6 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

7      54.    Plaintiffs are informed and believe and thereon allege that Defendant

8 Brenden Araujo is a resident of the State of California. Defendant has, through

9 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10 October 1, 2017, shooting incident in Las Vegas, Nevada.

11      55.    Plaintiffs are informed and believe, and thereon allege, that defendant

12 Cassie Ardito is a resident of the State of California. Defendant has previously filed

13 a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

14 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

15 Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

16 Los Angeles Superior Court ("LASC"), case number BC684047.

17      56.    Plaintiffs are informed and believe, and thereon allege, that defendant

18 Richard Ardito is a resident of the State of California. Defendant has previously

19 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

20 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

21 in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

22 Los Angeles Superior Court ("LASC"), case number BC684047.

23      57.    Plaintiffs are informed and believe, and thereon allege, that defendant

24 Jesus Astua is a resident of the State of California. Defendant has previously filed a

25 lawsuit (which was subsequently voluntarily dismissed) against one or more of the

26 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

27 Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

28 Los Angeles Superior Court ("LASC"), case number BC684047.

-11-

COMPLAINT FOR DECLARATORY RELIEF

58.     Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Awalt is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

59.     Plaintiffs are informed and believe, and thereon allege, that defendant D.B., a minor, is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

60.     Plaintiffs are informed and believe, and thereon allege, that defendant Codi Babcock is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

61.     Plaintiffs are informed and believe, and thereon allege, that defendant Cheyene Bacon-Meriweather is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

62.    Plaintiffs are informed and believe and thereon allege that Defendant Christopher Badorek is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

63.    Plaintiffs are informed and believe, and thereon allege, that defendant Tracey Baker is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

64.    Plaintiffs are informed and believe and thereon allege that Defendant Shannon Balas is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

65.    Plaintiffs are informed and believe, and thereon allege, that defendant Tiffany Ball is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

66.    Plaintiffs are informed and believe, and thereon allege, that defendant Mary Banta is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

67.    Plaintiffs are informed and believe, and thereon allege, that defendant Ted Banta is a resident of the State of California. Defendant has previously filed a

1  lawsuit (which was subsequently voluntarily dismissed) against one or more of the

2  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

3  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

4  Los Angeles Superior Court ("LASC"), case number BC684047.

5       68.     Plaintiffs are informed and believe and thereon allege that Defendant

6  Jason Banville is a resident of the State of California. Defendant has, through

7  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

8  October 1, 2017, shooting incident in Las Vegas, Nevada.

9       69.     Plaintiffs are informed and believe and thereon allege that Defendant

10 Tegan Banville is a resident of the State of California. Defendant has, through

11 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

12 October 1, 2017, shooting incident in Las Vegas, Nevada.

13      70.     Plaintiffs are informed and believe and thereon allege that Defendant

14 Jasmine Barbusca is a resident of the State of California.  Defendant has, through

15 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

16 October 1, 2017, shooting incident in Las Vegas, Nevada.

17      71.     Plaintiffs are informed and believe, and thereon allege that on October

18 1, 2017, decedent Carrie Barnette, was a resident of the State of California.

19 Plaintiffs are informed and believe and thereon allege that Defendant, the Estate of

20 Carrie Barnette, has, through counsel, made claims against Plaintiffs based upon the

21 October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, has

22 indicated an intent to make such claims in the future (such as by way of the filing of

23 a separate lawsuit – now dismissed, by way of a letter of representation of counsel,

24 or by way of an evidence preservation letter from counsel).

25      72.     Plaintiffs are informed and believe, and thereon allege, that defendant

26 Tinella Barranco is a resident of the State of California. Defendant has previously

27 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

28 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

1  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
2  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
3  number BC684047, Plaintiffs are informed and believe that Defendant is a resident
4  of the County of Los Angeles, State of California.

5        73.    Plaintiffs are informed and believe, and thereon allege, that defendant
6  Ronald A. Barreras Jr. is a resident of the State of California. Defendant has
7  previously filed a lawsuit (which was subsequently voluntarily dismissed) against
8  one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,
9  shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed
10  November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number
11  BC684047.

12        74.    Plaintiffs are informed and believe, and thereon allege, that defendant
13  Donovan (Donny) Barthel is a resident of the State of California. Defendant has
14  previously filed a lawsuit (which was subsequently voluntarily dismissed) against
15  one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,
16  shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed
17  November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number
18  BC684047.

19        75.    Plaintiffs are informed and believe, and thereon allege, that defendant
20  Monique D. Barthel is a resident of the State of California. Defendant has
21  previously filed a lawsuit (which was subsequently voluntarily dismissed) against
22  one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,
23  shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed
24  November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number
25  BC684047.

26        76.    Plaintiffs are informed and believe and thereon allege that Defendant
27  Courtney Bean is a resident of the State of California.  Defendant has, through
28

1   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2   October 1, 2017, shooting incident in Las Vegas, Nevada.

3         77.    Plaintiffs are informed and believe, and thereon allege, that defendant

4   Brad  Beauchamp is a resident of the State of California. Defendant has previously

5   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

6   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

7   in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

8   *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

9   number BC687120, Plaintiffs are informed and believe that Defendant is a resident

10  of the County of Los Angeles, State of California.

11        78.    Plaintiffs are informed and believe, and thereon allege, that defendant

12  Dawn Beauchamp is a resident of the State of California. Defendant has previously

13  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

14  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

15  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

16  *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

17  number BC687120, Plaintiffs are informed and believe that Defendant is a resident

18  of the County of Los Angeles, State of California.

19        79.    Plaintiffs are informed and believe, and thereon allege, that defendant

20  Aleisa Bebee is a resident of the State of California. Defendant has previously filed

21  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

22  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

23  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

24  Los Angeles Superior Court ("LASC"), case number BC684047.

25        80.    Plaintiffs are informed and believe and thereon allege that Defendant

26  Ashley Becker is a resident of the State of California. Defendant has, through

27  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

28  October 1, 2017, shooting incident in Las Vegas, Nevada.

81.     Plaintiffs are informed and believe, and thereon allege, that defendant Sean Beeson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

82.     Plaintiffs are informed and believe and thereon allege that Defendant Jonathon Bell is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

83.     Plaintiffs are informed and believe and thereon allege that Defendant Annalise  Belmares is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

84.     Plaintiffs are informed and believe and thereon allege that Defendant Meghan  Belmares is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

85.     Plaintiffs are informed and believe and thereon allege that Defendant Jonathan Beltran is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

86.     Plaintiffs are informed and believe and thereon allege that Defendant Daniel R. Best is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

87.     Plaintiffs are informed and believe and thereon allege that Defendant Carly Betzler is a resident of the State of California. Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3      88.    Plaintiffs are informed and believe, and thereon allege, that defendant

4  Taylor Blaiser is a resident of the State of California. Defendant has previously filed

5  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

6  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

7  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

8  Los Angeles Superior Court ("LASC"), case number BC684047.

9      89.    Plaintiffs are informed and believe and thereon allege that Defendant

10 Jannette Blake is a resident of the State of California. Defendant has, through

11 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

12 October 1, 2017, shooting incident in Las Vegas, Nevada.

13     90.    Plaintiffs are informed and believe and thereon allege that Defendant

14 Paula Blakeley is a resident of the State of California. Defendant has, through

15 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

16 October 1, 2017, shooting incident in Las Vegas, Nevada.

17     91.    Plaintiffs are informed and believe, and thereon allege, that defendant

18 Jodi Boatwood is a resident of the State of California. Defendant has previously

19 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

20 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

21 in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

22 Los Angeles Superior Court ("LASC"), case number BC684047.

23     92.    Plaintiffs are informed and believe and thereon allege that Defendant

24 Amanda Bobb is a resident of the State of California.  Defendant has, through

25 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26 October 1, 2017, shooting incident in Las Vegas, Nevada.

27     93.    Plaintiffs are informed and believe and thereon allege that Defendant

28 Dylan Boden is a resident of the State of California. Defendant has, through counsel,

1   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

2   2017, shooting incident in Las Vegas, Nevada.

3        94.    Plaintiffs are informed and believe and thereon allege that Defendant

4   Emily Boden is a resident of the State of California.  Defendant has, through

5   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6   October 1, 2017, shooting incident in Las Vegas, Nevada.

7        95.    Plaintiffs are informed and believe and thereon allege that Defendant

8   Joy Boden is a resident of the State of California.  Defendant has, through counsel,

9   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

10   2017, shooting incident in Las Vegas, Nevada.

11        96.    Plaintiffs are informed and believe and thereon allege that Defendant

12   Maddison Boden is a resident of the State of California. Defendant has, through

13   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14   October 1, 2017, shooting incident in Las Vegas, Nevada.

15        97.    Plaintiffs are informed and believe and thereon allege that Defendant

16   Mark Boden is a resident of the State of California. Defendant has, through counsel,

17   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

18   2017, shooting incident in Las Vegas, Nevada.

19        98.    Plaintiffs are informed and believe, and thereon allege, that defendant

20   Crystal Bolke is a resident of the State of California. Defendant has previously filed

21   a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

22   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

23   Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

24   Los Angeles Superior Court ("LASC"), case number BC684047.

25        99.    Plaintiffs are informed and believe and thereon allege that Defendant

26   Dianella Bono is a resident of the State of California. Defendant has, through

27   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

28   October 1, 2017, shooting incident in Las Vegas, Nevada.

-19-

100.   Plaintiffs are informed and believe, and thereon allege, that defendant Maureen Bonte is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

101.   Plaintiffs are informed and believe and thereon allege that Defendant Nicole Bontempo is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

102.   Plaintiffs are informed and believe, and thereon allege, that defendant Paul Boone is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

103.   Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Candice Bowers, was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that the Defendants, the Estate of Candice Bowers, Kurtis Anthony Bowers (surviving son, heir, and successor-in-interest), K.L.A. (a minor, heir, and successor-in-interest), and A.R.B. (a minor, heir, and successor-in-interest), are residents of the County of Los Angeles, State of California, who have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, by way of the filing of a separate lawsuit – now dismissed).  The residency of these Defendants was represented to a court in a Complaint in the dismissed action *Bowers, et al. v. MGM*,

1  filed May 10, 2018, in the Los Angeles Superior Court ("LASC"), case number

2  BC705803.

3      104.   Plaintiffs are informed and believe, and thereon allege, that defendant

4  Vedamay Bradford is a resident of the State of California. Defendant has previously

5  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

6  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

7  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Vanderstay, et al. v.*

8  *MGM*, filed November 13, 2017, in the Los Angeles Superior Court ("LASC"), case

9  number BC683403, Plaintiffs are informed and believe that Defendant is a resident

10 of the County of Los Angeles, State of California.

11     105.   Plaintiffs are informed and believe and thereon allege that Defendant

12 Michael Bradley is a resident of the State of California. Defendant has, through

13 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14 October 1, 2017, shooting incident in Las Vegas, Nevada.

15     106.   Plaintiffs are informed and believe, and thereon allege, that defendant

16 Cindy Bradshaw is a resident of the State of California. Defendant has previously

17 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

18 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

19 in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

20 *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

21 number BC687120, Plaintiffs are informed and believe that Defendant is a resident

22 of the County of Ventura, State of California.

23     107.   Plaintiffs are informed and believe, and thereon allege, that defendant

24 Robert (Bobby) Bradshaw is a resident of the State of California. Defendant has

25 previously filed a lawsuit (which was subsequently voluntarily dismissed) against

26 one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

27 shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit,

28 *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior

1  Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that

2  Defendant is a resident of the County of Ventura, State of California.

3      108.   Plaintiffs are informed and believe, and thereon allege, that defendant

4  Lauren Brady is a resident of the State of California. Defendant has previously filed

5  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

6  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

7  Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

8  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

9  number BC684047, Plaintiffs are informed and believe that Defendant is a resident

10  of the County of Los Angeles, State of California.

11      109.   Plaintiffs are informed and believe, and thereon allege, that defendant

12  David Brake is a resident of the State of California. Defendant has previously filed a

13  lawsuit (which was subsequently voluntarily dismissed) against one or more of the

14  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

15  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

16  Los Angeles Superior Court ("LASC"), case number BC684047.

17      110.   Plaintiffs are informed and believe and thereon allege that Defendant

18  Stevee Brancato is a resident of the State of California.  Defendant has, through

19  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

20  October 1, 2017, shooting incident in Las Vegas, Nevada.

21      111.   Plaintiffs are informed and believe and thereon allege that Defendant

22  James Brightly is a resident of the State of California. Defendant has, through

23  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

24  October 1, 2017, shooting incident in Las Vegas, Nevada.

25      112.   Plaintiffs are informed and believe and thereon allege that Defendant

26  Mailys Brightly is a resident of the State of California.  Defendant has, through

27  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

28  October 1, 2017, shooting incident in Las Vegas, Nevada.

113.   Plaintiffs are informed and believe and thereon allege that Defendant Edward Brown is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

114.   Plaintiffs are informed and believe and thereon allege that Defendant Erika Brown is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

115.   Plaintiffs are informed and believe and thereon allege that Defendant Ronda Brown is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

116.   Plaintiffs are informed and believe, and thereon allege, that defendant Stephanie Brown is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

117.   Plaintiffs are informed and believe, and thereon allege, that defendant Stacey Brown-Fusano is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

118.   Plaintiffs are informed and believe and thereon allege that Defendant Tayler Brunner is a resident of the State of California. Defendant has, through

1   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2   October 1, 2017, shooting incident in Las Vegas, Nevada.

3       119.   Plaintiffs are informed and believe and thereon allege that Defendant

4   John Bui is a resident of the State of California. Defendant has, through counsel,

5   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

6   2017, shooting incident in Las Vegas, Nevada.

7       120.   Plaintiffs are informed and believe, and thereon allege, that defendant

8   Treanesha LaShonda Bullion is a resident of the State of California. Defendant has

9   previously filed a lawsuit (which was subsequently voluntarily dismissed) against

10  one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

11  shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed

12  November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

13  BC684047.

14      121.   Plaintiffs are informed and believe and thereon allege that Defendant

15  Terry Burk is a resident of the State of California. Defendant has, through counsel,

16  asserted or threatened to assert claims against Plaintiffs based upon the October 1,

17  2017, shooting incident in Las Vegas, Nevada.

18      122.   Plaintiffs are informed and believe and thereon allege that Defendant

19  Andrea Bustamante is a resident of the State of California. Defendant has, through

20  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

21  October 1, 2017, shooting incident in Las Vegas, Nevada.

22      123.   Plaintiffs are informed and believe and thereon allege that Defendant

23  Gabriella Bustamante is a resident of the State of California. Defendant has, through

24  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

25  October 1, 2017, shooting incident in Las Vegas, Nevada.

26      124.   Plaintiffs are informed and believe, and thereon allege, that defendant

27  Hector Caballero is a resident of the State of California. Defendant has previously

28  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

125.   Plaintiffs are informed and believe, and thereon allege, that defendant Heather L. Cain is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

126.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Campas is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

127.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer L. Campbell is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

128.   Plaintiffs are informed and believe and thereon allege that Defendant Lynzee Campbell is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

129.   Plaintiffs are informed and believe, and thereon allege, that defendant Julia Campos is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

*MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

130.   Plaintiffs are informed and believe and thereon allege that Defendant Karen Canada is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

131.   Plaintiffs are informed and believe, and thereon allege, that defendant Ingrid Canelo is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

132.   Plaintiffs are informed and believe and thereon allege that Defendant Renee Canelo is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

133.   Plaintiffs are informed and believe, and thereon allege, that defendant Mary Canich is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

134.   Plaintiffs are informed and believe and thereon allege that Defendant Emily Cantrell is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-26-
COMPLAINT FOR DECLARATORY RELIEF

135.   Plaintiffs are informed and believe and thereon allege that Defendant Brittnie Nicole Cardenas is a resident of the State of California, County of Los Angeles.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

136.   Plaintiffs are informed and believe, and thereon allege, that defendant Jessica Carey is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

137.   Plaintiffs are informed and believe and thereon allege that Defendant Kate Carlin is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

138.   Plaintiffs are informed and believe, and thereon allege, that defendant Kari Carlstrom is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

139.   Plaintiffs are informed and believe and thereon allege that Defendant Alexander Carriaga is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

140.   Plaintiffs are informed and believe and thereon allege that Defendant Kimberly Carriaga is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

141.   Plaintiffs are informed and believe and thereon allege that Defendant Matthew Carrillo is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

142.   Plaintiffs are informed and believe, and thereon allege, that defendant Ian Carter is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

143.   Plaintiffs are informed and believe and thereon allege that Defendant Elizabeth A. Carvalho is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

144.   Plaintiffs are informed and believe and thereon allege that Defendant Connor Casarez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

145.   Plaintiffs are informed and believe and thereon allege that Defendant Vanessa Case is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

146.   Plaintiffs are informed and believe, and thereon allege, that defendant Michelle Ann Cashman is a resident of the State of California. Defendant has

previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

147.   Plaintiffs are informed and believe and thereon allege that Defendant Carley Cass is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

148.   Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Andrea Castilla, was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of Andrea Castilla, and Gus Castilla (surviving father, heir, and successor-in-interest to decedent) have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, have indicated an intent to make such claims in the future (such as by way of the filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by way of an evidence preservation letter from counsel). The Defendants are residents of the County of Orange, State of California, and the residency of these Defendants was identified to a court in a Complaint in the dismissed action *G. Castilla v. MGM*, filed October 17, 2017, in the Los Angeles Superior Court ("LASC"), case number BC679987.

149.   Plaintiffs are informed and believe, and thereon allege, that defendant Marissa Castle is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

1   number BC684047, Plaintiffs are informed and believe that Defendant is a resident

2   of the County of Los Angeles, State of California.

3       150.   Plaintiffs are informed and believe, and thereon allege, that defendant

4   Rebecca Castro is a resident of the State of California. Defendant has previously

5   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

6   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

7   in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

8   Los Angeles Superior Court ("LASC"), case number BC684047.

9       151.   Plaintiffs are informed and believe, and thereon allege, that defendant

10  Angela Catura is a resident of the State of California. Defendant has previously filed

11  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

12  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

13  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

14  Los Angeles Superior Court ("LASC"), case number BC684047.

15      152.   Plaintiffs are informed and believe and thereon allege that Defendant

16  Christopher Caywood is a resident of the State of California. Defendant has, through

17  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18  October 1, 2017, shooting incident in Las Vegas, Nevada.

19      153.   Plaintiffs are informed and believe and thereon allege that Defendant

20  Kasandra Caywood is a resident of the State of California. Defendant has, through

21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23      154.   Plaintiffs are informed and believe and thereon allege that Defendant

24  Keri Cesario is a resident of the State of California.  Defendant has, through

25  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26  October 1, 2017, shooting incident in Las Vegas, Nevada.

27      155.   Plaintiffs are informed and believe and thereon allege that Defendant

28  Robert Cesario is a resident of the State of California. Defendant has, through

-30-

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3       156.   Plaintiffs are informed and believe and thereon allege that Defendant

4  Lauren Chagolla is a resident of the State of California. Defendant has, through

5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7       157.   Plaintiffs are informed and believe and thereon allege that Defendant

8  Tammy J. Chambers is a resident of the State of California.  Defendant has, through

9  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11       158.   Plaintiffs are informed and believe and thereon allege that Defendant

12  David Chatterton is a resident of the State of California. Defendant has, through

13  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14  October 1, 2017, shooting incident in Las Vegas, Nevada.

15       159.   Plaintiffs are informed and believe and thereon allege that Defendant

16  Marie Chatterton is a resident of the State of California.  Defendant has, through

17  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18  October 1, 2017, shooting incident in Las Vegas, Nevada.

19       160.   Plaintiffs are informed and believe and thereon allege that Defendant

20  Veronica Chavez is a resident of the State of California. Defendant has, through

21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23       161.   Plaintiffs are informed and believe and thereon allege that Defendant

24  Kristi Christensen is a resident of the State of California, County of Los Angeles.

25  Defendant has, through counsel, asserted or threatened to assert claims against

26  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

27       162.   Plaintiffs are informed and believe, and thereon allege, that defendant

28  Fabiola Cintron is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

163.   Plaintiffs are informed and believe, and thereon allege, that defendant Roger Cintron is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

164.   Plaintiffs are informed and believe, and thereon allege, that defendant Alisa Clawson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

165.   Plaintiffs are informed and believe, and thereon allege, that defendant Kara Clement is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

166.   Plaintiffs are informed and believe and thereon allege that Defendant Larissa Coburn is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

167.   Plaintiffs are informed and believe, and thereon allege, that defendant Donna Cochrane is a resident of the State of California. Defendant has previously

1  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

2  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

3  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

4  Los Angeles Superior Court ("LASC"), case number BC684047.

5      168.   Plaintiffs are informed and believe, and thereon allege, that defendant

6  Richard D. Coe is a resident of the State of California. Defendant has previously

7  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

8  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

9  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Gasper, et al. v.*

10 *MGM*, filed November 20, 2017, in Los Angeles Superior Court ("LASC"), case

11 number BC684143, Plaintiffs are informed and believe that Defendant is a resident

12 of the County of Los Angeles, State of California.

13     169.   Plaintiffs are informed and believe, and thereon allege, that defendant

14 David Cole is a resident of the State of California. Defendant has previously filed a

15 lawsuit (which was subsequently voluntarily dismissed) against one or more of the

16 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

17 Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

18 Los Angeles Superior Court ("LASC"), case number BC684047.

19     170.   Plaintiffs are informed and believe and thereon allege that Defendant

20 Joseph Cole is a resident of the State of California.  Defendant has, through counsel,

21 asserted or threatened to assert claims against Plaintiffs based upon the October 1,

22 2017, shooting incident in Las Vegas, Nevada.

23     171.   Plaintiffs are informed and believe and thereon allege that Defendant

24 Dennis Neal Coleman is a resident of the State of California.  Defendant has,

25 through counsel, asserted or threatened to assert claims against Plaintiffs based upon

26 the October 1, 2017, shooting incident in Las Vegas, Nevada.

27     172.   Plaintiffs are informed and believe, and thereon allege, that defendant

28 Ronaldo Concepcion is a resident of the State of California. Defendant has

previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

173.   Plaintiffs are informed and believe and thereon allege that Defendant Kathleen Conti is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

174.   Plaintiffs are informed and believe, and thereon allege, that defendant Melissa Contri is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

175.   Plaintiffs are informed and believe and thereon allege that Defendant Christa Conway is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

176.   Plaintiffs are informed and believe and thereon allege that Defendant William Cook is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

177.   Plaintiffs are informed and believe and thereon allege that Defendant Wendy Cooper is a resident of the State of California. Defendant has, through

1    counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2    October 1, 2017, shooting incident in Las Vegas, Nevada.

3         178.   Plaintiffs are informed and believe, and thereon allege, that defendant

4    Patricia Cope is a resident of the State of California. Defendant has previously filed

5    a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

6    Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

7    Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

8    *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

9    number BC687120, Plaintiffs are informed and believe that Defendant is a resident

10   of the County of Los Angeles, State of California.

11        179.   Plaintiffs are informed and believe, and thereon allege, that defendant

12   Jesse Cortez is a resident of the State of California. Defendant has previously filed a

13   lawsuit (which was subsequently voluntarily dismissed) against one or more of the

14   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

15   Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

16   Los Angeles Superior Court ("LASC"), case number BC684047.

17        180.   Plaintiffs are informed and believe, and thereon allege, that defendant

18   Lisa Cortez is a resident of the State of California. Defendant has previously filed a

19   lawsuit (which was subsequently voluntarily dismissed) against one or more of the

20   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

21   Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

22   Los Angeles Superior Court ("LASC"), case number BC684047.

23        181.   Plaintiffs are informed and believe and thereon allege that Defendant

24   Douglas Corum is a resident of the State of California. Defendant has, through

25   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26   October 1, 2017, shooting incident in Las Vegas, Nevada.

27        182.   Plaintiffs are informed and believe and thereon allege that Defendant

28   Tyler Craig is a resident of the State of California, County of Los Angeles.

1  Defendant has, through counsel, asserted or threatened to assert claims against

2  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

3       183.   Plaintiffs are informed and believe and thereon allege that Defendant

4  Brenda Crane is a resident of the State of California. Defendant has, through

5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7       184.   Plaintiffs are informed and believe, and thereon allege, that defendant

8  Brittani Crawford is a resident of the State of California. Defendant has previously

9  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

10 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

11 in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

12 *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

13 number BC684047, Plaintiffs are informed and believe that Defendant is a resident

14 of the County of Los Angeles, State of California.

15      185.   Plaintiffs are informed and believe and thereon allege that Defendant

16 Anthony M. Cresta is a resident of the State of California.  Defendant has, through

17 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18 October 1, 2017, shooting incident in Las Vegas, Nevada.

19      186.   Plaintiffs are informed and believe, and thereon allege, that defendant

20 Anthony Crisci is a resident of the State of California. Defendant has previously

21 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

22 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

23 in Las Vegas, Nevada, in *Crisci v. MGM*, filed November 15, 2017, in Clark County

24 District Court ("Clark County"), case number A-17-764709-C.

25      187.   Plaintiffs are informed and believe and thereon allege that Defendant

26 Patricia Criss is a resident of the State of California, County of Los Angeles.

27 Defendant has, through counsel, asserted or threatened to assert claims against

28 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

188.   Plaintiffs are informed and believe, and thereon allege, that defendant Kira M. Cross is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Santa Barbara, State of California.

189.   Plaintiffs are informed and believe and thereon allege that Defendant Joy M. Cruz is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

190.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Cuevas is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

191.   Plaintiffs are informed and believe and thereon allege that Defendant Adrianna Culler is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

192.   Plaintiffs are informed and believe and thereon allege that Defendant Marissa J. Currie is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

193.   Plaintiffs are informed and believe and thereon allege that Defendant Tammy Curtis is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

COMPLAINT FOR DECLARATORY RELIEF

194.   Plaintiffs are informed and believe, and thereon allege, that defendant Nicole Cusick is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

195.   Plaintiffs are informed and believe and thereon allege that Defendant Robert Cusick is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

196.   Plaintiffs are informed and believe and thereon allege that Defendant Andrew Dahring is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

197.   Plaintiffs are informed and believe and thereon allege that Defendant Nancy Dahring is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

198.   Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Dancel is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Dancel, et al. v. MGM*, filed October 18, 2017, in the Los Angeles Superior Court ("LASC"), case number BC680370.

199.   Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Marie Daniels is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

200.   Plaintiffs are informed and believe, and thereon allege, that defendant Pritesh Davda is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

201.   Plaintiffs are informed and believe and thereon allege that Defendant Kyle David is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

202.   Plaintiffs are informed and believe and thereon allege that Defendant Jessica Davies is a resident of the State of California, County of Ventura.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

203.   Plaintiffs are informed and believe, and thereon allege, that defendant Ellen Davis is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

204.   Plaintiffs are informed and believe and thereon allege that Defendant Deborah Dawkins is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

205.   Plaintiffs are informed and believe, and thereon allege, that defendant Deanna Dawson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

206.   Plaintiffs are informed and believe, and thereon allege, that defendant Lori Dawson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

207.   Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Thomas Day, Jr., was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of Thomas Day, Jr., and Thomas Day, Sr.  (surviving father, heir and successor-in-interest to decedent), Kelsey Day (surviving daughter, heir and successor-in-interest to decedent), Nolan Day (surviving son, heir and successor-in-interest to decedent) and Whitney Day  (surviving daughter, heir and successor-in-interest to decedent) have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, have indicated an intent to make such claims in the future (such as by way of the filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by way of an evidence preservation letter from counsel).

208.   Plaintiffs are informed and believe, and thereon allege, that defendant Cynthia Dearing is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

1  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

2  Los Angeles Superior Court ("LASC"), case number BC684047.

3       209.   Plaintiffs are informed and believe and thereon allege that Defendant

4  Tamara Delameter is a resident of the State of California.  Defendant has, through

5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7       210.   Plaintiffs are informed and believe and thereon allege that Defendant

8  Amy Delaplane is a resident of the State of California. Defendant has, through

9  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11       211.   Plaintiffs are informed and believe, and thereon allege, that defendant

12  Alejandra DeLaRosa is a resident of the State of California. Defendant has

13  previously filed a lawsuit (which was subsequently voluntarily dismissed) against

14  one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

15  shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed

16  November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

17  BC684047.

18       212.   Plaintiffs are informed and believe and thereon allege that Defendant

19  Brett DeLaura is a resident of the State of California.  Defendant has, through

20  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

21  October 1, 2017, shooting incident in Las Vegas, Nevada.

22       213.   Plaintiffs are informed and believe, and thereon allege, that defendant

23  Kortney Delaway is a resident of the State of California. Defendant has previously

24  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

25  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

26  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

27  Los Angeles Superior Court ("LASC"), case number BC684047.

28

214.   Plaintiffs are informed and believe and thereon allege that Defendant Nicole Delgadillo is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

215.   Plaintiffs are informed and believe, and thereon allege, that defendant Larry Delgado is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

216.   Plaintiffs are informed and believe and thereon allege that Defendant Danielle Delira is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

217.   Plaintiffs are informed and believe and thereon allege that Defendant Nicole Desaracho is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

218.   Plaintiffs are informed and believe and thereon allege that Defendant Robert Di Nonno is a resident of the State of California, County of Ventura. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

219.   Plaintiffs are informed and believe, and thereon allege, that defendant Mikaela Diaz is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM,* filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

220.   Plaintiffs are informed and believe and thereon allege that Defendant Regina Dieringer is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

221.   Plaintiffs are informed and believe and thereon allege that Defendant Ryan Dieringer is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

222.   Plaintiffs are informed and believe and thereon allege that Defendant Diana J. Dimitruk is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

223.   Plaintiffs are informed and believe and thereon allege that Defendant Vanessa Dipolito is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

224.   Plaintiffs are informed and believe and thereon allege that Defendant Laura Dixon is a resident of the State of California, County of Ventura.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

225.   Plaintiffs are informed and believe and thereon allege that Defendant Robyn Dobbs is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

226.   Plaintiffs are informed and believe and thereon allege that Defendant Daniel Dominguez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

227.   Plaintiffs are informed and believe, and thereon allege, that defendant Karin Donis is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

228.   Plaintiffs are informed and believe and thereon allege that Defendant Elyse Donnelly is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

229.   Plaintiffs are informed and believe and thereon allege that Defendant Kyle L. Donner is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

230.   Plaintiffs are informed and believe and thereon allege that Defendant Wendy A. Dormer is a resident of the State of California, County of Ventura. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

231.   Plaintiffs are informed and believe, and thereon allege, that defendant Allison Dorr is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

232.  Plaintiffs are informed and believe and thereon allege that Defendant Jessica Dovalina is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

233.  Plaintiffs are informed and believe, and thereon allege, that defendant Julie Dove is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

234.  Plaintiffs are informed and believe and thereon allege that Defendant Eydie Doyle is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

235.  Plaintiffs are informed and believe, and thereon allege, that defendant Thomas Durell is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

236.  Plaintiffs are informed and believe and thereon allege that Defendant Amber Durham is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

237.  Plaintiffs are informed and believe, and thereon allege, that defendant Kendall Dusenberry is a resident of the State of California. Defendant has

1   previously filed a lawsuit (which was subsequently voluntarily dismissed) against

2   one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

3   shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit,

4   *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior

5   Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that

6   Defendant is a resident of the County of Los Angeles, State of California.

7        238.   Plaintiffs are informed and believe and thereon allege that Defendant

8   Cheyenne Eberle is a resident of the State of California. Defendant has, through

9   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10   October 1, 2017, shooting incident in Las Vegas, Nevada.

11        239.   Plaintiffs are informed and believe and thereon allege that Defendant

12   Gena Elfelt is a resident of the State of California. Defendant has, through counsel,

13   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

14   2017, shooting incident in Las Vegas, Nevada.

15        240.   Plaintiffs are informed and believe and thereon allege that Defendant

16   Derrick Elliott is a resident of the State of California. Defendant has, through

17   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18   October 1, 2017, shooting incident in Las Vegas, Nevada.

19        241.   Plaintiffs are informed and believe and thereon allege that Defendant

20   Jillian Elliott is a resident of the State of California.  Defendant has, through

21   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22   October 1, 2017, shooting incident in Las Vegas, Nevada.

23        242.   Plaintiffs are informed and believe, and thereon allege, that defendant

24   Staci Ellis is a resident of the State of California. Defendant has previously filed a

25   lawsuit (which was subsequently voluntarily dismissed) against one or more of the

26   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

27   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

28   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

243.   Plaintiffs are informed and believe and thereon allege that Defendant Steve Encinias is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

244.   Plaintiffs are informed and believe and thereon allege that Defendant Shanyce English is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

245.   Plaintiffs are informed and believe and thereon allege that Defendant Madelyn Enochs is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

246.   Plaintiffs are informed and believe and thereon allege that Defendant Candice Erickson is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

247.   Plaintiffs are informed and believe and thereon allege that Defendant Chris Erickson is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

248.   Plaintiffs are informed and believe, and thereon allege, that defendant Kandis Erickson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

249. Plaintiffs are informed and believe, and thereon allege, that defendant Sabrina Esparza is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

250. Plaintiffs are informed and believe and thereon allege that Defendant Ernesto Espinoza is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

251. Plaintiffs are informed and believe and thereon allege that Defendant Soraya M. Espinoza is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

252. Plaintiffs are informed and believe, and thereon allege, that defendant Laura Estrada is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

253. Plaintiffs are informed and believe and thereon allege that Defendant Nico Estrada is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

254. Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Stacee Etcheber, was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of Stacee Etcheber and Vincent Etcheber (surviving husband, heir and successor-in-

1  interest) have, through counsel, made claims against Plaintiffs based upon the

2  October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, have

3  indicated an intent to make such claims in the future (such as by way of the filing of

4  a separate lawsuit – now dismissed, by way of a letter of representation of counsel,

5  or by way of an evidence preservation letter from counsel).

6      255.  Plaintiffs are informed and believe and thereon allege that Defendant

7  Briana Evans is a resident of the State of California.  Defendant has, through

8  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

9  October 1, 2017, shooting incident in Las Vegas, Nevada.

10     256.  Plaintiffs are informed and believe, and thereon allege, that defendant

11  Cynthia Evans is a resident of the State of California. Defendant has previously filed

12  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

13  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

14  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

15  Los Angeles Superior Court ("LASC"), case number BC684047.

16     257.  Plaintiffs are informed and believe, and thereon allege, that defendant

17  Dennis Evans is a resident of the State of California. Defendant has previously filed

18  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

19  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

20  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

21  Los Angeles Superior Court ("LASC"), case number BC684047.

22     258.  Plaintiffs are informed and believe and thereon allege that Defendant

23  Wendy Everett is a resident of the State of California.  Defendant has, through

24  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

25  October 1, 2017, shooting incident in Las Vegas, Nevada.

26     259.  Plaintiffs are informed and believe, and thereon allege, that defendant

27  Kyle Evinger is a resident of the State of California. Defendant has previously filed

28  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

260.   Plaintiffs are informed and believe and thereon allege that Defendant Ashley Fargo is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

261.   Plaintiffs are informed and believe, and thereon allege, that defendant Michelle Farias is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

262.   Plaintiffs are informed and believe, and thereon allege, that defendant Angela Favia is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

263.   Plaintiffs are informed and believe, and thereon allege, that defendant Jeffrey Feig is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

264.   Plaintiffs are informed and believe and thereon allege that Defendant Rafael Feliciano is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

265.   Plaintiffs are informed and believe and thereon allege that Defendant Lauren Ferguson is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

266.   Plaintiffs are informed and believe and thereon allege that Defendant Jennie Fernandes is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

267.   Plaintiffs are informed and believe and thereon allege that Defendant Maryssa Fields is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

268.   Plaintiffs are informed and believe and thereon allege that Defendant Melissa Fierro is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

269.   Plaintiffs are informed and believe, and thereon allege, that defendant Baylee Fincher is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

270.   Plaintiffs are informed and believe, and thereon allege, that defendant Brooke Fincher is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

271.   Plaintiffs are informed and believe, and thereon allege, that defendant Mindy Fincher is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

272.   Plaintiffs are informed and believe and thereon allege that Defendant Austin Fisher is a resident of the State of California, County of Santa Barbara. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

273.   Plaintiffs are informed and believe and thereon allege that Defendant Lyndsay Fisher is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

274.   Plaintiffs are informed and believe and thereon allege that Defendant Susan Fitzgerald is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

275.   Plaintiffs are informed and believe, and thereon allege, that defendant Emily Flesher is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

276.   Plaintiffs are informed and believe, and thereon allege, that defendant Kristi Flesher is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

277.   Plaintiffs are informed and believe, and thereon allege, that defendant Art Flores is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

278.   Plaintiffs are informed and believe and thereon allege that Defendant Daniel Flores is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

279.   Plaintiffs are informed and believe, and thereon allege, that defendant Steven Flores is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

280.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Fluegal is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

281.   Plaintiffs are informed and believe and thereon allege that Defendant Marlana Foltz is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

282.   Plaintiffs are informed and believe, and thereon allege, that defendant Donald Forsyth is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

283.   Plaintiffs are informed and believe, and thereon allege, that defendant Rochelle Forsyth is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

284.   Plaintiffs are informed and believe, and thereon allege, that defendant Kadedra Fowler is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

285.   Plaintiffs are informed and believe and thereon allege that Defendant Justin Frame is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

286.   Plaintiffs are informed and believe, and thereon allege, that defendant Brittany Friend is a resident of the State of California. Defendant has previously

1    filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
2    of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
3    in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
4    Los Angeles Superior Court ("LASC"), case number BC684047.

5         287.   Plaintiffs are informed and believe and thereon allege that Defendant
6    Cynthia Friske is a resident of the State of California. Defendant has, through
7    counsel, asserted or threatened to assert claims against Plaintiffs based upon the
8    October 1, 2017, shooting incident in Las Vegas, Nevada.

9         288.   Plaintiffs are informed and believe and thereon allege that Defendant
10   Amanda Frost is a resident of the State of California. Defendant has, through
11   counsel, asserted or threatened to assert claims against Plaintiffs based upon the
12   October 1, 2017, shooting incident in Las Vegas, Nevada.

13        289.   Plaintiffs are informed and believe and thereon allege that Defendant
14   Bobbi Frye is a resident of the State of California. Defendant has, through counsel,
15   asserted or threatened to assert claims against Plaintiffs based upon the October 1,
16   2017, shooting incident in Las Vegas, Nevada.

17        290.   Plaintiffs are informed and believe, and thereon allege, that defendant
18   Lorraine Fuentes is a resident of the State of California. Defendant has previously
19   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
20   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
21   in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
22   Los Angeles Superior Court ("LASC"), case number BC684047.

23        291.   Plaintiffs are informed and believe and thereon allege that Defendant
24   April Gabany is a resident of the State of California.  Defendant has, through
25   counsel, asserted or threatened to assert claims against Plaintiffs based upon the
26   October 1, 2017, shooting incident in Las Vegas, Nevada.

27        292.   Plaintiffs are informed and believe and thereon allege that Defendant
28   Tina Galarza is a resident of the State of California.  Defendant has, through

1 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2 October 1, 2017, shooting incident in Las Vegas, Nevada.

3      293.  Plaintiffs are informed and believe, and thereon allege, that defendant

4 Erica Gallegos is a resident of the State of California. Defendant has previously filed

5 a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

6 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

7 Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

8 Los Angeles Superior Court ("LASC"), case number BC684047.

9      294.  Plaintiffs are informed and believe, and thereon allege, that defendant

10 Mandy Gallegos is a resident of the State of California. Defendant has previously

11 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

12 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

13 in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

14 *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

15 number BC684047, Plaintiffs are informed and believe that Defendant is a resident

16 of the County of Los Angeles, State of California.

17      295.  Plaintiffs are informed and believe and thereon allege that Defendant

18 Stephanie Gallegos is a resident of the State of California.  Defendant has, through

19 counsel, asserted or threatened to assert claims against Plaintiffs based upon the

20 October 1, 2017, shooting incident in Las Vegas, Nevada.

21      296.  Plaintiffs are informed and believe, and thereon allege that on October

22 1, 2017, decedent Keri Galvan, was a resident of the State of California. Plaintiffs

23 are informed and believe and thereon allege that Defendants, the Estate of Keri

24 Galvan, Justin Galvan (surviving spouse, heir, and successor-in-interest to

25 decedent), R.G.  (a minor), P.G.  (a minor), and P.G.  (a minor), have, through

26 counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting

27 incident in Las Vegas, Nevada, or, alternatively, have indicated an intent to make

28 such claims in the future (such as by way of the filing of a separate lawsuit – now

1    dismissed, by way of a letter of representation of counsel, or by way of an evidence

2    preservation letter from counsel). The Defendants are residents of the County of Los

3    Angeles, State of California and the residency of these Defendants was identified to

4    a court in a Complaint in the dismissed action *Galvan, et al. v. Live Nation*, filed

5    December 7, 2017, in the Los Angeles Superior Court ("LASC"), case number

6    BC686248.

7          297.   Plaintiffs are informed and believe and thereon allege that Defendant

8    Celena Garcia is a resident of the State of California, County of Los Angeles.

9    Defendant has, through counsel, asserted or threatened to assert claims against

10   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

11         298.   Plaintiffs are informed and believe and thereon allege that Defendant

12   Christina Garcia is a resident of the State of California. Defendant has, through

13   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14   October 1, 2017, shooting incident in Las Vegas, Nevada.

15         299.   Plaintiffs are informed and believe, and thereon allege, that defendant

16   Eric Garcia is a resident of the State of California. Defendant has previously filed a

17   lawsuit (which was subsequently voluntarily dismissed) against one or more of the

18   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

19   Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

20   Los Angeles Superior Court ("LASC"), case number BC684047.

21         300.   Plaintiffs are informed and believe and thereon allege that Defendant

22   Eugene Garcia is a resident of the State of California, County of Ventura.

23   Defendant has, through counsel, asserted or threatened to assert claims against

24   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

25         301.   Plaintiffs are informed and believe and thereon allege that Defendant

26   Randy Garcia is a resident of the State of California. Defendant has, through

27   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

28   October 1, 2017, shooting incident in Las Vegas, Nevada.

302.   Plaintiffs are informed and believe and thereon allege that Defendant Stacy Garcia is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

303.   Plaintiffs are informed and believe and thereon allege that Defendant Teresa Garcia is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

304.   Plaintiffs are informed and believe and thereon allege that Defendant Laura Gardhouse is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

305.   Plaintiffs are informed and believe, and thereon allege, that defendant Ellenor Gargano is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Gargano v. Mandalay Bay*, filed February 2, 2018, in Clark County District Court ("Clark County"), case number A-18-768832-C.

306.   Plaintiffs are informed and believe and thereon allege that Defendant Jose L. Garza is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

307.   Plaintiffs are informed and believe, and thereon allege, that defendant Paige Gasper is a resident of the State of California. Defendant has previously filed two lawsuits (which were subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Gasper v. MGM*, filed October 10, 2017, in Clark County District Court ("Clark County"), case number A-17-762858, and in *Gasper, et al. v.*

*MGM*, filed November 20, 2017, in Los Angeles Superior Court ("LASC"), case number BC684143.

308.   Plaintiffs are informed and believe, and thereon allege, that defendant Brittany Gebhart is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

309.   Plaintiffs are informed and believe, and thereon allege, that defendant William Georgia is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

310.   Plaintiffs are informed and believe, and thereon allege, that defendant Garrett Ghahyasi is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

311.   Plaintiffs are informed and believe, and thereon allege, that defendant Meilin Gibbens is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

312.   Plaintiffs are informed and believe and thereon allege that Defendant Erin Gill is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

313.   Plaintiffs are informed and believe and thereon allege that Defendant John Gilmore is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

314.   Plaintiffs are informed and believe, and thereon allege, that defendant Kylee Glasscock is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

315.   Plaintiffs are informed and believe and thereon allege that Defendant Robert Glavis is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

316.   Plaintiffs are informed and believe and thereon allege that Defendant Teresa Glavis is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

317.   Plaintiffs are informed and believe and thereon allege that Defendant Tristi Glover is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

318.   Plaintiffs are informed and believe and thereon allege that Defendant Michell Goble is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

319.   Plaintiffs are informed and believe, and thereon allege, that defendant Michelle Gomes is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

320.   Plaintiffs are informed and believe and thereon allege that Defendant Ashley Gomez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

321.   Plaintiffs are informed and believe, and thereon allege, that defendant Julie Gomez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

322.   Plaintiffs are informed and believe, and thereon allege, that defendant Steven Gomez is a resident of the State of California. Defendant has previously filed

1   a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

2   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

3   Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los

4   Angeles Superior Court ("LASC"), case number BC687120.

5       323.   Plaintiffs are informed and believe, and thereon allege, that defendant

6   Jeffrey Alan Gonsalves is a resident of the State of California. Defendant has

7   previously filed a lawsuit (which was subsequently voluntarily dismissed) against

8   one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

9   shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed

10   November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

11   BC684047.

12      324.   Plaintiffs are informed and believe and thereon allege that Defendant

13   Andrea Gonzales is a resident of the State of California, County of Los Angeles.

14   Defendant has, through counsel, asserted or threatened to assert claims against

15   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

16      325.   Plaintiffs are informed and believe and thereon allege that Defendant

17   Daniel Joseph Gonzales is a resident of the State of California, County of Ventura.

18   Defendant has, through counsel, asserted or threatened to assert claims against

19   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

20      326.   Plaintiffs are informed and believe and thereon allege that Defendant

21   Alesha Gonzalez is a resident of the State of California, County of Los Angeles.

22   Defendant has, through counsel, asserted or threatened to assert claims against

23   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

24      327.   Plaintiffs are informed and believe and thereon allege that Defendant

25   Jesus Vincent Gonzalez is a resident of the State of California, County of Los

26   Angeles.  Defendant has, through counsel, asserted or threatened to assert claims

27   against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas,

28   Nevada.

328.   Plaintiffs are informed and believe and thereon allege that Defendant Michael Gonzalez is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

329.   Plaintiffs are informed and believe and thereon allege that Defendant Michael Goodnight is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

330.   Plaintiffs are informed and believe and thereon allege that Defendant Doreen Gorman is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

331.   Plaintiffs are informed and believe, and thereon allege, that defendant Delores Gray is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

332.   Plaintiffs are informed and believe, and thereon allege, that defendant Jeanette Gray is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

333.   Plaintiffs are informed and believe and thereon allege that Defendant Nicole Gray is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

334.   Plaintiffs are informed and believe and thereon allege that Defendant Regina Green is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

335.   Plaintiffs are informed and believe and thereon allege that Defendant David J. Grijalba Jr. is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

336.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Grimm is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

337.   Plaintiffs are informed and believe and thereon allege that Defendant Gabriel Guerrero is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

338.   Plaintiffs are informed and believe, and thereon allege, that defendant Miguel Guerrero is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Spencer, et al. v. Paddock*, filed October 17, 2017, in Los Angeles Superior Court ("LASC"), case number BC680065.

339.   Plaintiffs are informed and believe and thereon allege that Defendant Mikerra Guerrero is a resident of the State of California.  Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

340.   Plaintiffs are informed and believe and thereon allege that Defendant Trisha Guerrero is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

341.   Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Rocio Guillen, was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of Rocio Guillen, Christopher Jaksha (successor-in-interest to decedent), S.J. (a minor, successor-in-interest), and A.J. (a minor, and successor-in-interest), who have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, have indicated an intent to make such claims in the future (such as by way of the filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by way of an evidence preservation letter from counsel). The Defendants are residents of the County of Riverside, State of California and the residency of these Defendants was identified to a court in a Complaint in the dismissed action *Jaksha, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684048.

342.   Plaintiffs are informed and believe and thereon allege that Defendant Thomas Gunderson is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

343.   Plaintiffs are informed and believe and thereon allege that Defendant Tammy Hiscox Gurule is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

344. Plaintiffs are informed and believe and thereon allege that Defendant Tammy M. Gurule is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

345. Plaintiffs are informed and believe and thereon allege that Defendant Kimberly Gutierrez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

346. Plaintiffs are informed and believe, and thereon allege, that defendant Crystal Hadley is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada. Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

347. Plaintiffs are informed and believe and thereon allege that Defendant Deborah Hall is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

348. Plaintiffs are informed and believe and thereon allege that Defendant Steven Hall is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

349. Plaintiffs are informed and believe, and thereon allege, that defendant Travis Hall is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

350.   Plaintiffs are informed and believe and thereon allege that Defendant Michelle Hamel is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

351.   Plaintiffs are informed and believe, and thereon allege, that defendant Kiersten Harling is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

352.   Plaintiffs are informed and believe, and thereon allege, that defendant Simon Harling is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

353.   Plaintiffs are informed and believe, and thereon allege, that defendant Brandon Harlow is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

354.   Plaintiffs are informed and believe, and thereon allege, that defendant Regina Anne Harris is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

1   in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

2   Los Angeles Superior Court ("LASC"), case number BC684047.

3       355.   Plaintiffs are informed and believe, and thereon allege, that defendant

4   Lisa Hartz is a resident of the State of California. Defendant has previously filed a

5   lawsuit (which was subsequently voluntarily dismissed) against one or more of the

6   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

7   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

8   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

9   number BC684047, Plaintiffs are informed and believe that Defendant is a resident

10  of the County of Ventura, State of California.

11      356.   Plaintiffs are informed and believe, and thereon allege, that defendant

12  Melinda Hawkins is a resident of the State of California. Defendant has previously

13  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

14  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

15  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

16  Los Angeles Superior Court ("LASC"), case number BC684047.

17      357.   Plaintiffs are informed and believe and thereon allege that Defendant

18  Breanna Hayden is a resident of the State of California. Defendant has, through

19  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

20  October 1, 2017, shooting incident in Las Vegas, Nevada.

21      358.   Plaintiffs are informed and believe, and thereon allege, that defendant

22  Kiley Hayden is a resident of the State of California. Defendant has previously filed

23  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

24  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

25  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

26  Los Angeles Superior Court ("LASC"), case number BC684047.

27      359.   Plaintiffs are informed and believe and thereon allege that Defendant

28  Kristina Hayden is a resident of the State of California. Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

360.   Plaintiffs are informed and believe and thereon allege that Defendant Larry Hayden is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

361.   Plaintiffs are informed and believe, and thereon allege, that defendant Cori Haynes is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

362.   Plaintiffs are informed and believe, and thereon allege, that defendant Bryce Heathcoat is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Dancel, et al. v. MGM*, filed October 18, 2017, in the Los Angeles Superior Court ("LASC"), case number BC680370.

363.   Plaintiffs are informed and believe, and thereon allege, that defendant Jennifer Heidt is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

364.   Plaintiffs are informed and believe, and thereon allege, that defendant Steven Heirshberg is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

COMPLAINT FOR DECLARATORY RELIEF

in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

365.   Plaintiffs are informed and believe, and thereon allege, that defendant Wendy Heirshberg is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

366.   Plaintiffs are informed and believe and thereon allege that Defendant Brandon Helmick is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

367.   Plaintiffs are informed and believe, and thereon allege, that defendant Justin Henderson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

368.   Plaintiffs are informed and believe and thereon allege that Defendant Kristine Henderson is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

369.   Plaintiffs are informed and believe, and thereon allege, that defendant Andrea Henning is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

370.   Plaintiffs are informed and believe and thereon allege that Defendant Justin Heredia is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

371.   Plaintiffs are informed and believe, and thereon allege, that defendant Heather Hernandez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

372.   Plaintiffs are informed and believe, and thereon allege, that defendant Rebecca Hernandez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

373.   Plaintiffs are informed and believe and thereon allege that Defendant Ricardo Hernandez is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

374.   Plaintiffs are informed and believe, and thereon allege, that defendant Emmitt Hickman is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

375.   Plaintiffs are informed and believe and thereon allege that Defendant Eric Higgins is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

376.   Plaintiffs are informed and believe, and thereon allege, that defendant Diane Hill is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Hill v. MGM*, filed February 12, 2018, in Clark County District Court ("Clark County"), case number A-18-769385-C.

377.   Plaintiffs are informed and believe and thereon allege that Defendant Tyler Hill is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

378.   Plaintiffs are informed and believe and thereon allege that Defendant Teresa Himley is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

379.   Plaintiffs are informed and believe and thereon allege that Defendant Jeff Hines is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

380.   Plaintiffs are informed and believe and thereon allege that Defendant Whitney Linn Hinnant is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

381.   Plaintiffs are informed and believe, and thereon allege, that defendant Lauren Hitt is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

382.   Plaintiffs are informed and believe and thereon allege that Defendant Kendra Hobbs is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

383.   Plaintiffs are informed and believe, and thereon allege, that defendant Patrick Hobbs is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

384.   Plaintiffs are informed and believe, and thereon allege, that defendant Leigh Ann Hodgson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

385.   Plaintiffs are informed and believe and thereon allege that Defendant Katherine Hoey is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

386.   Plaintiffs are informed and believe and thereon allege that Defendant Bryan Hoffrichter is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

387.   Plaintiffs are informed and believe and thereon allege that Defendant Donna Holden is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

388.   Plaintiffs are informed and believe, and thereon allege, that defendant Tanna Holderle is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

389.   Plaintiffs are informed and believe and thereon allege that Defendant Albert Holguin is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

390.   Plaintiffs are informed and believe and thereon allege that Defendant Cindy Holguin is a resident of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3       391.   Plaintiffs are informed and believe and thereon allege that Defendant
4  Lisa Holguin is a resident of the State of California. Defendant has, through counsel,
5  asserted or threatened to assert claims against Plaintiffs based upon the October 1,
6  2017, shooting incident in Las Vegas, Nevada.

7       392.   Plaintiffs are informed and believe, and thereon allege, that defendant
8  John Holladay is a resident of the State of California. Defendant has previously filed
9  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
10 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
11 Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
12 *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
13 number BC684047, Plaintiffs are informed and believe that Defendant is a resident
14 of the County of Ventura, State of California.

15      393.   Plaintiffs are informed and believe, and thereon allege, that defendant
16 Melissa Holmquist is a resident of the State of California. Defendant has previously
17 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
18 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
19 in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
20 Los Angeles Superior Court ("LASC"), case number BC684047.

21      394.   Plaintiffs are informed and believe, and thereon allege, that defendant
22 Vanessa Holub is a resident of the State of California. Defendant has previously
23 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
24 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
25 in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
26 *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
27 number BC684047.

28

395.   Plaintiffs are informed and believe, and thereon allege, that defendant Alexis Hood is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

396.   Plaintiffs are informed and believe and thereon allege that Defendant Taylor Hood is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

397.   Plaintiffs are informed and believe and thereon allege that Defendant Brendan Hoolihan is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

398.   Plaintiffs are informed and believe and thereon allege that Defendant Brittany Hopkins is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

399.   Plaintiffs are informed and believe and thereon allege that Defendant Michelle Howlett is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

400.   Plaintiffs are informed and believe and thereon allege that Defendant Malisa Hoyme is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

401.   Plaintiffs are informed and believe, and thereon allege, that defendant Debra Hudson is a resident of the State of California. Defendant has previously filed

1    a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
2    Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
3    Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
4    Los Angeles Superior Court ("LASC"), case number BC684047.

5        402.   Plaintiffs are informed and believe, and thereon allege, that defendant
6    Leanne Huggins is a resident of the State of California. Defendant has previously
7    filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
8    of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
9    in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Huggins, et al. v.*
10   *MGM*, filed February 14, 2018, in the Los Angeles Superior Court ("LASC"), case
11   number BC694788, Plaintiffs are informed and believe that Defendant is a resident
12   of the County of Los Angeles, State of California.

13       403.   Plaintiffs are informed and believe and thereon allege that Defendant
14   Laurie Hulbert is a resident of the State of California.  Defendant has, through
15   counsel, asserted or threatened to assert claims against Plaintiffs based upon the
16   October 1, 2017, shooting incident in Las Vegas, Nevada.

17       404.   Plaintiffs are informed and believe and thereon allege that Defendant
18   Julie Huntsinger is a resident of the State of California.  Defendant has, through
19   counsel, asserted or threatened to assert claims against Plaintiffs based upon the
20   October 1, 2017, shooting incident in Las Vegas, Nevada.

21       405.   Plaintiffs are informed and believe and thereon allege that Defendant
22   Ryan Huntsinger is a resident of the State of California. Defendant has, through
23   counsel, asserted or threatened to assert claims against Plaintiffs based upon the
24   October 1, 2017, shooting incident in Las Vegas, Nevada.

25       406.   Plaintiffs are informed and believe and thereon allege that Defendant
26   Taylor Hurwit is a resident of the State of California, County of Los Angeles.
27   Defendant has, through counsel, asserted or threatened to assert claims against
28   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

407.   Plaintiffs are informed and believe and thereon allege that Defendant Bret Ivey is a resident of the State of California, County of Los Angeles.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

408.   Plaintiffs are informed and believe, and thereon allege, that defendant Alicia Jackson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

409.   Plaintiffs are informed and believe and thereon allege that Defendant Thomas S. Jacobus is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

410.   Plaintiffs are informed and believe and thereon allege that Defendant Philip Jardell is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

411.   Plaintiffs are informed and believe and thereon allege that Defendant Joanna Jashimoto is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

412.   Plaintiffs are informed and believe, and thereon allege, that defendant Aaron E. Jenkins is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

413. Plaintiffs are informed and believe, and thereon allege, that defendant Jessica Ann Jenkins is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

414. Plaintiffs are informed and believe and thereon allege that Defendant Teresa Jensen is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

415. Plaintiffs are informed and believe and thereon allege that Defendant Miranda Jessen is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

416. Plaintiffs are informed and believe and thereon allege that Defendant Sarah Jick is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

417. Plaintiffs are informed and believe and thereon allege that Defendant Renee Jimenez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

418. Plaintiffs are informed and believe, and thereon allege, that defendant LaNeshia Johnson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

419.   Plaintiffs are informed and believe, and thereon allege, that defendant Monta Johnson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

420.   Plaintiffs are informed and believe and thereon allege that Defendant Michelle Jones is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

421.   Plaintiffs are informed and believe, and thereon allege, that defendant Misty Jones is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

422.   Plaintiffs are informed and believe, and thereon allege, that defendant Rob Jones is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

423.   Plaintiffs are informed and believe, and thereon allege, that defendant Shaheed Jones is a resident of the State of California. Defendant has previously filed

1   a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

2   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

3   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

4   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

5   number BC684047, Plaintiffs are informed and believe that Defendant is a resident

6   of the County of Los Angeles, State of California.

7         424.   Plaintiffs are informed and believe and thereon allege that Defendant

8   Clarice Kahia is a resident of the State of California. Defendant has, through

9   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11        425.   Plaintiffs are informed and believe, and thereon allege, that defendant

12  Ted Kalnas is a resident of the State of California. Defendant has previously filed a

13  lawsuit (which was subsequently voluntarily dismissed) against one or more of the

14  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

15  Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Vanderstay, et al. v.*

16  *MGM*, filed November 13, 2017, in the Los Angeles Superior Court ("LASC"),

17  Plaintiffs are informed and believe that Defendant is a resident of the County of Los

18  Angeles, State of California.

19        426.   Plaintiffs are informed and believe and thereon allege that Defendant

20  Lori Kammer is a resident of the State of California.  Defendant has, through

21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23        427.   Plaintiffs are informed and believe and thereon allege that Defendant

24  Todd Kammer is a resident of the State of California. Defendant has, through

25  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26  October 1, 2017, shooting incident in Las Vegas, Nevada.

27        428.   Plaintiffs are informed and believe, and thereon allege, that defendant

28  Michael Kaplish is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

429.   Plaintiffs are informed and believe and thereon allege that Defendant Mirta Katnich is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

430.   Plaintiffs are informed and believe, and thereon allege, that defendant Scott Keeran is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

431.   Plaintiffs are informed and believe, and thereon allege, that defendant Valerie Melissa Keeran is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

432.   Plaintiffs are informed and believe and thereon allege that Defendant Alaina Kelly is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

COMPLAINT FOR DECLARATORY RELIEF

433. Plaintiffs are informed and believe and thereon allege that Defendant Debra Kelly is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

434. Plaintiffs are informed and believe and thereon allege that Defendant William M. Kelly is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

435. Plaintiffs are informed and believe, and thereon allege, that defendant Kyle Kennedy is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

436. Plaintiffs are informed and believe and thereon allege that Defendant Brenda Kent is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

437. Plaintiffs are informed and believe, and thereon allege, that defendant Kelsi Kessler is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

438. Plaintiffs are informed and believe and thereon allege that Defendant Brian Kettering is a resident of the State of California. Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3      439.   Plaintiffs are informed and believe and thereon allege that Defendant
4  Yvette Kettering is a resident of the State of California.  Defendant has, through
5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7      440.   Plaintiffs are informed and believe, and thereon allege, that defendant
8  Sana Khader is a resident of the State of California. Defendant has previously filed a
9  lawsuit (which was subsequently voluntarily dismissed) against one or more of the
10 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
11 Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
12 Los Angeles Superior Court ("LASC"), case number BC684047.

13     441.   Plaintiffs are informed and believe, and thereon allege, that defendant
14 Joanna Kilma is a resident of the State of California. Defendant has previously filed
15 a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
16 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
17 Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
18 *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
19 number BC684047, Plaintiffs are informed and believe that Defendant is a resident
20 of the County of Los Angeles, State of California.

21     442.   Plaintiffs are informed and believe, and thereon allege, that defendant
22 James Kirk is a resident of the State of California. Defendant has previously filed a
23 lawsuit (which was subsequently voluntarily dismissed) against one or more of the
24 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
25 Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
26 Los Angeles Superior Court ("LASC"), case number BC684047.

27     443.   Plaintiffs are informed and believe, and thereon allege, that defendant
28 Judie Jean Kirksey is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

444.   Plaintiffs are informed and believe and thereon allege that Defendant Nicole Kirshner is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

445.   Plaintiffs are informed and believe, and thereon allege, that defendant Matthew Klemmer is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

446.   Plaintiffs are informed and believe and thereon allege that Defendant Rebecca Knepper is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

447.   Plaintiffs are informed and believe and thereon allege that Defendant Kash Knudson is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

448.   Plaintiffs are informed and believe, and thereon allege, that defendant Jazman Glover Kowalczyk is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

449.   Plaintiffs are informed and believe and thereon allege that Defendant Michael Kretschmar is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

450.   Plaintiffs are informed and believe, and thereon allege, that defendant Lauren Christine Krueger is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

451.   Plaintiffs are informed and believe, and thereon allege, that defendant Madisyn Kuntz is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

452.   Plaintiffs are informed and believe, and thereon allege, that defendant Scott T. Kuntz is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

453.   Plaintiffs are informed and believe, and thereon allege, that defendant Brittany LaJoie is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

454.  Plaintiffs are informed and believe and thereon allege that Defendant Michael Landron is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

455.  Plaintiffs are informed and believe, and thereon allege, that defendant Brooke Laney is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

456.  Plaintiffs are informed and believe, and thereon allege, that defendant Logan LaPorte is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

457.  Plaintiffs are informed and believe, and thereon allege, that defendant Mitchell LaPorte is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

1   in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*
2   *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case
3   number BC687120, Plaintiffs are informed and believe that Defendant is a resident
4   of the County of Los Angeles, State of California.

5      458.   Plaintiffs are informed and believe, and thereon allege, that defendant
6   Susie LaPorte is a resident of the State of California. Defendant has previously filed
7   a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
8   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
9   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*
10  *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case
11  number BC687120, Plaintiffs are informed and believe that Defendant is a resident
12  of the County of Los Angeles, State of California.

13     459.   Plaintiffs are informed and believe, and thereon allege, that defendant
14  Richard Larson is a resident of the State of California. Defendant has previously
15  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
16  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
17  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
18  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
19  number BC684047, Plaintiffs are informed and believe that Defendant is a resident
20  of the County of Los Angeles, State of California.

21     460.   Plaintiffs are informed and believe and thereon allege that Defendant
22  Chelsea Laurent is a resident of the State of California.  Defendant has, through
23  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
24  October 1, 2017, shooting incident in Las Vegas, Nevada.

25     461.   Plaintiffs are informed and believe, and thereon allege, that defendant
26  Jamie Lavery is a resident of the State of California. Defendant has previously filed
27  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
28  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

1   Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los

2   Angeles Superior Court ("LASC"), case number BC687120.

3       462.   Plaintiffs are informed and believe and thereon allege that Defendant

4   Nicholas Lawlor is a resident of the State of California. Defendant has, through

5   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6   October 1, 2017, shooting incident in Las Vegas, Nevada.

7       463.   Plaintiffs are informed and believe and thereon allege that Defendant

8   Tiffani Lawyer is a resident of the State of California.  Defendant has, through

9   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11      464.   Plaintiffs are informed and believe and thereon allege that Defendant

12  Susan Learn is a resident of the State of California.  Defendant has, through counsel,

13  asserted or threatened to assert claims against Plaintiffs based upon the October 1,

14  2017, shooting incident in Las Vegas, Nevada.

15      465.   Plaintiffs are informed and believe, and thereon allege, that defendant

16  Cara Ledergerber is a resident of the State of California. Defendant has previously

17  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

18  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

19  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.

20  MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

21  number BC684047, Plaintiffs are informed and believe that Defendant is a resident

22  of the County of Los Angeles, State of California.

23      466.   Plaintiffs are informed and believe and thereon allege that Defendant

24  Ruth Legaspi is a resident of the State of California.  Defendant has, through

25  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

26  October 1, 2017, shooting incident in Las Vegas, Nevada.

27      467.   Plaintiffs are informed and believe and thereon allege that Defendant

28  Delane Leivas is a resident of the State of California, County of Ventura.  Defendant

1  has, through counsel, asserted or threatened to assert claims against Plaintiffs based

2  upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

3      468.   Plaintiffs are informed and believe and thereon allege that Defendant

4  Delanie Leone is a resident of the State of California.  Defendant has, through

5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7      469.   Plaintiffs are informed and believe, and thereon allege, that defendant

8  Catherine Lester is a resident of the State of California. Defendant has previously

9  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

10  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

11  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

12  Los Angeles Superior Court ("LASC"), case number BC684047.

13      470.   Plaintiffs are informed and believe and thereon allege that Defendant

14  Haley Lewis is a resident of the State of California.  Defendant has, through

15  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

16  October 1, 2017, shooting incident in Las Vegas, Nevada.

17      471.   Plaintiffs are informed and believe and thereon allege that Defendant

18  Judith Leyn is a resident of the State of California.  Defendant has, through counsel,

19  asserted or threatened to assert claims against Plaintiffs based upon the October 1,

20  2017, shooting incident in Las Vegas, Nevada.

21      472.   Plaintiffs are informed and believe and thereon allege that Defendant

22  Linda Liewsuwanphong is a resident of the State of California.  Defendant has,

23  through counsel, asserted or threatened to assert claims against Plaintiffs based upon

24  the October 1, 2017, shooting incident in Las Vegas, Nevada.

25      473.   Plaintiffs are informed and believe and thereon allege that Defendant

26  Pridee J. Liewsuwanphong is a resident of the State of California.  Defendant has,

27  through counsel, asserted or threatened to assert claims against Plaintiffs based upon

28  the October 1, 2017, shooting incident in Las Vegas, Nevada.

474.   Plaintiffs are informed and believe, and thereon allege, that defendant Sophia Lima is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120,

475.   Plaintiffs are informed and believe and thereon allege that Defendant Michael Ljubic is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

476.   Plaintiffs are informed and believe and thereon allege that Defendant Michelle Ljubic is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

477.   Plaintiffs are informed and believe and thereon allege that Defendant Nikolas Ljubic is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

478.   Plaintiffs are informed and believe, and thereon allege, that defendant Elvia Llamas is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

479.   Plaintiffs are informed and believe, and thereon allege, that defendant Manuel Llamas is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

480. Plaintiffs are informed and believe and thereon allege that Defendant Delaney Llanusa is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

481. Plaintiffs are informed and believe and thereon allege that Defendant Valarie Loera is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

482. Plaintiffs are informed and believe and thereon allege that Defendant Leah Loewenthal is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

483. Plaintiffs are informed and believe and thereon allege that Defendant Arla Loncar is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

484. Plaintiffs are informed and believe and thereon allege that Defendant Blake Loncar is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

485. Plaintiffs are informed and believe, and thereon allege, that defendant Alma Lopez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

486.   Plaintiffs are informed and believe and thereon allege that Defendant Kimberly Loring is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

487.   Plaintiffs are informed and believe and thereon allege that Defendant Leticia Luna is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

488.   Plaintiffs are informed and believe, and thereon allege, that defendant A.M., a minor, is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

489.   Plaintiffs are informed and believe, and thereon allege, that defendant Bo Magee is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

490.   Plaintiffs are informed and believe and thereon allege that Defendant Kelcy Maio is a resident of the State of California, County of Santa Barbara. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

491.   Plaintiffs are informed and believe, and thereon allege, that defendant Claudia Majalca is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

492.   Plaintiffs are informed and believe, and thereon allege, that defendant Emily Majer is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

493.   Plaintiffs are informed and believe, and thereon allege, that defendant Brian Mallette is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

494.   Plaintiffs are informed and believe, and thereon allege, that defendant Jeff Manahan is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

495.   Plaintiffs are informed and believe and thereon allege that Defendant Kevin Manahan is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

496.   Plaintiffs are informed and believe and thereon allege that Defendant Ashley Mansperger is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

497.   Plaintiffs are informed and believe and thereon allege that Defendant Thomas Martin is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

498.   Plaintiffs are informed and believe and thereon allege that Defendant Andrew Martinez is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

499.   Plaintiffs are informed and believe, and thereon allege, that defendant Elisa Martinez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

500.   Plaintiffs are informed and believe and thereon allege that Defendant Regina R. Martinez is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

501.   Plaintiffs are informed and believe and thereon allege that Defendant Salvador Martinez is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

502.   Plaintiffs are informed and believe and thereon allege that Defendant Somer Martinez is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

503.   Plaintiffs are informed and believe and thereon allege that Defendant Tony Martinez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

504.   Plaintiffs are informed and believe and thereon allege that Defendant William Mason is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

505.   Plaintiffs are informed and believe and thereon allege that Defendant Adam Matz is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

506.   Plaintiffs are informed and believe and thereon allege that Defendant Holly Mayes is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

507.   Plaintiffs are informed and believe, and thereon allege, that defendant Charles Mayfield IV is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

508.   Plaintiffs are informed and believe, and thereon allege, that defendant Charles Mayfield is a resident of the State of California. Defendant has previously

-96-

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

509.   Plaintiffs are informed and believe, and thereon allege, that defendant Christine A. Mayfield is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

510.   Plaintiffs are informed and believe, and thereon allege, that defendant Diana De La Maza is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

511.   Plaintiffs are informed and believe, and thereon allege, that defendant Roland De La Maza is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

512.   Plaintiffs are informed and believe, and thereon allege, that defendant Genevieve Mazza is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

513. Plaintiffs are informed and believe and thereon allege that Defendant Shande McCann is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

514. Plaintiffs are informed and believe, and thereon allege, that defendant Karen McCorkle is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

515. Plaintiffs are informed and believe and thereon allege that Defendant Daniel McDonald is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

516. Plaintiffs are informed and believe, and thereon allege, that defendant Lontisha McGilberry is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

517. Plaintiffs are informed and believe and thereon allege that Defendant Julie McGinis is a resident of the State of California. Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3      518.   Plaintiffs are informed and believe, and thereon allege, that defendant
4  Cherish McGuire is a resident of the State of California. Defendant has previously
5  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
6  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
7  in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the
8  Los Angeles Superior Court ("LASC"), case number BC687120.

9      519.   Plaintiffs are informed and believe and thereon allege that Defendant
10 Stephanie McKiernan is a resident of the State of California. Defendant has, through
11 counsel, asserted or threatened to assert claims against Plaintiffs based upon the
12 October 1, 2017, shooting incident in Las Vegas, Nevada.

13     520.   Plaintiffs are informed and believe and thereon allege that Defendant
14 Cheryl McPherson is a resident of the State of California, County of Los Angeles.
15 Defendant has, through counsel, asserted or threatened to assert claims against
16 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

17     521.   Plaintiffs are informed and believe and thereon allege that Defendant
18 Mark McShane is a resident of the State of California. Defendant has, through
19 counsel, asserted or threatened to assert claims against Plaintiffs based upon the
20 October 1, 2017, shooting incident in Las Vegas, Nevada.

21     522.   Plaintiffs are informed and believe, and thereon allege, that defendant
22 Ashley-Dawn L. Mead is a resident of the State of California. Defendant has
23 previously filed a lawsuit (which was subsequently voluntarily dismissed) against
24 one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,
25 shooting incident in Las Vegas, Nevada, in *Gasper, et al. v. MGM*, filed November
26 20, 2017, in Los Angeles Superior Court ("LASC"), case number BC684143.

27     523.   Plaintiffs are informed and believe and thereon allege that Defendant
28 David Medina is a resident of the State of California. Defendant has, through

1   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2   October 1, 2017, shooting incident in Las Vegas, Nevada.

3        524.   Plaintiffs are informed and believe, and thereon allege, that defendant

4   Johnathan Daniel Medina is a resident of the State of California. Defendant has

5   previously filed a lawsuit (which was subsequently voluntarily dismissed) against

6   one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

7   shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed

8   November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

9   BC684047.

10       525.   Plaintiffs are informed and believe, and thereon allege, that defendant

11  Rachelle Melocoton is a resident of the State of California. Defendant has

12  previously filed a lawsuit (which was subsequently voluntarily dismissed) against

13  one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

14  shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed

15  November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

16  BC684047.

17       526.   Plaintiffs are informed and believe and thereon allege that Defendant

18  Raymond Merkley is a resident of the State of California, County of Los Angeles.

19  Defendant has, through counsel, asserted or threatened to assert claims against

20  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

21       527.   Plaintiffs are informed and believe and thereon allege that Defendant

22  Jim Merrifield is a resident of the State of California.  Defendant has, through

23  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

24  October 1, 2017, shooting incident in Las Vegas, Nevada.

25       528.   Plaintiffs are informed and believe, and thereon allege that on October

26  1, 2017, decedent Patricia Mestas, was a resident of the State of California.

27  Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of

28  Patricia Mestas and Jeremy Schmidt  (surviving son, heir and successor-in-interest)

have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, have indicated an intent to make such claims in the future (such as by way of the filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by way of an evidence preservation letter from counsel).

529.    Plaintiffs are informed and believe, and thereon allege, that defendant Derek Miller is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

530.    Plaintiffs are informed and believe and thereon allege that Defendant Kayla Mills is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

531.    Plaintiffs are informed and believe, and thereon allege, that defendant Melissa Mina is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

532.    Plaintiffs are informed and believe and thereon allege that Defendant Keith Mineo is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

533.    Plaintiffs are informed and believe and thereon allege that Defendant Rosa Miranda is a resident of the State of California. Defendant has, through

1    counsel, asserted or threatened to assert claims against Plaintiffs based upon the

2    October 1, 2017, shooting incident in Las Vegas, Nevada.

3        534.   Plaintiffs are informed and believe, and thereon allege, that defendant

4    Alexandria Mitchell is a resident of the State of California. Defendant has

5    previously filed a lawsuit (which was subsequently voluntarily dismissed) against

6    one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

7    shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit,

8    *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior

9    Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that

10   Defendant is a resident of the County of Los Angeles, State of California.

11       535.   Plaintiffs are informed and believe and thereon allege that Defendant

12   Debra Mitchell is a resident of the State of California. Defendant has, through

13   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14   October 1, 2017, shooting incident in Las Vegas, Nevada.

15       536.   Plaintiffs are informed and believe and thereon allege that Defendant

16   Michelle Montoya is a resident of the State of California. Defendant has, through

17   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18   October 1, 2017, shooting incident in Las Vegas, Nevada.

19       537.   Plaintiffs are informed and believe and thereon allege that Defendant

20   Dodi Moore is a resident of the State of California, County of Los Angeles.

21   Defendant has, through counsel, asserted or threatened to assert claims against

22   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

23       538.   Plaintiffs are informed and believe and thereon allege that Defendant

24   Lisa Moran is a resident of the State of California.  Defendant has, through counsel,

25   asserted or threatened to assert claims against Plaintiffs based upon the October 1,

26   2017, shooting incident in Las Vegas, Nevada.

27       539.   Plaintiffs are informed and believe, and thereon allege, that defendant

28   Bambi Rene Moreau is a resident of the State of California. Defendant has

previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

540.   Plaintiffs are informed and believe, and thereon allege, that defendant Scott Moreau is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

541.   Plaintiffs are informed and believe, and thereon allege, that defendant Britnie L. Morgan is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

542.   Plaintiffs are informed and believe, and thereon allege, that defendant Candice Morgan is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

543.   Plaintiffs are informed and believe and thereon allege that Defendant Roger Mozda is a resident of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3     544.   Plaintiffs are informed and believe, and thereon allege, that defendant
4  Jillian Mueller is a resident of the State of California. Defendant has previously filed
5  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
6  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
7  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
8  Los Angeles Superior Court ("LASC"), case number BC684047.

9     545.   Plaintiffs are informed and believe and thereon allege that Defendant
10 Jonathan Mulligan is a resident of the State of California. Defendant has, through
11 counsel, asserted or threatened to assert claims against Plaintiffs based upon the
12 October 1, 2017, shooting incident in Las Vegas, Nevada.

13    546.   Plaintiffs are informed and believe and thereon allege that Defendant
14 Lisa Munoz is a resident of the State of California. Defendant has, through counsel,
15 asserted or threatened to assert claims against Plaintiffs based upon the October 1,
16 2017, shooting incident in Las Vegas, Nevada.

17    547.   Plaintiffs are informed and believe and thereon allege that Defendant
18 Kevin Murphy is a resident of the State of California. Defendant has, through
19 counsel, asserted or threatened to assert claims against Plaintiffs based upon the
20 October 1, 2017, shooting incident in Las Vegas, Nevada.

21    548.   Plaintiffs are informed and believe and thereon allege that Defendant
22 Chris W. Murray is a resident of the State of California, County of Los Angeles.
23 Defendant has, through counsel, asserted or threatened to assert claims against
24 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

25    549.   Plaintiffs are informed and believe and thereon allege that Defendant
26 Sharmen Murray is a resident of the State of California. Defendant has, through
27 counsel, asserted or threatened to assert claims against Plaintiffs based upon the
28 October 1, 2017, shooting incident in Las Vegas, Nevada.

550.   Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Muzycka is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

551.   Plaintiffs are informed and believe, and thereon allege, that defendant Joseph M. Napoli is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

552.   Plaintiffs are informed and believe and thereon allege that Defendant Marissa Narvaez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

553.   Plaintiffs are informed and believe and thereon allege that Defendant Brittany Negrette is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

554.   Plaintiffs are informed and believe and thereon allege that Defendant Joanne Nelson is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

555.   Plaintiffs are informed and believe, and thereon allege, that defendant Robert Troy Nelson is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

556. Plaintiffs are informed and believe and thereon allege that Defendant Marisa Newman is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

557. Plaintiffs are informed and believe and thereon allege that Defendant Frank Nicassio is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

558. Plaintiffs are informed and believe, and thereon allege, that defendant Gregory Nix is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

559. Plaintiffs are informed and believe and thereon allege that Defendant Cherie Noll is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

560. Plaintiffs are informed and believe and thereon allege that Defendant Jeanette Nugent is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

561. Plaintiffs are informed and believe and thereon allege that Defendant Ana Nunez is a resident of the State of California. Defendant has, through counsel,

asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

562.   Plaintiffs are informed and believe and thereon allege that Defendant Luis Nunez is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

563.   Plaintiffs are informed and believe, and thereon allege, that defendant Elizabeth Okoro is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

564.   Plaintiffs are informed and believe and thereon allege that Defendant Lindsay Okray is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

565.   Plaintiffs are informed and believe, and thereon allege, that defendant Brian O'Leary is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

566.   Plaintiffs are informed and believe, and thereon allege, that defendant Carrie O'Leary is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

567.    Plaintiffs are informed and believe, and thereon allege, that defendant Virginia Olen is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

568.    Plaintiffs are informed and believe and thereon allege that Defendant Renee Oliver is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

569.    Plaintiffs are informed and believe and thereon allege that Defendant Leona Olson is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

570.    Plaintiffs are informed and believe, and thereon allege, that defendant Cynthia Olvera is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

571.    Plaintiffs are informed and believe and thereon allege that Defendant Ariel Ontman is a resident of the State of California, County of Los Angeles.

1    Defendant has, through counsel, asserted or threatened to assert claims against
2    Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

3          572.   Plaintiffs are informed and believe, and thereon allege, that defendant
4    Claudia Oropeza is a resident of the State of California. Defendant has previously
5    filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
6    of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
7    in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
8    *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
9    number BC684047, Plaintiffs are informed and believe that Defendant is a resident
10   of the County of Los Angeles, State of California.

11         573.   Plaintiffs are informed and believe and thereon allege that Defendant
12   Michelle Orozco is a resident of the State of California, County of Los Angeles.
13   Defendant has, through counsel, asserted or threatened to assert claims against
14   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

15         574.   Plaintiffs are informed and believe, and thereon allege, that defendant
16   Theresa Ortiz is a resident of the State of California. Defendant has previously filed
17   a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
18   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
19   Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
20   Los Angeles Superior Court ("LASC"), case number BC684047.

21         575.   Plaintiffs are informed and believe, and thereon allege, that defendant
22   Tawanya Otto is a resident of the State of California. Defendant has previously filed
23   a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
24   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
25   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
26   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
27   number BC684047, Plaintiffs are informed and believe that Defendant is a resident
28   of the County of Los Angeles, State of California.

576.    Plaintiffs are informed and believe, and thereon allege, that defendant Destiny Pacheco is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

577.    Plaintiffs are informed and believe and thereon allege that Defendant Elijah Pacheco is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

578.    Plaintiffs are informed and believe, and thereon allege, that defendant Leslie Lynn Paiz is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

579.    Plaintiffs are informed and believe and thereon allege that Defendant Rocky Palermo is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

580.    Plaintiffs are informed and believe and thereon allege that Defendant Melanie Palmer is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

581.    Plaintiffs are informed and believe and thereon allege that Defendant Sally Palmer is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

582.   Plaintiffs are informed and believe and thereon allege that Defendant Haley Panno is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

583.   Plaintiffs are informed and believe and thereon allege that Defendant Kylie Panno is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

584.   Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Rachael Parker, was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of Rachael Parker, Collin Parker (surviving father, heir and successor-in-interest), and Robin Monter  (surviving mother, heir and successor-in-interest) have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, have indicated an intent to make such claims in the future (such as by way of the filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by way of an evidence preservation letter from counsel).

585.   Plaintiffs are informed and believe and thereon allege that Defendant Reighlynn Parsley is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

586.   Plaintiffs are informed and believe and thereon allege that Defendant Jason Parsons is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

587.   Plaintiffs are informed and believe and thereon allege that Defendant Davon Patterson is a resident of the State of California.  Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

588.   Plaintiffs are informed and believe and thereon allege that Defendant Michael Patterson II is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

589.   Plaintiffs are informed and believe and thereon allege that Defendant Janice Pennington is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

590.   Plaintiffs are informed and believe and thereon allege that Defendant Kimberlee Peoples is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

591.   Plaintiffs are informed and believe and thereon allege that Defendant Elizabeth Perez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

592.   Plaintiffs are informed and believe and thereon allege that Defendant Paul Perez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

593.   Plaintiffs are informed and believe and thereon allege that Defendant Eric Perkins is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

594.   Plaintiffs are informed and believe, and thereon allege, that defendant Denine Peters is a resident of the State of California. Defendant has previously filed

1  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
2  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
3  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
4  Los Angeles Superior Court ("LASC"), case number BC684047.

5       595.   Plaintiffs are informed and believe, and thereon allege, that defendant
6  Danyale Petterson is a resident of the State of California. Defendant has previously
7  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
8  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
9  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.
10  MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case
11  number BC687120, Plaintiffs are informed and believe that Defendant is a resident
12  of the County of Los Angeles, State of California.

13       596.   Plaintiffs are informed and believe, and thereon allege that on October
14  1, 2017, decedent John Phippen, was a resident of the State of California. Plaintiffs
15  are informed and believe and thereon allege that Defendants, the Estate of John
16  Phippen, Amanda Davis (surviving daughter, heir and successor-in interest to
17  decedent), Travis Phippen (surviving son, heir and successor-in interest to
18  decedent), Nathan Phippen (surviving son, heir and successor-in interest to
19  decedent), A.P. (minor and successor in interest to decedent) are residents of the
20  State of California.  Defendants have, through counsel, made claims against
21  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada,
22  or, alternatively, have indicated an intent to make such claims in the future (such as
23  by way of the filing of a separate lawsuit – now dismissed, by way of a letter of
24  representation of counsel, or by way of an evidence preservation letter from
25  counsel).  The residency of these Defendants in the County of Los Angeles, State of
26  California was represented to a court in a Complaint in dismissed action *Mayfield, et
27  al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"),
28  case number BC687120.

597.   Plaintiffs are informed and believe, and thereon allege, that defendant Brian Pickens is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

598.   Plaintiffs are informed and believe and thereon allege that Defendant Bersabe Pineda is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

599.   Plaintiffs are informed and believe, and thereon allege, that defendant Jack Pinkston is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

600.   Plaintiffs are informed and believe and thereon allege that Defendant Leonel M. Plata Jr. is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

601.   Plaintiffs are informed and believe, and thereon allege, that defendant Karlee Poe is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

1   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

2   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

3   number BC684047, Plaintiffs are informed and believe that Defendant is a resident

4   of the County of Ventura, State of California.

5       602.   Plaintiffs are informed and believe, and thereon allege, that defendant

6   Mylika Pope is a resident of the State of California. Defendant has previously filed a

7   lawsuit (which was subsequently voluntarily dismissed) against one or more of the

8   Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

9   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

10  *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

11  number BC687120, Plaintiffs are informed and believe that Defendant is a resident

12  of the County of Los Angeles, State of California.

13      603.   Plaintiffs are informed and believe and thereon allege that Defendant

14  Brent Poppen is a resident of the State of California.  Defendant has, through

15  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

16  October 1, 2017, shooting incident in Las Vegas, Nevada.

17      604.   Plaintiffs are informed and believe and thereon allege that Defendant

18  Keith Powers is a resident of the State of California. Defendant has, through

19  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

20  October 1, 2017, shooting incident in Las Vegas, Nevada.

21      605.   Plaintiffs are informed and believe, and thereon allege, that defendant

22  Jessica Presten is a resident of the State of California. Defendant has previously

23  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

24  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

25  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

26  *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

27  number BC687120, Plaintiffs are informed and believe that Defendant is a resident

28  of the County of Los Angeles, State of California.

-115-

606.   Plaintiffs are informed and believe, and thereon allege, that defendant Shawn Price is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

607.   Plaintiffs are informed and believe, and thereon allege, that defendant Denise Provencio is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Provencio v. MGM*, filed November 15, 2017, in Clark County District Court ("Clark County"), case number A-17-764708.

608.   Plaintiffs are informed and believe and thereon allege that Defendant Kendall Quiroz is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

609.   Plaintiffs are informed and believe, and thereon allege, that defendant Magee R.Segal is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

610.   Plaintiffs are informed and believe, and thereon allege, that defendant Dominic Rabanal is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

611.   Plaintiffs are informed and believe and thereon allege that Defendant Diego Armando Ramirez is a resident of the State of California, County of Ventura. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

612.   Plaintiffs are informed and believe and thereon allege that Defendant Frances Ramirez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

613.   Plaintiffs are informed and believe, and thereon allege, that defendant Krystal Ramirez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

614.   Plaintiffs are informed and believe and thereon allege that Defendant Renee Ramirez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

615.   Plaintiffs are informed and believe and thereon allege that Defendant Sara Ramirez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

616.   Plaintiffs are informed and believe and thereon allege that Defendant Erica Ramos is a resident of the State of California.  Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

617.   Plaintiffs are informed and believe and thereon allege that Defendant Carissa Rash is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

618.   Plaintiffs are informed and believe and thereon allege that Defendant Cody Rash is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

619.   Plaintiffs are informed and believe, and thereon allege, that defendant David Rasmusson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

620.   Plaintiffs are informed and believe, and thereon allege, that defendant Michelle Rasmusson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

621.   Plaintiffs are informed and believe, and thereon allege, that defendant Jacob Ratliff is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

*MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

622.   Plaintiffs are informed and believe and thereon allege that Defendant Jacob Ratliff is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

623.   Plaintiffs are informed and believe and thereon allege that Defendant Glenda Rebollar is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

624.   Plaintiffs are informed and believe, and thereon allege, that defendant Matthew C. Reed is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

625.   Plaintiffs are informed and believe and thereon allege that Defendant Tricia Sean Reed is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

626.   Plaintiffs are informed and believe and thereon allege that Defendant Lynne Reick is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

627.   Plaintiffs are informed and believe and thereon allege that Defendant Brody Renaud is a resident of the State of California. Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3       628.   Plaintiffs are informed and believe and thereon allege that Defendant
4  Amber Rench is a resident of the State of California. Defendant has, through
5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7       629.   Plaintiffs are informed and believe and thereon allege that Defendant
8  Jasara Requejo is a resident of the State of California.  Defendant has, through
9  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
10  October 1, 2017, shooting incident in Las Vegas, Nevada.

11      630.   Plaintiffs are informed and believe, and thereon allege, that defendant
12  Francisco Resendiz is a resident of the State of California. Defendant has previously
13  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
14  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
15  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
16  Los Angeles Superior Court ("LASC"), case number BC684047.

17      631.   Plaintiffs are informed and believe and thereon allege that Defendant
18  Brenda Resnick is a resident of the State of California. Defendant has, through
19  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
20  October 1, 2017, shooting incident in Las Vegas, Nevada.

21      632.   Plaintiffs are informed and believe and thereon allege that Defendant
22  Kristina Reyes is a resident of the State of California, County of Ventura.
23  Defendant has, through counsel, asserted or threatened to assert claims against
24  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

25      633.   Plaintiffs are informed and believe and thereon allege that Defendant
26  Ralph Reyes is a resident of the State of California. Defendant has, through counsel,
27  asserted or threatened to assert claims against Plaintiffs based upon the October 1,
28  2017, shooting incident in Las Vegas, Nevada.

634.   Plaintiffs are informed and believe, and thereon allege, that defendant Tara Reyes is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

635.   Plaintiffs are informed and believe and thereon allege that Defendant Marion Reynolds is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

636.   Plaintiffs are informed and believe and thereon allege that Defendant William Reynolds is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

637.   Plaintiffs are informed and believe, and thereon allege, that defendant Steven Ribovich is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

638.   Plaintiffs are informed and believe, and thereon allege, that defendant Marie Rice is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

639.   Plaintiffs are informed and believe and thereon allege that Defendant Gina Richard is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

640.   Plaintiffs are informed and believe and thereon allege that Defendant Mindy Ritter is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

641.   Plaintiffs are informed and believe and thereon allege that Defendant Heather Rivera is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

642.   Plaintiffs are informed and believe and thereon allege that Defendant Raymond A. Rivera is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

643.   Plaintiffs are informed and believe and thereon allege that Defendant Jade Rixey is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

644.   Plaintiffs are informed and believe and thereon allege that Defendant Kurt Roberts is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

645.   Plaintiffs are informed and believe and thereon allege that Defendant Michael Robertson is a resident of the State of California, County of Los Angeles.

1  Defendant has, through counsel, asserted or threatened to assert claims against
2  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

3      646.   Plaintiffs are informed and believe and thereon allege that Defendant
4  Timothy Robinson is a resident of the State of California. Defendant has, through
5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7      647.   Plaintiffs are informed and believe and thereon allege that Defendant
8  Bernadette Rocha is a resident of the State of California. Defendant has, through
9  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
10 October 1, 2017, shooting incident in Las Vegas, Nevada.

11     648.   Plaintiffs are informed and believe, and thereon allege, that defendant
12 Jennifer Rockwell is a resident of the State of California. Defendant has previously
13 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
14 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
15 in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
16 *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
17 number BC684047, Plaintiffs are informed and believe that Defendant is a resident
18 of the County of Los Angeles, State of California.

19     649.   Plaintiffs are informed and believe and thereon allege that Defendant
20 Saul Rodriguez is a resident of the State of California, County of Los Angeles.
21 Defendant has, through counsel, asserted or threatened to assert claims against
22 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

23     650.   Plaintiffs are informed and believe, and thereon allege, that defendant
24 Michael Rogozik is a resident of the State of California. Defendant has previously
25 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
26 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
27 in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*
28 *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

651.   Plaintiffs are informed and believe, and thereon allege, that defendant Monica Rogozik is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

652.   Plaintiffs are informed and believe and thereon allege that Defendant Marcelina Rojas is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

653.   Plaintiffs are informed and believe and thereon allege that Defendant Claudia Romero is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

654.   Plaintiffs are informed and believe and thereon allege that Defendant Harry Romero is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

655.   Plaintiffs are informed and believe, and thereon allege, that defendant Susan Rose is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

656.    Plaintiffs are informed and believe and thereon allege that Defendant Anna Ross is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

657.    Plaintiffs are informed and believe, and thereon allege that on October 1, 2017, decedent Christopher Roybal, was a resident of the State of California. Plaintiffs are informed and believe and thereon allege that Defendants, the Estate of Christopher Roybal, and Dixie Roybal (surviving spouse, heir and success-in-interest to decedent) have, through counsel, made claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, have indicated an intent to make such claims in the future (such as by way of the filing of a separate lawsuit – now dismissed, by way of a letter of representation of counsel, or by way of an evidence preservation letter from counsel). The Defendants are residents of the County of Riverside, State of California, and the residency of these Defendants was identified to a court in a Complaint in the dismissed action *Roybal v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684046.

658.    Plaintiffs are informed and believe, and thereon allege, that defendant Chantel Rubio is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

659.   Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Rudberg is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

660.   Plaintiffs are informed and believe, and thereon allege, that defendant Lucia Rudela is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

661.   Plaintiffs are informed and believe, and thereon allege, that defendant Laura Ruiz is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

662.   Plaintiffs are informed and believe and thereon allege that Defendant Amanda Rumble is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

663.   Plaintiffs are informed and believe, and thereon allege, that defendant Joanne Rusconi is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

1  number BC687120, Plaintiffs are informed and believe that Defendant is a resident
2  of the County of Los Angeles, State of California.

3      664.   Plaintiffs are informed and believe, and thereon allege, that defendant
4  Michael Coty Rye is a resident of the State of California. Defendant has previously
5  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
6  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
7  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
8  Los Angeles Superior Court ("LASC"), case number BC684047.

9      665.   Plaintiffs are informed and believe and thereon allege that Defendant
10  Eric Rymer is a resident of the State of California. Defendant has, through counsel,
11  asserted or threatened to assert claims against Plaintiffs based upon the October 1,
12  2017, shooting incident in Las Vegas, Nevada.

13      666.   Plaintiffs are informed and believe and thereon allege that Defendant
14  Roni Rymer is a resident of the State of California.  Defendant has, through counsel,
15  asserted or threatened to assert claims against Plaintiffs based upon the October 1,
16  2017, shooting incident in Las Vegas, Nevada.

17      667.   Plaintiffs are informed and believe, and thereon allege, that defendant
18  H.S., a minor, is a resident of the State of California. Defendant has previously filed
19  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
20  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
21  Las Vegas, Nevada, in *Staples, et al. v. MGM*, filed November 20, 2017, in Los
22  Angeles Superior Court ("LASC"), case number BC684142.

23      668.   Plaintiffs are informed and believe, and thereon allege, that defendant
24  Allison Saelee is a resident of the State of California. Defendant has previously filed
25  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
26  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
27  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
28  Los Angeles Superior Court ("LASC"), case number BC684047.

669.    Plaintiffs are informed and believe and thereon allege that Defendant Justine Salas is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

670.    Plaintiffs are informed and believe and thereon allege that Defendant Victoria Salas is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

671.    Plaintiffs are informed and believe, and thereon allege, that defendant Crystal Salazar is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

672.    Plaintiffs are informed and believe, and thereon allege, that defendant Renee Salazar is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

673.    Plaintiffs are informed and believe, and thereon allege, that defendant Selso Salazar is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

1   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*

2   *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

3   number BC687120, Plaintiffs are informed and believe that Defendant is a resident

4   of the County of Los Angeles, State of California.

5        674.   Plaintiffs are informed and believe and thereon allege that Defendant

6   Amanda Salmon is a resident of the State of California, County of Los Angeles.

7   Defendant has, through counsel, asserted or threatened to assert claims against

8   Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

9        675.   Plaintiffs are informed and believe, and thereon allege, that defendant

10   Amanda Sambrano is a resident of the State of California. Defendant has previously

11   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

12   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

13   in Las Vegas, Nevada, in *Spencer, et al. v. Paddock*, filed October 17, 2017, in Los

14   Angeles Superior Court ("LASC"), case number BC680065.

15        676.   Plaintiffs are informed and believe, and thereon allege, that defendant

16   Janae Sambrano is a resident of the State of California. Defendant has previously

17   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

18   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

19   in Las Vegas, Nevada, in *Spencer, et al. v. Paddock*, filed October 17, 2017, in Los

20   Angeles Superior Court ("LASC"), case number BC680065.

21        677.   Plaintiffs are informed and believe, and thereon allege, that defendant

22   Jeffery Sambrano is a resident of the State of California. Defendant has previously

23   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

24   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

25   in Las Vegas, Nevada, in *Spencer, et al. v. Paddock*, filed October 17, 2017, in Los

26   Angeles Superior Court ("LASC"), case number BC680065.

27        678.   Plaintiffs are informed and believe, and thereon allege, that defendant

28   Stephen Sambrano is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Spencer, et al. v. Paddock*, filed October 17, 2017, in Los Angeles Superior Court ("LASC"), case number BC680065.

679.   Plaintiffs are informed and believe, and thereon allege, that defendant Ethan Sanchez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

680.   Plaintiffs are informed and believe, and thereon allege, that defendant George Sanchez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

681.   Plaintiffs are informed and believe and thereon allege that Defendant Marie Sanchez is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

682.   Plaintiffs are informed and believe and thereon allege that Defendant Savannah Sanchez is a resident of the State of California, County of Ventura. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

683.   Plaintiffs are informed and believe, and thereon allege, that defendant Trevor Sanders is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

-130-

COMPLAINT FOR DECLARATORY RELIEF

in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

684.   Plaintiffs are informed and believe and thereon allege that Defendant Ernestine Sandoval is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

685.   Plaintiffs are informed and believe, and thereon allege, that defendant Calia Sanford is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

686.   Plaintiffs are informed and believe, and thereon allege, that defendant Ina Sarkissian is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

687.   Plaintiffs are informed and believe, and thereon allege, that defendant Nela Sarkissian is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

688.   Plaintiffs are informed and believe, and thereon allege, that defendant Casey Scandlyn is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

689.   Plaintiffs are informed and believe, and thereon allege, that defendant Ilene Scandlyn is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

690.   Plaintiffs are informed and believe, and thereon allege, that defendant David Scantlin is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

691.   Plaintiffs are informed and believe, and thereon allege, that defendant Michelle Scantlin is a resident of the State of California. Defendant has previously

1  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

2  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

3  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

4  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

5  number BC684047, Plaintiffs are informed and believe that Defendant is a resident

6  of the County of Los Angeles, State of California.

7       692.   Plaintiffs are informed and believe, and thereon allege, that defendant

8  Ryan L. Scantlin is a resident of the State of California. Defendant has previously

9  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

10  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

11  in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

12  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

13  number BC684047, Plaintiffs are informed and believe that Defendant is a resident

14  of the County of Los Angeles, State of California.

15       693.   Plaintiffs are informed and believe and thereon allege that Defendant

16  David Scharmack is a resident of the State of California. Defendant has, through

17  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18  October 1, 2017, shooting incident in Las Vegas, Nevada.

19       694.   Plaintiffs are informed and believe and thereon allege that Defendant

20  Irene Scharmack is a resident of the State of California.  Defendant has, through

21  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

22  October 1, 2017, shooting incident in Las Vegas, Nevada.

23       695.   Plaintiffs are informed and believe, and thereon allege, that defendant

24  Rebekah Scheussler is a resident of the State of California. Defendant has

25  previously filed a lawsuit (which was subsequently voluntarily dismissed) against

26  one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

27  shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December

28  15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

696.   Plaintiffs are informed and believe and thereon allege that Defendant Alice Schmidt is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

697.   Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Schneider is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

698.   Plaintiffs are informed and believe, and thereon allege, that defendant Mark Schneider is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

699.   Plaintiffs are informed and believe, and thereon allege, that defendant Michelle Schoneman is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

700.   Plaintiffs are informed and believe, and thereon allege, that defendant Robert Schrode is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

1   in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

2   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

3   number BC684047, Plaintiffs are informed and believe that Defendant is a resident

4   of the County of Los Angeles, State of California.

5        701.   Plaintiffs are informed and believe and thereon allege that Defendant

6   Jonathan Schussler is a resident of the State of California. Defendant has, through

7   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

8   October 1, 2017, shooting incident in Las Vegas, Nevada.

9        702.   Plaintiffs are informed and believe, and thereon allege, that defendant

10  Michael Scott is a resident of the State of California. Defendant has previously filed

11  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

12  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

13  Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

14  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

15  number BC684047, Plaintiffs are informed and believe that Defendant is a resident

16  of the County of Los Angeles, State of California.

17       703.   Plaintiffs are informed and believe and thereon allege that Defendant

18  Janet Seeger is a resident of the State of California.  Defendant has, through counsel,

19  asserted or threatened to assert claims against Plaintiffs based upon the October 1,

20  2017, shooting incident in Las Vegas, Nevada.

21       704.   Plaintiffs are informed and believe, and thereon allege, that defendant

22  Alicia Segovia is a resident of the State of California. Defendant has previously filed

23  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

24  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

25  Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los

26  Angeles Superior Court ("LASC"), case number BC687120.

27       705.   Plaintiffs are informed and believe, and thereon allege, that defendant

28  Gilbert Segovia is a resident of the State of California. Defendant has previously

filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

706.   Plaintiffs are informed and believe, and thereon allege, that defendant Cheryl Seguin is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

707.   Plaintiffs are informed and believe and thereon allege that Defendant Fred Seguin is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

708.   Plaintiffs are informed and believe and thereon allege that Defendant Tommie Serrano is a resident of the State of California, County of Ventura. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

709.   Plaintiffs are informed and believe, and thereon allege, that defendant David Sheriff is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

710.   Plaintiffs are informed and believe, and thereon allege, that defendant Remo Sheth is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

-136-

COMPLAINT FOR DECLARATORY RELIEF

1   Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

2   *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

3   number BC684047, Plaintiffs are informed and believe that Defendant is a resident

4   of the County of Los Angeles, State of California.

5   711.   Plaintiffs are informed and believe, and thereon allege, that defendant

6   Michael K. Sholan is a resident of the State of California. Defendant has previously

7   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

8   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

9   in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

10   Los Angeles Superior Court ("LASC"), case number BC684047.

11   712.   Plaintiffs are informed and believe and thereon allege that Defendant

12   Anthony Silva is a resident of the State of California. Defendant has, through

13   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

14   October 1, 2017, shooting incident in Las Vegas, Nevada.

15   713.   Plaintiffs are informed and believe and thereon allege that Defendant

16   Elaine Silvestre is a resident of the State of California. Defendant has, through

17   counsel, asserted or threatened to assert claims against Plaintiffs based upon the

18   October 1, 2017, shooting incident in Las Vegas, Nevada.

19   714.   Plaintiffs are informed and believe, and thereon allege, that defendant

20   Cheyenne Nicole Simon is a resident of the State of California. Defendant has

21   previously filed a lawsuit (which was subsequently voluntarily dismissed) against

22   one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

23   shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed

24   November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number

25   BC684047.

26   715.   Plaintiffs are informed and believe and thereon allege that Defendant

27   Haley Sisneros is a resident of the State of California. Defendant has, through

28

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

716.   Plaintiffs are informed and believe, and thereon allege, that defendant Buddy Skidmore is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

717.   Plaintiffs are informed and believe, and thereon allege, that defendant Lee Skolnick is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

718.   Plaintiffs are informed and believe and thereon allege that Defendant Shelby Slifka is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

719.   Plaintiffs are informed and believe and thereon allege that Defendant Jonathan Sloniger is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

720.   Plaintiffs are informed and believe and thereon allege that Defendant Stephanie Smarker is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

721.   Plaintiffs are informed and believe, and thereon allege, that defendant Karen Elaine Smerber is a resident of the State of California. Defendant has

previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

722.   Plaintiffs are informed and believe, and thereon allege, that defendant Ryan Smith is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

723.   Plaintiffs are informed and believe and thereon allege that Defendant Amber Smith is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

724.   Plaintiffs are informed and believe and thereon allege that Defendant Dana L. Smith is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

725.   Plaintiffs are informed and believe and thereon allege that Defendant Ryan Oneil Smith is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

726.   Plaintiffs are informed and believe, and thereon allege, that defendant Danielle Smudde is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

727.   Plaintiffs are informed and believe, and thereon allege, that defendant Misty Snitzer is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

728.   Plaintiffs are informed and believe, and thereon allege, that defendant Stephanie Sotomayor is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

729.   Plaintiffs are informed and believe and thereon allege that Defendant Katey Souza is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

730.   Plaintiffs are informed and believe and thereon allege that Defendant Cheryl Spencer is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

731.   Plaintiffs are informed and believe, and thereon allege, that defendant Keoscha E. Spencer is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,

1 shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit,
2 *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior
3 Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that
4 Defendant is a resident of the County of Los Angeles, State of California.

5       732.  Plaintiffs are informed and believe, and thereon allege, that defendant
6 Kortney Spencer is a resident of the State of California. Defendant has previously
7 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
8 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
9 in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v.*
10 *MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case
11 number BC687120, Plaintiffs are informed and believe that Defendant is a resident
12 of the County of Los Angeles, State of California.

13       733.  Plaintiffs are informed and believe, and thereon allege, that defendant
14 Michelle E. Spencer is a resident of the State of California. Defendant has
15 previously filed a lawsuit (which was subsequently voluntarily dismissed) against
16 one or more of the Plaintiffs, asserting claims arising from the October 1, 2017,
17 shooting incident in Las Vegas, Nevada, in *Spencer, et al. v. Paddock*, filed October
18 17, 2017, in Los Angeles Superior Court ("LASC"), case number BC680065.

19       734.  Plaintiffs are informed and believe, and thereon allege, that defendant
20 Savannah Spencer is a resident of the State of California. Defendant has previously
21 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
22 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
23 in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
24 Los Angeles Superior Court ("LASC"), case number BC684047.

25       735.  Plaintiffs are informed and believe and thereon allege that Defendant
26 Stephanie Spencer is a resident of the State of California, County of Ventura.
27 Defendant has, through counsel, asserted or threatened to assert claims against
28 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

-141-

COMPLAINT FOR DECLARATORY RELIEF

736.    Plaintiffs are informed and believe, and thereon allege, that defendant Suzanne Spencer is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

737.    Plaintiffs are informed and believe, and thereon allege, that defendant David Spring is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

738.    Plaintiffs are informed and believe, and thereon allege, that defendant Shannon Springer is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

739.    Plaintiffs are informed and believe, and thereon allege, that defendant Troy Springer is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

740.    Plaintiffs are informed and believe and thereon allege that Defendant Robert Staggs is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

741.   Plaintiffs are informed and believe, and thereon allege, that defendant Daniel Staples is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Staples, et al. v. MGM*, filed November 20, 2017, in Los Angeles Superior Court ("LASC"), case number BC684142.

742.   Plaintiffs are informed and believe, and thereon allege, that defendant Samuel Staples is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Staples, et al. v. MGM*, filed November 20, 2017, in Los Angeles Superior Court ("LASC"), case number BC684142.

743.   Plaintiffs are informed and believe, and thereon allege, that defendant Kristina Staples, an incapacitated person, is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Staples, et al. v. MGM*, filed November 20, 2017, in Los Angeles Superior Court ("LASC"), case number BC684142.

744.   Plaintiffs are informed and believe and thereon allege that Defendant David Statter is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

745.   Plaintiffs are informed and believe and thereon allege that Defendant Veronica Statter is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

746.    Plaintiffs are informed and believe, and thereon allege, that defendant Jeffrey Steffens is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

747.    Plaintiffs are informed and believe and thereon allege that Defendant Katie Stern is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

748.    Plaintiffs are informed and believe and thereon allege that Defendant Parker Stevens is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

749.    Plaintiffs are informed and believe and thereon allege that Defendant Steve Stewart is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

750.    Plaintiffs are informed and believe and thereon allege that Defendant Tamara J. Stewart is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

751.    Plaintiffs are informed and believe and thereon allege that Defendant Michaela Stilwell is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

752.   Plaintiffs are informed and believe, and thereon allege, that defendant Dana Stout-Wilson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

753.   Plaintiffs are informed and believe, and thereon allege, that defendant Lindsay Stragier is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

754.   Plaintiffs are informed and believe and thereon allege that Defendant Joshua K. Stratton is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

755.   Plaintiffs are informed and believe and thereon allege that Defendant Amber Streid is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

756.   Plaintiffs are informed and believe and thereon allege that Defendant Shandi Strong is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

757.   Plaintiffs are informed and believe and thereon allege that Defendant Michelle Stuebe is a resident of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3      758.   Plaintiffs are informed and believe, and thereon allege, that defendant
4  Susanna Suard is a resident of the State of California. Defendant has previously filed
5  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
6  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
7  Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
8  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
9  number BC684047, Plaintiffs are informed and believe that Defendant is a resident
10 of the County of Los Angeles, State of California.

11     759.   Plaintiffs are informed and believe, and thereon allege, that defendant
12 Clint Sundeen is a resident of the State of California. Defendant has previously filed
13 a lawsuit (which was subsequently voluntarily dismissed) against one or more of the
14 Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in
15 Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*
16 *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case
17 number BC684047.

18     760.   Plaintiffs are informed and believe, and thereon allege, that defendant
19 Kellie Sundeen is a resident of the State of California. Defendant has previously
20 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
21 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident
22 in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the
23 Los Angeles Superior Court ("LASC"), case number BC684047.

24     761.   Plaintiffs are informed and believe, and thereon allege, that defendant
25 Kyle C. Sundeen is a resident of the State of California. Defendant has previously
26 filed a lawsuit (which was subsequently voluntarily dismissed) against one or more
27 of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

28

in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

762.   Plaintiffs are informed and believe and thereon allege that Defendant Brandi Swan is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

763.   Plaintiffs are informed and believe and thereon allege that Defendant Nicholas Swartz is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

764.   Plaintiffs are informed and believe and thereon allege that Defendant Yvette Swartz is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

765.   Plaintiffs are informed and believe and thereon allege that Defendant Lynnsey Sweet is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

766.   Plaintiffs are informed and believe, and thereon allege, that defendant B.T., a minor, is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

767.   Plaintiffs are informed and believe, and thereon allege, that defendant Erin Taber is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

768.   Plaintiffs are informed and believe, and thereon allege, that defendant Ruben Talamantez is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

769.   Plaintiffs are informed and believe, and thereon allege, that defendant Marie Tautrim is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

770.   Plaintiffs are informed and believe, and thereon allege, that defendant Michael Tautrim is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

771.   Plaintiffs are informed and believe, and thereon allege, that defendant Brianna Taylor is a resident of the State of California. Defendant has previously

1  filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

2  of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

3  in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

4  Los Angeles Superior Court ("LASC"), case number BC684047.

5       772.   Plaintiffs are informed and believe and thereon allege that Defendant

6  Jason Taylor is a resident of the State of California.  Defendant has, through

7  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

8  October 1, 2017, shooting incident in Las Vegas, Nevada.

9       773.   Plaintiffs are informed and believe, and thereon allege, that defendant

10  John Taylor is a resident of the State of California. Defendant has previously filed a

11  lawsuit (which was subsequently voluntarily dismissed) against one or more of the

12  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

13  Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

14  Los Angeles Superior Court ("LASC"), case number BC684047.

15      774.   Plaintiffs are informed and believe, and thereon allege, that defendant

16  Tiffany Taylor is a resident of the State of California. Defendant has previously filed

17  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

18  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

19  Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v.*

20  *MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case

21  number BC684047, Plaintiffs are informed and believe that Defendant is a resident

22  of the County of Los Angeles, State of California.

23      775.   Plaintiffs are informed and believe, and thereon allege that on October

24  1, 2017, decedent Derrick D. Taylor, was a resident of the State of California.

25  Plaintiffs are informed and believe and thereon allege that Defendant, the Estate of

26  Derrick D. Taylor has, through counsel, made claims against Plaintiffs based upon

27  the October 1, 2017, shooting incident in Las Vegas, Nevada, or, alternatively, has

28  indicated an intent to make such claims in the future (such as by way of the filing of

1   a separate lawsuit – now dismissed, by way of a letter of representation of counsel,

2   or by way of an evidence preservation letter from counsel).

3       776.   Plaintiffs are informed and believe, and thereon allege, that defendant

4   Desiree Temple is a resident of the State of California. Defendant has previously

5   filed a lawsuit (which was subsequently voluntarily dismissed) against one or more

6   of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

7   in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the

8   Los Angeles Superior Court ("LASC"), case number BC684047.

9       777.   Plaintiffs are informed and believe and thereon allege that Defendant

10  Rocky Tepesano is a resident of the State of California, County of Ventura.

11  Defendant has, through counsel, asserted or threatened to assert claims against

12  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

13      778.   Plaintiffs are informed and believe and thereon allege that Defendant

14  Janelle Terkeurst is a resident of the State of California.  Defendant has, through

15  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

16  October 1, 2017, shooting incident in Las Vegas, Nevada.

17      779.   Plaintiffs are informed and believe and thereon allege that Defendant

18  Deborah Thomas is a resident of the State of California. Defendant has, through

19  counsel, asserted or threatened to assert claims against Plaintiffs based upon the

20  October 1, 2017, shooting incident in Las Vegas, Nevada.

21      780.   Plaintiffs are informed and believe and thereon allege that Defendant

22  Jeffrey Thomas is a resident of the State of California, County of Los Angeles.

23  Defendant has, through counsel, asserted or threatened to assert claims against

24  Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

25      781.   Plaintiffs are informed and believe, and thereon allege, that defendant

26  Evan Tillema is a resident of the State of California. Defendant has previously filed

27  a lawsuit (which was subsequently voluntarily dismissed) against one or more of the

28  Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in

Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

782.   Plaintiffs are informed and believe and thereon allege that Defendant Lindsay Tillema is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

783.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Tillman is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

784.   Plaintiffs are informed and believe, and thereon allege, that defendant Joshua Tinoco is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

785.   Plaintiffs are informed and believe, and thereon allege, that defendant Lanna Tinoco is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

786.   Plaintiffs are informed and believe and thereon allege that Defendant Sarah Tiscareno is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

787.   Plaintiffs are informed and believe and thereon allege that Defendant Alfredo Toledo is a resident of the State of California.  Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

788.   Plaintiffs are informed and believe and thereon allege that Defendant Kenneth Tonkovich is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

789.   Plaintiffs are informed and believe and thereon allege that Defendant Johnny Toscano is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

790.   Plaintiffs are informed and believe and thereon allege that Defendant Rhonda Trask is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

791.   Plaintiffs are informed and believe, and thereon allege, that defendant Robert Trematerra is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

792.   Plaintiffs are informed and believe and thereon allege that Defendant Hamida Trujillo is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

793.   Plaintiffs are informed and believe and thereon allege that Defendant Jacquelyn Trujillo is a resident of the State of California, County of Los Angeles.

Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

794.   Plaintiffs are informed and believe and thereon allege that Defendant Ligia Uriarte is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

795.   Plaintiffs are informed and believe and thereon allege that Defendant Alejandra Uribe is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

796.   Plaintiffs are informed and believe and thereon allege that Defendant Ricardo Uribe is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

797.   Plaintiffs are informed and believe, and thereon allege, that defendant Lisa Valdes is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Ventura, State of California.

798.   Plaintiffs are informed and believe and thereon allege that Defendant Erin Valenzuela is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

799.   Plaintiffs are informed and believe and thereon allege that Defendant Jennifer Van Vlymen is a resident of the State of California. Defendant has, through

counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

800.   Plaintiffs are informed and believe, and thereon allege, that defendant Nathalie Vanderstay is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Vanderstay, et al. v. MGM*, filed November 13, 2017, in the Los Angeles Superior Court ("LASC"), case number BC683403, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

801.   Plaintiffs are informed and believe and thereon allege that Defendant Gerard Vangerwen is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

802.   Plaintiffs are informed and believe, and thereon allege, that defendant Amy Viger is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

803.   Plaintiffs are informed and believe, and thereon allege, that defendant Jeremy Viger is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case

number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

804.   Plaintiffs are informed and believe and thereon allege that Defendant Dillon Villalobos is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

805.   Plaintiffs are informed and believe and thereon allege that Defendant Don Villalobos is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

806.   Plaintiffs are informed and believe and thereon allege that Defendant Lisa Villalobos is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

807.   Plaintiffs are informed and believe and thereon allege that Defendant Parisse Villalobos is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

808.   Plaintiffs are informed and believe, and thereon allege, that defendant Peter Violas is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

809.   Plaintiffs are informed and believe, and thereon allege, that defendant Cecelia Joya Walach is a resident of the State of California. Defendant has

previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

810.   Plaintiffs are informed and believe, and thereon allege, that defendant Rebecca Waltman is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

811.   Plaintiffs are informed and believe, and thereon allege, that defendant Donald Washbrook Jr. is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

812.   Plaintiffs are informed and believe and thereon allege that Defendant Amanda Wechsler is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

813.   Plaintiffs are informed and believe and thereon allege that Defendant Carrie Weidenkeller is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

814.   Plaintiffs are informed and believe, and thereon allege, that defendant Tricia Welch is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

815.   Plaintiffs are informed and believe and thereon allege that Defendant Kevin Wells is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

816.   Plaintiffs are informed and believe and thereon allege that Defendant Serena West is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

817.   Plaintiffs are informed and believe and thereon allege that Defendant Christopher Wetzel is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

818.   Plaintiffs are informed and believe, and thereon allege, that defendant Gina B. Wheeler is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

819.   Plaintiffs are informed and believe, and thereon allege, that defendant Derek White is a resident of the State of California. Defendant has previously filed a

lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

820.   Plaintiffs are informed and believe and thereon allege that Defendant Greg White is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

821.   Plaintiffs are informed and believe and thereon allege that Defendant Victoria White is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

822.   Plaintiffs are informed and believe, and thereon allege, that defendant Presley Wick is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

823.   Plaintiffs are informed and believe, and thereon allege, that defendant Tracie P. Wight is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

824.   Plaintiffs are informed and believe and thereon allege that Defendant Stacy Wilbanks is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

825.   Plaintiffs are informed and believe, and thereon allege, that defendant Rebecca Wilken is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120.

826.   Plaintiffs are informed and believe and thereon allege that Defendant Anna Williams is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

827.   Plaintiffs are informed and believe and thereon allege that Defendant Joseph N. Williams is a resident of the State of California, County of Santa Barbara. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

828.   Plaintiffs are informed and believe and thereon allege that Defendant Stanley Williams is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

829.   Plaintiffs are informed and believe and thereon allege that Defendant James Williamson is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

830.   Plaintiffs are informed and believe, and thereon allege, that defendant Marcus Wilson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

831.   Plaintiffs are informed and believe and thereon allege that Defendant McKayla Wilson is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

832.   Plaintiffs are informed and believe and thereon allege that Defendant Katelyn Wing is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

833.   Plaintiffs are informed and believe, and thereon allege, that defendant Kerry Wisden is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

834.   Plaintiffs are informed and believe and thereon allege that Defendant Anthony Wood is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

835.   Plaintiffs are informed and believe and thereon allege that Defendant Shawna Wood is a resident of the State of California, County of Los Angeles. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

836.   Plaintiffs are informed and believe, and thereon allege, that defendant Jaeger Woodson is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident

in Las Vegas, Nevada.  Based on the allegations in that lawsuit, *Mayfield, et al. v. MGM*, filed December 15, 2017, in the Los Angeles Superior Court ("LASC"), case number BC687120, Plaintiffs are informed and believe that Defendant is a resident of the County of Los Angeles, State of California.

837.   Plaintiffs are informed and believe and thereon allege that Defendant Jade Wright is a resident of the State of California. Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

838.   Plaintiffs are informed and believe and thereon allege that Defendant Jeff Wright is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

839.   Plaintiffs are informed and believe, and thereon allege, that defendant Tome Xayavong is a resident of the State of California. Defendant has previously filed a lawsuit (which was subsequently voluntarily dismissed) against one or more of the Plaintiffs, asserting claims arising from the October 1, 2017, shooting incident in Las Vegas, Nevada, in *Abraham, et al. v. MGM*, filed November 20, 2017, in the Los Angeles Superior Court ("LASC"), case number BC684047.

840.   Plaintiffs are informed and believe and thereon allege that Defendant Brett Yeakel is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

841.   Plaintiffs are informed and believe and thereon allege that Defendant Shawna York is a resident of the State of California.  Defendant has, through counsel, asserted or threatened to assert claims against Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

842.   Plaintiffs are informed and believe and thereon allege that Defendant Brandon Young is a resident of the State of California.  Defendant has, through

1  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
2  October 1, 2017, shooting incident in Las Vegas, Nevada.

3      843.   Plaintiffs are informed and believe and thereon allege that Defendant
4  Laura Zarate is a resident of the State of California.  Defendant has, through
5  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
6  October 1, 2017, shooting incident in Las Vegas, Nevada.

7      844.   Plaintiffs are informed and believe and thereon allege that Defendant
8  Shannon Zeeman is a resident of the State of California.  Defendant has, through
9  counsel, asserted or threatened to assert claims against Plaintiffs based upon the
10 October 1, 2017, shooting incident in Las Vegas, Nevada.

11     845.   Plaintiffs are informed and believe and thereon allege that Defendant
12 Sharla Zotea is a resident of the State of California, County of Los Angeles.
13 Defendant has, through counsel, asserted or threatened to assert claims against
14 Plaintiffs based upon the October 1, 2017, shooting incident in Las Vegas, Nevada.

15                    **JURISDICTION AND VENUE**

16     846.   This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331
17 and 6 U.S.C. §442(a).  As alleged hereinabove, the SAFETY Act expressly provides
18 for original and exclusive federal jurisdiction over actions arising from or relating to
19 acts of mass violence where technologies or services certified by the Secretary of
20 Homeland Security were deployed.  At the time of Paddock's mass attack at the
21 Route 91 concert, security services were provided by Contemporary Services
22 Corporation as the Security Vendor for the Route 91 Harvest Festival.  CSC's
23 security services were certified by the Secretary of Homeland Security under the
24 SAFETY Act.

25     847.   In addition, the Court has subject-matter jurisdiction pursuant to 28
26 U.S.C. § 1332 in that Plaintiffs (by virtue of their incorporation and principal places
27 of business) are citizens of the States of Delaware and Nevada; Defendants are
28 citizens of the State of California; and as to some Defendants, the matter in

controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332(a). As to Defendants whose claims individually do not meet the amount-in-controversy threshold of 28 U.S.C. § 1332(a), this Court has supplemental jurisdiction over such claims under 28 U.S.C. § 1367 because those claims are so related to claims of parties whose claims do meet the amount-in-controversy threshold of 28 U.S.C. § 1332(a) that they form part of the same case of controversy under Article III of the United States Constitution, because all claims arise out of the same occurrence, viz., the mass attack perpetrated by Stephen Paddock at the Route 91 Harvest Festival in Las Vegas on October 1, 2017.

848.   This Court has personal jurisdiction over defendants because they are residents of the State of California and are therefore subject to the general personal jurisdiction of this Court.

849.   Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b)(1) because one or more of the Defendants are known to reside, or upon information and belief, do reside, within this Judicial District.

## FIRST CAUSE OF ACTION FOR DECLATORY RELIEF

### (By Plaintiffs against all Defendants)

850.   Plaintiffs reallege and incorporate by reference, as though fully set forth, the allegations of paragraphs 1-849, above.

851.   Following Paddock's mass attack on the concert, over 2,500 individuals have either sued the MGM Parties, or threatened to sue the MGM Parties, for claims alleged to arise from or relate to Paddock's attack.  Several hundred individuals filed suit, and before the issues could be joined or resolved, they dismissed their claims, apparently with the intent of refiling.

852.   Each Defendant either (a) has previously filed suit (and then dismissed it) against one or more of the MGM Parties relating to the Paddock attack, or (b) through counsel has stated an intention to sue the MGM Parties relating to the

1  attack.  There is no pending litigation between Plaintiffs and Defendants relating to

2  the attack.

3       853.   The claims alleged in the now-dismissed lawsuits include claims of

4  alleged negligence by the MGM Parties and others, including CSC, in protecting

5  and safeguarding persons including those Defendants who attended the Route 91

6  Festival.

7       854.   Defendants' actual and threatened lawsuits implicate the services

8  provided by CSC because they implicate security at the concert, including training,

9  emergency response, evacuation and adequacy of egress.

10      855.   These claims are subject to the SAFETY Act, because (a) they arise

11 from and relate to an act of mass violence meeting the statutory requirements; (b)

12 CSC provided security at the concert, deploying services certified by the

13 Department of Homeland Security under the SAFETY Act to protect against or

14 respond to such an attack; and (c) the claims may therefore result in loss to CSC as

15 the "Seller" of such certified services.

16      856.   The claims threatened against the MGM Parties by certain Defendants,

17 through counsel, also inevitably fall under the SAFETY Act for the very same

18 reasons:  (a) they arise from and relate to an act of mass violence meeting the

19 statutory requirements; (b) CSC provided security at the concert, deploying services

20 certified by the Department of Homeland Security under the SAFETY Act to protect

21 against or respond to such an attack; and (c) the claims may therefore result in loss

22 to CSC as the "Seller" of such certified services. If Defendants were injured by

23 Paddock's assault, as they allege, they were inevitably injured both because

24 Paddock fired from his window *and* because they remained in the line of fire at the

25 concert. Such claims inevitably implicate security at the concert—and may result in

26 loss to CSC.

27      857.   The SAFETY Act applies to claims "arising out of, relating to, or

28 resulting from an act of terrorism."

-164-

858.   The SAFETY Act defines an act of terrorism:  An act meets the requirements if the act is (i) "unlawful" (ii) "causes harm to a person … in the United States," and (iii) "uses or attempts to use … weapons … designed or intended to cause mass … injury."  6 U.S.C. § 444(2)(B).  There is no requirement in the statute or regulations of an ideological motive or objective for the attack for it to meet the requirements of the SAFETY Act.

859.   Paddock's mass attack satisfies the requirements of the SAFETY Act and the regulations: (i) it was "unlawful," (ii) it resulted in death or injury to hundreds of persons in the United States, and (iii) it involved weapons and other instrumentalities that were designed and intended to cause, and which in fact caused, mass injury and death.  Those weapons and instrumentalities included rifles modified with bump stocks to spray fully automatic gun fire; high-capacity magazines capable of holding between 60 and 100 rounds; and illegal incendiary rounds intended to blow up the fuel tanks adjacent to the concert.  Paddock used these weapons and instrumentalities to fire hundreds of rounds at the crowd, and he fired incendiary rounds which struck the fuel tanks but, fortunately, missed the fuel.

860.   The post-attack investigation revealed that Paddock brought in his van, which he parked in the hotel garage, 90 pounds of explosives, consisting of 20 two-pound containers of exploding targets, 10 one-pound containers of exploding targets and 2 twenty-pound bags of explosive precursors.

861.   No MGM Party attempted to commit, knowingly participated in, aided, abetted, committed, or participated in any conspiracy to commit any act of terrorism of criminal act related to mass attack perpetrated by Stephen Paddock at the Route 91 Harvest Festival in Las Vegas, Nevada, on October 1, 2017.

862.   The Secretary of Homeland Security may make a determination that conduct in question meets the statutory requirement, but neither the Act nor the regulations requires a formal certification. The Statute provides that the Secretary shall have exclusive authority to certify services, but the authority to determine

1  whether an act of mass violence meets the statutory requirements is not exclusive to

2  the Secretary.

3      863.   Public statements by the Secretary of Homeland Security concerning

4  the attack make clear that the attack meets the requirements of the SAFETY Act;

5  indeed, based on the plain language of the statute, the regulations, and the facts, no

6  other determination could be possible.

7      864.   In congressional testimony on November 30, 2017, the Acting

8  Secretary of Homeland Security noted the emphasis of "terrorists and other violent

9  criminals … on attacking soft targets," including "recent tragedies in Nevada."  The

10 Acting Secretary went on to note that the "SAFETY Act Program" "provide[s]

11 critical incentives for the development and deployment of anti-terrorism

12 technologies by providing liability protections for 'qualified anti-terrorism

13 technologies,'" which applies to a number of large sports and entertainment venues

14 nationwide.

15     865.   In a May 2018 release, Department of Homeland Security noted that

16 "mass shootings" in various places, including at a "concert," aim "to kill and maim

17 unsuspecting individuals" and thereby fall within the Department's "primary

18 mission" "to prevent terrorist attacks within the U.S, reduce the vulnerability of the

19 U.S. to terrorism, and minimize the damage and assist in the recovery from terrorist

20 attacks that do occur, including those in ST-CPs [soft-targets-crowded places]."

21 Department of Homeland Security, *Soft Targets and Crowded Places Security Plan*

22 *Overview*, May 2018, at page 2.  The report goes on to note that the protections of

23 the SAFETY Act have been "approved for open venues such as sports arenas and

24 stadia" – such as the venue for the Route 91 Festival.  *Id*. at p. 17.

25     866.   The Department continues its critical work to prevent and respond to

26 mass violence.  In Congressional testimony on May 15, 2018, the Secretary testified

27 that DHS is "seeking to ramp up 'soft target' security efforts," noting that DHS

28 programs "address threats to soft targets – including schools, *entertainment venues*,

major events, and public spaces" (emphasis added).  Further, on June 4, 2018, DHS announced that it had "developed a ST-CP Security Enhancement and Coordination Plan," which has not been made public.  The plan addresses "the increased emphasis *by terrorists* and other extremist actors to leverage less sophisticated methods to inflict harm in public areas … such as parks, ... *special event venues*, and similar facilities."  See https://www.dhs.gov/publication/securing-soft-targets-and-crowded-spaces (emphasis added).

867.   The SAFETY Act creates a single, exclusive federal cause of action for claims for injuries arising out of or relating to acts of mass violence where services certified by the Department of Homeland Security were deployed in defense against, response to, or recovery from such act and such claims result or may result in loss to the Seller.

868.    Pursuant to the SAFETY Act, the Department of Homeland Security has certified the services provided by CSC.  The DHS Certification recognizes CSC's security services as appropriate for preventing and responding to acts of mass violence.  6 U.S.C. § 441; *see also* 48 C.F.R. § 50.201.

869.   CSC's security services Certified by DHS include "Physical Security"; "Access Control"; and "Crowd Management."

870.   CSC's Certified Crowd Management Services include:

- "Awareness of venue-specific emergency response protocols and evacuation procedures to include emergency alert and mass-notification systems and sheltering procedures";

- "Pre-event venue / event safety inspections";

- "Facilitation of crowd movement during ingress, circulation, sheltering in place, emergency evacuations, and egress";

- "Pre-event coordination and multi-agency collaboration with public safety agencies";

- "Selection, vetting, and training of employees."

871.   As alleged above, CSC was employed as the Security Vendor for the Route 91 concert.  CSC's responsibilities at the Route 91 Harvest Festival included providing the following DHS Certified Services:

- "perimeter security, event access, festival grounds event security";
- "Staff[ing] inner perimeter and gates";
- "Protect[ing] against unauthorized access";
- "early warning … of perimeter breaches";
- "Secur[ing] internal festival grounds";
- "Patrol[ing] festival floor grounds and assist[ing] patrons with any security related issues";
- pre-event planning for "Security and Safety";
- "Emergency response" and "evacuation," including evacuation for "terrorist threat" and "ensur[ing] that the exit routes and gates remain unobstructed."

872.   For the reasons set forth above, the SAFETY Act creates an exclusive cause of action for any claims arising out of relating to Paddock's mass attack and such claims may result in loss to the Seller.  Under the SAFETY Act, there "shall exist only one cause of action for loss of property, personal injury, or death. 6 C.F.R. 25.7 (d).

873.   Such cause of action "may be brought only against the Seller of the Qualified Anti-Terrorism Technology and may not be brought against the buyers, the buyer's contractors, or downstream users of the Technology, the Seller's suppliers or contractors, or any other person or entity."  6 C.F.R. 25.7 (d).  The SAFETY Act precludes any liability on the part of Plaintiffs to Defendants relating to Paddock's mass attack.

874.   In addition, the SAFETY Act provides that for any covered claims arising out of or relating to an act of mass violence where certified services were provided, "the government contractor defense applies in such a lawsuit," which provides a complete defense to liability.  6 U.S.C. 442(d)(1).  The government

1 contractor defense precludes any finding of liability on the part of Plaintiffs to
2 Defendants relating to Paddock's mass attack.

3      875.   An actual and justiciable controversy exists between Plaintiffs and
4 Defendants concerning the applicability of the SAFETY Act.  Plaintiffs assert that
5 the SAFETY Act precludes any liability for any claims arising out of or relating to
6 Paddock's mass attack, whereas, on information and belief, Defendants deny that
7 the Act applies or that it precludes liability on their claims against Plaintiffs.

8      876.   A judicial declaration as to whether the SAFETY Act applies and
9 precludes liability on Defendants' claims against the Plaintiffs is necessary at this
10 time so that the parties may ascertain their rights, and avoid the significant judicial
11 waste that would occur if the lawsuits were allowed to proceed in the absence of a
12 finding as to the applicability of the SAFETY Act.

13 **<u>PRAYER FOR RELIEF</u>**

14      WHEREFORE, Plaintiffs MGM Parties pray for judgment against
15 Defendants, and each of them, as follows:

16      1.   For a judicial declaration that:

17        a. Defendants' claims arising from the attack by Stephen Paddock on
18 October 1, 2017 in Las Vegas, Nevada are subject to and governed by
19 the SAFETY Act, 6 U.S.C. § 441 et seq.;

20        b. the SAFETY Act precludes any finding of liability against Plaintiffs
21 for any claim for injuries arising out of or related to Paddock's mass
22 attack, without prejudice to Defendants' rights to pursue claims against
23 the "Seller" under the Act, including to obtain proceeds of insurance
24 that any such Seller was required by the Act to maintain;

25        c. Plaintiffs have no liability of any kind to Defendants, or any of them,
26 arising from the Paddock's mass attack; and

27      2.   For such other and further legal or equitable relief as the Court deems
28 just and proper.

1   DATED:  July 13, 2018

MUNGER, TOLLES & OLSON LLP
     BRAD D. BRIAN
     MICHAEL R. DOYEN
     BETHANY W. KRISTOVICH


By:        /s/ Michael R. Doyen
     MICHAEL R. DOYEN

Attorneys for Plaintiffs MGM RESORTS
INTERNATIONAL, MANDALAY RESORT
GROUP, MANDALAY BAY, LLC, MGM
RESORTS FESTIVAL GROUNDS, LLC, and
MGM RESORTS VENUE MANAGEMENT,
LLC