| Attorney or Party without Attorney:<br>Brad D. Brian, SBN 79001<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>   Telephone No: 213-683-9100 | | For Court Use Only |
|---|---|---|
|    Attorney For: Plaintiffs | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: MGM RESORTS INTERNATIONAL, ET AL.<br>Defendant: AASE, ET AL. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-cv-06113 JAK (EX) |
|---|---|---|---|---|

1. I, Amber Thorne 2789, Orange , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject JOHN GILMORE as follows:

2. *Documents:* SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Amber Thorne (2789, Orange) on: Oct 12, 2018, 7:23 pm PDT at 27487 PINYON STREET, MURRIETA, CA 92562
Per occupant, subject was former occupant. they have lived here for the last year



AFFIDAVIT OF
DUE DILIGENCE

2652013
(55091769)
Page 1 of 2

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Brad D. Brian, SBN 79001<br>Munger Tolles & Olson LLP<br>350 South Grand Avenue<br>Fiftieth Floor<br>Los Angeles, California 90071-3426<br>  Telephone No: 213-683-9100<br>  Attorney For: Plaintiffs | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: MGM RESORTS INTERNATIONAL, ET AL.<br>Defendant: AASE, ET AL. | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:18-cv-06113 JAK (EX) |

3. **Person Who Served Papers:**
    a. Amber Thorne (2789, Orange)
    b. **FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

   Recoverable cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:
   e. I am: A Registered California Process Server

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                           10/17/2018
                                           _____        _____
                                               (Date)                    (Signature)



AFFIDAVIT OF
DUE DILIGENCE

2652013
(55091769)
Page 2 of 2