UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DAVID AASE, et al.,<br><br>            Defendants. | Case No. 2:18-cv-06113-JAK-FFM<br><br>**PROPOSED ORDER ON STIPULATION REGARDING STAY PENDING MEDIATION**<br><br>Judge: Hon. John A. Kronstadt<br>Date:  N/A<br>Time:  N/A<br>Ctrm:  10B |

On October 30, 2018, the parties filed a stipulation to stay proceedings in this matter pending mediation. Pursuant to the stipulation of the parties, and good cause showing, IT IS HEREBY ORDERED that:

   1.   All proceedings in this action shall be stayed pending mediation;

   2.   This stay is conditioned upon the entry of this order and a similar stay order, voluntary dismissal, or other resolution in each of the matters identified above within 30 days, if the conditions of the stay are not satisfied, the parties will advise the Court, and those motions will be set for the next available date or by such agreement of the parties as is acceptable to the Court;

3. The parties shall report to the Court on the status of the mediation within 60 days of entry of the stay in this action, and then every 60 days thereafter;

4. Any party may revoke its agreement to stay this action by providing the other parties and the Court 15 days' written notice; and

5. If any party revokes its agreement to stay this action, any currently-pending motions shall be set for the next date that the Court is available as of the time of the revocation of the agreement to a stay.

**IT IS SO ORDERED:**

Dated: _____          Honorable John A Kronstadt
                                  Unites States District Judge