Brad D. Brian SBN 79001
Michael R. Doyen SBN 119687
Bethany W. Kristovich SBN 241891
John M. Gildersleeve SBN 284618
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100; Fax:      (213) 687-3702
brad.brian@mto.com
michael.doyen@mto.com
bethany.kristovich@mto.com

Attorneys for Plaintiffs MGM RESORTS
INTERNATIONAL, et al.

Mark P. Robinson, Jr., SBN 54426
Daniel S. Robinson, SBN 244245
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
mrobinson@robinsonfirm.com
drobinson@robinsonfirm.com

Attorneys for Defendants,
ANDREA ABRAMS, et al.

[See Signature Line for Additional
Defendants]
*Additional counsel of record listed on
page 2*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al.,<br><br>                 Plaintiffs,<br><br>        vs.<br><br>DAVID AASE, et al.,<br><br>                 Defendants. | Case No. LA CV18-06113 JAK (FFMx)<br><br>**REPORT ON MEDIATION**<br><br>Trial Date:           Not Yet Assigned |

*Counsel of record continued*

Robert T. Eglet (*Pro Hac Vice Forthcoming*)
Robert M. Adams (*Pro Hac Vice Forthcoming*)
**EGLET PRINCE**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400; (702) 450-5451
Eservice@egletlaw.com

Attorneys for Defendants,
ANDREA ABRAMS, et al.

Adam H. Braun SBN 199544
Joshua M. Moonesinghe SBN 316620
**BRAUN & BRAUN LLP**
10250 Constellation Blvd., Suite 1020
Los Angeles, California 90067
(310) 277-4777 Fax: (310) 507-0232
adam@braunlaw.com
josh@braunlaw.com

Attorneys for Defendants JUSTIN GALVAN, R.G., A MINOR, P.G., A MINOR, P.G., A MINOR, ESTATE OF KERI GALVAN, KEITH MINEO, and JESSICA DAVIES

Kevin R. Boyle SBN 192718
**PANISH SHEA & BOYLE LLP**
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
(310) 477-1700; Fax: (310) 477-1699
boyle@psblaw.com

Attorneys for Defendants BRYCE HEATHCOAT, et al. [See Signature Line for Additional Defendants]

Andrew A. August SBN. 112851
Kevin F. Rooney SBN 184096
**BROWNE GEORGE ROSS LLP**
101 California Street, Suite 1225
San Francisco, California 94111
(415) 391-7100 Fax: (415) 391-7198
aaugust@bgrfirm.com
krooney@bgrfirm.com

Attorneys for Defendant JULIE MCGINIS

The parties respectfully advise the Court that mediation efforts are still ongoing.  The parties have held numerous days of mediation to date and are engaged in continuing discussions.  The parties propose to report back as to the status of the mediation efforts by November 29, 2019.

DATED:  September 27, 2019

**MUNGER, TOLLES & OLSON LLP**

By:  */s/ Bethany W. Kristovich*
Brad D. Brian SBN 79001
Michael R. Doyen SBN 119687
Bethany W. Kristovich SBN 241891
John M. Gildersleeve SBN 284618
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3702

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, et al.

DATED:  September 27, 2019

**ROBINSON CALCAGNIE, INC.**

By:  */s/ Daniel S. Robinson*
Mark P. Robinson, Jr. SBN 54426
Daniel S. Robinson SBN 244245
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
mrobinson@robinsonfirm.com
drobinson@robinsonfirm.com

And

Robert T. Eglet (*Pro Hac Vice Forthcoming*)
Robert M. Adams (*Pro Hac Vice Forthcoming*)
**EGLET PRINCE**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400: (702) 450-5451

Eservice@egletlaw.com

Attorneys for Defendants, ANDREA
ABRAMS, DANIEL ABRAMS,
LEANNE ALTAMIRANO, JOANNA
ALVAREZ, JENNIFER APARICIO,
SHARMEN BADUA-MURRAY,
SHANNON BALAS, JASMINE
BARBUSCA, ASHLEY BECKER,
ANNALISE BELMARES, MEGHAN
BELMARES, JONATHAN BELTRAN,
AMANDA BOBB, MICHAEL
BRADLEY, STEVEE BRANCATO,
JOHN BUI, LYNZEE CAMPBELL,
KAREN CANADA, BRITTNIE NICOLE
CARDENAS, ELIZABETH
CARVALHO, CONNOR CASAREZ,
CHRISTOPHER CAYWOOD,
KASANDRA CAYWOOD, KERI
CESARIO, ROBERT CESARIO, KRISTI
CHRISTENSEN, KATHLEEN CONTI,
TYLER CRAIG, BRENDA CRANE,
JENNIFER CUEVAS, ADRIANNA
CULLER, KYLE DAVID, VANESSA
DIPOLITO, ROBYN DOBBS, ELYSE
DONNELLY, JESSICA DOVALINA,
GENA ELFELT, STACI ELLIS, STEVE
ENCINIAS, MELISSA FIERRO,
DANIEL FLORES, AMANDA FROST,
STEPHANIE GALLEGOS, TRISTI
GLOVER, ALESHA GONZALEZ,
JENNIFER GRIMM, GABRIEL
GUERRERO, TRISHA GUERRERO,
LARRY HAYDEN, BRANDON
HELMICK, KRISTINE HENDERSON,
WHITNEY HINNANT, TAMMY
HISCOX GURULE, KENDRA HOBBS,
KATHERINE HOEY, LISA HOLGUIN,
BRENDAN HOOLIHAN, DEBRA
HUDSON, JULIE HUNTSINGER,
RENEE JIMENEZ, MICHELLE JONES,
ALAINA KELLY, WILLIAM KELLY,
BRIAN KETTERING, YVETTE
KETTERING, REBECCA KNEPPER,
KASH KNUDSON, CHELSEA
LAURENT, NICHOLAS LAWLOR,
TIFFANI LAWYER, RUTH LEGASPI,
DELANE LEIVAS, JUDITH LEYN,
MICHAEL LJUBIC, ARLA LONCAR,
BLAKELONCAR, LETICIA LUNA,
KELCY MAIO, ASHLEY
MANSPERGER, ADAM MATZ, CHRIS
W. MURRAY, ANA NUNEZ, LUIS
NUNEZ, ARIEL ONTMAN, LESLIE
PAIZ, ROCKY PALERMO, SALLY

| | |
|---|---|
| 1 | PALMER, HALEY PANNO, KENDALL QUIROZ, LYNNE REICK, JASARA |
| 2 | REQUEJO, SAUL RODRIGUEZ, CLAUDIA ROMERO, HARRY |
| 3 | ROMERO, ANNA ROSS, AMANDA RUMBLE, ERIC RYMER, JUSTINE |
| 4 | SALAS, JANAE SAMBRANO, JANET SEEGER, MAGEE SEGAL, TOMMIE |
| 5 | SERRANO, STEPHANIE SMARKER, PARKER STEVENS, STEVE |
| 6 | STEWART, SHANDI STRONG, NICHOLAS SWARTZ, YVETTE |
| 7 | SWARTZ, JANELLE TERKEURST, EVAN TILLEMA, ALFREDO TOLEDO, |
| 8 | JOHNNY TOSCANO, RHONDA TRASK, HAMIDA TRUJILLO, LIGIA |
| 9 | URIARTE, NATHALIE VANDERSTAY, AMANDA WECHSLER, STACY |
| 10 | WILBANKS, ANNA WILLIAMS, JOSEPH WILLIAMS, JAMES |
| 11 | WILLIAMSON, MCKAYLA WILSON, BRETT YEAKEL, SHANNON |
| 12 | ZEEMAN, SHARLA ZOTEA |

13  DATED:  September 27, 2019      **PANISH SHEA & BOYLE LLP**

16      By:  */s/ Kevin R. Boyle*
17          Kevin R. Boyle SBN 192718
            11111 Santa Monica Blvd., Suite 700
18          Los Angeles, CA 90025
            (310) 477-1700; Fax: (310) 477-1699
19          boyle@psblaw.com

20          Attorneys for Defendants BRYCE
            HEATHCOAT, LISA DANCEL, CODI
21          BABCOCK, LEANNE HUGGINS, RENEE
            ALCALA, CHRIS W. MURRAY,
22          SHARMEN MURRAY, LARISSA
            COBURN, LORI KAMMER, TODD
23          KAMMER, AARON E. JENKINS,
            BRIANNA TAYLOR, DANIEL STAPLES,
24          DAVID SCANTLIN, DESIREE TEMPLE,
            DONALD WASHBROOK JR., ELLEN
25          DAVIS, ERICA GALLEGOS, HEATHER
            HERNANDEZ, JOANNA KILMA, JULIA
26          CAMPOS, KAREN ELAINE SMERBER,
            KARLEE POE, KERRY WISDEN,
27          KRISTINA STAPLES, LARRY
            DELGADO, LAUREN BRADY, LAUREN
28          CHRISTINE KRUEGER, LAUREN HITT,
            LISA HARTZ. MICHELLE ANN

CASHMAN, MICHELLE SCANTLIN,
MIKAELA DIAZ, RYAN L. SCANTLIN,
SAMUEL STAPLES, TAWANYA OTTO,
TAYLOR BLAISER, TIFFANY BALL,
H.S., A MINOR , JEFFREY STEFFENS,
CHARLES MAYFIELD, CHARLES
MAYFIELD IV, CHRISTINE A.
MAYFIELD, CINDY BRADSHAW,
CRYSTAL SALAZAR, GLORIA
AGUIRRE, JULIE DOVE, REBEKAH
SCHEUSSLER, ROBERT BRADSHAW,
STACEY BROWN-FUSANO, DEBORAH
HALL, ERNESTO ALFARO, JESUS
ASTUA, CHEYENE BACON-
MERIWEATHER, MARY BANTA, TED
BANTA, JANNETTE BLAKE, JODI
BOATWOOD, DIANELLA BONO,
MAUREEN BONTE, JAMES BRIGHTLY,
TREANESHA LASHONDA BULLION,
TERRY BURK, ANDREA
BUSTAMANTE, GABRIELLA
BUSTAMANTE, JENNIFER CAMPAS,
ANGELA CATURA, WILLIAM COOK,
JOY M. CRUZ, NICOLE CUSICK,
ROBERT CUSICK, DEBORAH
DAWKINS, DEANNA DAWSON, LORI
DAWSON, CYNTHIA DEARING, BRETT
DELAURA, DANIEL DOMINGUEZ,
AMBER DURHAM, CANDICE
ERICKSON, CHRIS ERICKSON, NICO
ESTRADA, BRIANA EVANS, ASHLEY
FARGO, JENNIE FERNANDES, MINDY
FINCHER, DONALD FORSYTH,
LORRAINE FUENTES, STEPHANIE
GALLEGOS, CELENA GARCIA, STACY
GARCIA, ROBERT GLAVIS, TERESA
GLAVIS, ASHLEY GOMEZ, DANIEL
JOSEPH GONZALES, MIKERRA
GUERRERO, STEVEN HALL, TRAVIS
HALL, BRANDON HARLOW,
MELINDA HAWKINS, KILEY HAYDEN,
KRISTINA HAYDEN, RICARDO
HERNANDEZ, EMMITT HICKMAN,
TERESA HIMLEY, TANNA HOLDERLE,
CINDY HOLGUIIN, MELISSA
HOLMQUIST, TAYLOR HOOD,
BRENDAN HOOLIHAN, BRET IVEY,
LANESHIA JOHNSON, KELSI
KESSLER, SANA KHADER, MICHAEL
KRETSCHMAR, SOPHIA LIMA, ELVIA
LLAMAS, MANUEL LLAMAS,
DELANEY LLANUSA, JEFF
MANAHAN, KEVIN MANAHAN,
ANDREW MARTINEZ, SOMER
MARTINEZ. TONY MARTINEZ.

WILLIAM MASON, ASHLEY DAWN L
MEAD, RACHELLE MELOCOTON,
MELISSA MINA, ALEXANDRIA
MITCHELL, DODI MOORE, LISA
MORAN, JILLIAN MUELLER,
JONATHAN MULLIGAN, KEVIN
MURPHY, CHRIS W. MURRAY, LISA
MUZYCKA, CYNTHIA OLVERA,
LESLIE LYNN PAIZ, REIGHLYNN
PARSLEY, PAUL PEREZ, ERIC
PERKINS, BRIAN PICKENS, LEONEL
M. PLATA, KEITH POWERS,
MATTHEW C. REED, BRENDA
RESNICK, KURT ROBERTS, MICHAEL
ROBERTSON, SUSAN ROSE, CHANTEL
RUBIO, LAURA RUIZ, RENEE
SALAZAR, SELSO SALAZAR,
ERNESTINE SANDOVAL, ROBERT
SCHRODE, ALICIA SEGOVIA,
GILBERT SEGOVIA, CHERYL SEGUIN,
FRED SEGUIN, ANTHONY SILVA,
CHEYENNE NICOLE SIMON, SHELBY
SLIFKA, RYAN SMITH, STEPHANIE
SOTOMAYOR, KATEY SOUZA,
CHERYL SPENCER, AMBER STREID,
CLINT SUNDEEN, KYLE C. SUNDEEN,
LYNNSEY SWEET, RUBEN
TALAMANTEZ, DEBORAH THOMAS,
LINDSAY TILLEMA, KENNETH
TONKOVICH, HAMIDA TRUJILLO,
JACQUELYN TRUJILLO, ERIN
VALENZUELA, GERARD
VANGERWEN, DILLON VILLALOBOS,
DON VILLALOBOS, LISA
VILLALOBOS, PARISSE VILLALOBOS,
CHRISTOPHER WETZEL, GREG
WHITE, VICTORIA WHITE, TRACIE P.
WIGHT, JAMES WILLIAMSON,
MCKAYLA WILSON, JEFF WRIGHT,
TOME XAYAVONG, TENESHA
ALFARO, DANIEL EARL ALVAREZ,
TINELLA BARRANCO, DONOVAN
BARTHEL, MONIQUE D BARTHEL,
ALEISA BEBEE, SEAN BEESON,
RICHARD D. COE, PATRICIA COPE,
BRITTANI CRAWFORD, KIRA M.
CROSS, KORTNEY DELAWAY,
ALLISON DORR, KENDALL
DUSENBERRY, STACI ELLIS, LAURA
ESTRADA, KYLE EVINGER, JEFFREY
FEIG, ART FLORES, STEVEN FLORES,
ROCHELLE FORSYTH, BRITTANY
GEBHART, KYLEE GLASSCOCK,
REGINA ANNE HARRIS, PATRICK
HOBBS. LEIGH ANN HODGSON.

| | |
|---|---|
| 1 | VANESSA HOLUB, ALEXIS HOOD, |
| 2 | DEBRA HUDSON, SCOTT KEERAN, VALERIE MELISSA KEERAN, |
| 3 | MATTHEW KLEMMER, BRITTANY LAJOIE, JAMIE LAVERY, CARA |
| 4 | LEDERGERGERBER, EMILY MAJER, BAMBI RENE MOREAU, DENINE |
| 5 | PETERS, DANYALE PETTERSON, KRYSTAL RAMIREZ, MICHAEL |
| 6 | ROGOZIK, MONICA ROGOZIK, MICHAEL COTY RYE, ALLISON |
| 7 | SAELEE, LISA SCHNEIDER, MARK SCHNEIDER, MICHAEL K. SHOLAN, |
| 8 | BUDDY SKIDMORE, KELLIE SUNDEED, ERIN TABER, MARIE |
| 9 | TAUTRIM, MICHAEL TAUTRIM, EVAN TILLEMA, LANNA TINOCO, PETER |
| 10 | VIOLAS, DEREK WHITE, PRESLEY WICK, REBECCA WILKEN, CASSIE |
| 11 | ARDITO, RICHARD ARDITO, BRAD BEAUCHAMP, DAWN BEAUCHAMP, |
| 12 | ALISA CLAWSON, KARA CLEMENT, MELISSA CONTRI, KARIN DONIS, |
| 13 | ANGELA FAVIA, GARRETT GHAHYASI, JUSTIN HENDERSON, |
| 14 | JUDIE JEAN KIRKSEY, BROOKE LANEY, LOGAN LAPORTE, MITCHELL |
| 15 | LAPORTE, CLAUDIA MAJALCA, BRIAN O'LEARY, CARRIE O'LEARY, |
| 16 | DESTINY PACHECO, SHAWN PRICE, DOMINIC RABANAL, CASEY |
| 17 | SCANDLYN, ILENE SCANDLYN, LEE SKOLNICK, TROY SPRINGER, |
| 18 | LINDSAY STRAGIER, JAEGER WOODSON and STEVEN HEIRSHBERG |
| 19 | DATED:  September 27, 2019          **BRAUN & BRAUN LLP** |
| 20 | |
| 21 | |
| 22 | By: */s/ Adam H. Braun* |
| 23 | Adam H. Braun SBN 199544 Joshua M. Moonesinghe SBN 316620 |
| 24 | 10250 Constellation Blvd., Suite 1020 Los Angeles, California 90067 |
| 25 | (310) 277-4777 Fax: (310) 507-0232 adam@braunlaw.com |
| 26 | iosh@braunlaw.com |
| 27 | |
| 28 | |

1

2

3

Attorneys for Defendants JUSTIN
GALVÁN, R.G., A MINOR, P.G., A
MINOR, P.G., A MINOR, ESTATE OF
KERI GALVÁN, KEITH MINEO, and
JESSICA DAVIES

4    DATED:  September 27, 2019        **BROWNE GEORGE ROSS LLP**

5

6

7                                     By: */s/ Andrew A. August*

8

9

10

11

Andrew A. August SBN. 112851
Kevin F. Rooney SBN 184096
101 California Street, Suite 1225
San Francisco, California 94111
(415) 391-7100 Fax: (415) 391-7198
aaugust@bgrfirm.com
krooney@bgrfirm.com
Attorneys for Defendant JULIE MCGINIS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**ATTESTATION OF FILER**

3

Pursuant to Local Rule 5-4.3.4, I, Bethany W. Kristovich, attest that the above

4

signatories have authorized this filing and concur in its content.

5

6

7                                                           */s/ Bethany W. Kristovich*
                                                              Bethany W. Kristovich

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on this 27th day of September 2019, I caused to be

3  electronically filed the foregoing via the Court's Electronic Case Filing (ECF)

4  system.  I understand that notification of this filing will be sent to all counsel of

5  record in this matter who are on the Court's CM/ECF service list.

6

7                                    */s/ Bethany W. Kristovich*

8                                    Bethany W. Kristovich

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28