Brad D. Brian SBN 79001
Michael R. Doyen SBN 119687
Bethany W. Kristovich SBN 241891
John M. Gildersleeve SBN 284618
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100; Fax:      (213) 687-3702
brad.brian@mto.com
michael.doyen@mto.com
bethany.kristovich@mto.com

Attorneys for Plaintiffs MGM RESORTS
INTERNATIONAL, et al.

Mark P. Robinson, Jr., SBN 54426
Daniel S. Robinson, SBN 244245
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
mrobinson@robinsonfirm.com
drobinson@robinsonfirm.com

Attorneys for Defendants,
ANDREA ABRAMS, et al.

[See Signature Line for Additional
Defendants]
*Additional counsel of record listed on
page 2*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DAVID AASE, et al.,<br><br>          Defendants. | Case No. LA CV18-06113 JAK (FFMx)<br><br>**REPORT ON MEDIATION**<br><br>Trial Date:          Not Yet Assigned |

1

2      *Counsel of record continued*

3      Robert T. Eglet (*Pro Hac Vice*              Kevin R. Boyle SBN 192718
       *Forthcoming*)                               **PANISH SHEA & BOYLE LLP**
4      Robert M. Adams (*Pro Hac Vice*             11111 Santa Monica Blvd., Suite 700
       *Forthcoming*)                               Los Angeles, CA 90025
5      **EGLET PRINCE**                             (310) 477-1700; Fax: (310) 477-1699
       400 S. Seventh St., Suite 400                boyle@psblaw.com
6      Las Vegas, NV 89101
       (702) 450-5400; (702) 450-5451              Attorneys for Defendants BRYCE
7      Eservice@egletlaw.com                        HEATHCOAT, et al. [See Signature
                                                    Line for Additional Defendants]
8      Attorneys for Defendants,
       ANDREA ABRAMS, et al.
9

10     Adam H. Braun SBN 199544                     Andrew A. August SBN. 112851
       Joshua M. Moonesinghe SBN 316620             Kevin F. Rooney SBN 184096
11     **BRAUN & BRAUN LLP**                        **BROWNE GEORGE ROSS LLP**
       10250 Constellation Blvd., Suite 1020        101 California Street, Suite 1225
12     Los Angeles, California 90067                San Francisco, California 94111
       (310) 277-4777 Fax: (310) 507-0232          (415) 391-7100 Fax: (415) 391-7198
13     adam@braunlaw.com                            aaugust@bgrfirm.com
       josh@braunlaw.com                            krooney@bgrfirm.com
14
       Attorneys for Defendants JUSTIN             Attorneys for Defendant JULIE
15     GALVAN, R.G., A MINOR, P.G., A              MCGINIS
       MINOR, P.G., A MINOR, ESTATE OF
16     KERI GALVAN, KEITH MINEO, and
       JESSICA DAVIES

17

18

19

20

21

22

23

24

25

26

27

28

1    The parties advise the Court that the continued mediation efforts have been
2  successful, and that they have reached a settlement agreement.  The parties believe
3  that this outcome will avoid prolonged litigation, and resolve this matter so that the
4  communities, the victims and their families can move forward in the healing process.

5    Under the terms of the agreement, claimants have until February 14, 2020 to
6  elect to participate in the settlement.   With respect to claimants who elect to
7  participate, the agreement provides for dismissal of pending litigation, including the
8  claims in this action.  The parties therefore respectfully request to file their next joint
9  report on February 21, 2020, in the event that this action has not been voluntarily
10  dismissed as to all parties by that date.

11  DATED:  October 4, 2019          **MUNGER, TOLLES & OLSON LLP**

12

13

14                    By:   */s/ Bethany W. Kristovich*
                          Brad D. Brian SBN 79001
15                        Michael R. Doyen SBN 119687
                          Bethany W. Kristovich SBN 241891
16                        John M. Gildersleeve SBN 284618
                          MUNGER, TOLLES & OLSON LLP
17                        350 South Grand Avenue, 50th Floor
18                        Los Angeles, CA 90071-3702

19
20                        Attorneys for Plaintiffs MGM RESORTS
                          INTERNATIONAL, et al.
21

22  DATED:  October 4, 2019          **ROBINSON CALCAGNIE, INC.**

23

24

25                    By:   */s/ Daniel S. Robinson*
                          Mark P. Robinson, Jr. SBN 54426
26                        Daniel S. Robinson SBN 244245
                          19 Corporate Plaza Drive
27                        Newport Beach, CA 92660
                          (949) 720-1288; Fax: (949) 720-1292
28                        mrobinson@robinsonfirm.com

1    drobinson@robinsonfirm.com

2    And

3    Robert T. Eglet (*Pro Hac Vice Forthcoming*)
4    Robert M. Adams (*Pro Hac Vice Forthcoming*)
5    **EGLET PRINCE**
     400 S. Seventh St., Suite 400
6    Las Vegas, NV 89101
     (702) 450-5400; (702) 450-5451
7    Eservice@egletlaw.com

8    Attorneys for Defendants, ANDREA
     ABRAMS, DANIEL ABRAMS,
9    LEANNE ALTAMIRANO, JOANNA
     ALVAREZ, JENNIFER APARICIO,
10   SHARMEN BADUA-MURRAY,
     SHANNON BALAS, JASMINE
11   BARBUSCA, ASHLEY BECKER,
     ANNALISE BELMARES, MEGHAN
12   BELMARES, JONATHAN BELTRAN,
     AMANDA BOBB, MICHAEL
13   BRADLEY, STEVEE BRANCATO,
     JOHN BUI, LYNZEE CAMPBELL,
14   KAREN CANADA, BRITTNIE NICOLE
     CARDENAS, ELIZABETH
15   CARVALHO, CONNOR CASAREZ,
     CHRISTOPHER CAYWOOD,
16   KASANDRA CAYWOOD, KERI
     CESARIO, ROBERT CESARIO, KRISTI
17   CHRISTENSEN, KATHLEEN CONTI,
     TYLER CRAIG, BRENDA CRANE,
18   JENNIFER CUEVAS, ADRIANNA
     CULLER, KYLE DAVID, VANESSA
19   DIPOLITO, ROBYN DOBBS, ELYSE
     DONNELLY, JESSICA DOVALINA,
20   GENA ELFELT, STACI ELLIS, STEVE
     ENCINIAS, MELISSA FIERRO,
21   DANIEL FLORES, AMANDA FROST,
     STEPHANIE GALLEGOS, TRISTI
22   GLOVER, ALESHA GONZALEZ,
     JENNIFER GRIMM, GABRIEL
23   GUERRERO, TRISHA GUERRERO,
     LARRY HAYDEN, BRANDON
24   HELMICK, KRISTINE HENDERSON,
     WHITNEY HINNANT, TAMMY
25   HISCOX GURULE, KENDRA HOBBS,
     KATHERINE HOEY, LISA HOLGUIN,
26   BRENDAN HOOLIHAN, DEBRA
     HUDSON, JULIE HUNTSINGER,
27   RENEE JIMENEZ, MICHELLE JONES,
     ALAINA KELLY, WILLIAM KELLY,
28   BRIAN KETTERING. YVETTE

1   KETTERING, REBECCA KNEPPER,
    KASH KNUDSON, CHELSEA
2   LAURENT, NICHOLAS LAWLOR,
    TIFFANI LAWYER, RUTH LEGASPI,
3   DELANE LEIVAS, JUDITH LEYN,
    MICHAEL LJUBIC, ARLA LONCAR,
4   BLAKELONCAR, LETICIA LUNA,
    KELCY MAIO, ASHLEY
5   MANSPERGER, ADAM MATZ, CHRIS
    W. MURRAY, ANA NUNEZ, LUIS
6   NUNEZ, ARIEL ONTMAN, LESLIE
    PAIZ, ROCKY PALERMO, SALLY
7   PALMER, HALEY PANNO, KENDALL
    QUIROZ, LYNNE REICK, JASARA
8   REQUEJO, SAUL RODRIGUEZ,
    CLAUDIA ROMERO, HARRY
9   ROMERO, ANNA ROSS, AMANDA
    RUMBLE, ERIC RYMER, JUSTINE
10  SALAS, JANAE SAMBRANO, JANET
    SEEGER, MAGEE SEGAL, TOMMIE
11  SERRANO, STEPHANIE SMARKER,
    PARKER STEVENS, STEVE
12  STEWART, SHANDI STRONG,
    NICHOLAS SWARTZ, YVETTE
13  SWARTZ, JANELLE TERKEURST,
    EVAN TILLEMA, ALFREDO TOLEDO,
14  JOHNNY TOSCANO, RHONDA
    TRASK, HAMIDA TRUJILLO, LIGIA
15  URIARTE, NATHALIE VANDERSTAY,
    AMANDA WECHSLER, STACY
16  WILBANKS, ANNA WILLIAMS,
    JOSEPH WILLIAMS, JAMES
17  WILLIAMSON, MCKAYLA WILSON,
    BRETT YEAKEL, SHANNON
18  ZEEMAN, SHARLA ZOTEA

19  DATED:  October 4, 2019          **PANISH SHEA & BOYLE LLP**

20

21

22                                   By:  */s/ Kevin R. Boyle*
23                                     Kevin R. Boyle SBN 192718
                                       11111 Santa Monica Blvd., Suite 700
24                                     Los Angeles, CA 90025
                                       (310) 477-1700; Fax: (310) 477-1699
25                                     boyle@psblaw.com

26

27

28

Attorneys for Defendants BRYCE HEATHCOAT, LISA DANCEL, CODI BABCOCK, LEANNE HUGGINS, RENEE ALCALA, CHRIS W. MURRAY, SHARMEN MURRAY, LARISSA COBURN, LORI KAMMER, TODD KAMMER, AARON E. JENKINS, BRIANNA TAYLOR, DANIEL STAPLES, DAVID SCANTLIN, DESIREE TEMPLE, DONALD WASHBROOK JR., ELLEN DAVIS, ERICA GALLEGOS, HEATHER HERNANDEZ, JOANNA KILMA, JULIA CAMPOS, KAREN ELAINE SMERBER, KARLEE POE, KERRY WISDEN, KRISTINA STAPLES, LARRY DELGADO, LAUREN BRADY, LAUREN CHRISTINE KRUEGER, LAUREN HITT, LISA HARTZ, MICHELLE ANN CASHMAN, MICHELLE SCANTLIN, MIKAELA DIAZ, RYAN L. SCANTLIN, SAMUEL STAPLES, TAWANYA OTTO, TAYLOR BLAISER, TIFFANY BALL, H.S., A MINOR , JEFFREY STEFFENS, CHARLES MAYFIELD, CHARLES MAYFIELD IV, CHRISTINE A. MAYFIELD, CINDY BRADSHAW, CRYSTAL SALAZAR, GLORIA AGUIRRE, JULIE DOVE, REBEKAH SCHEUSSLER, ROBERT BRADSHAW, STACEY BROWN-FUSANO, DEBORAH HALL, ERNESTO ALFARO, JESUS ASTUA, CHEYENE BACON-MERIWEATHER, MARY BANTA, TED BANTA, JANNETTE BLAKE, JODI BOATWOOD, DIANELLA BONO, MAUREEN BONTE, JAMES BRIGHTLY, TREANESHA LASHONDA BULLION, TERRY BURK, ANDREA BUSTAMANTE, GABRIELLA BUSTAMANTE, JENNIFER CAMPAS, ANGELA CATURA, WILLIAM COOK, JOY M. CRUZ, NICOLE CUSICK, ROBERT CUSICK, DEBORAH DAWKINS, DEANNA DAWSON, LORI DAWSON, CYNTHIA DEARING, BRETT DELAURA, DANIEL DOMINGUEZ, AMBER DURHAM, CANDICE ERICKSON, CHRIS ERICKSON, NICO ESTRADA, BRIANA EVANS, ASHLEY FARGO, JENNIE FERNANDES, MINDY FINCHER, DONALD FORSYTH, LORRAINE FUENTES, STEPHANIE GALLEGOS, CELENA GARCIA, STACY GARCIA, ROBERT GLAVIS, TERESA GLAVIS. ASHLEY GOMEZ. DANIEL

JOSEPH GONZALES, MIKERRA
GUERRERO, STEVEN HALL, TRAVIS
HALL, BRANDON HARLOW,
MELINDA HAWKINS, KILEY HAYDEN,
KRISTINA HAYDEN, RICARDO
HERNANDEZ, EMMITT HICKMAN,
TERESA HIMLEY, TANNA HOLDERLE,
CINDY HOLGUIIN, MELISSA
HOLMQUIST, TAYLOR HOOD,
BRENDAN HOOLIHAN, BRET IVEY,
LANESHIA JOHNSON, KELSI
KESSLER, SANA KHADER, MICHAEL
KRETSCHMAR, SOPHIA LIMA, ELVIA
LLAMAS, MANUEL LLAMAS,
DELANEY LLANUSA, JEFF
MANAHAN, KEVIN MANAHAN,
ANDREW MARTINEZ, SOMER
MARTINEZ, TONY MARTINEZ,
WILLIAM MASON, ASHLEY DAWN L
MEAD, RACHELLE MELOCOTON,
MELISSA MINA, ALEXANDRIA
MITCHELL, DODI MOORE, LISA
MORAN, JILLIAN MUELLER,
JONATHAN MULLIGAN, KEVIN
MURPHY, CHRIS W. MURRAY, LISA
MUZYCKA, CYNTHIA OLVERA,
LESLIE LYNN PAIZ, REIGHLYNN
PARSLEY, PAUL PEREZ, ERIC
PERKINS, BRIAN PICKENS, LEONEL
M. PLATA, KEITH POWERS,
MATTHEW C. REED, BRENDA
RESNICK, KURT ROBERTS, MICHAEL
ROBERTSON, SUSAN ROSE, CHANTEL
RUBIO, LAURA RUIZ, RENEE
SALAZAR, SELSO SALAZAR,
ERNESTINE SANDOVAL, ROBERT
SCHRODE, ALICIA SEGOVIA,
GILBERT SEGOVIA, CHERYL SEGUIN,
FRED SEGUIN, ANTHONY SILVA,
CHEYENNE NICOLE SIMON, SHELBY
SLIFKA, RYAN SMITH, STEPHANIE
SOTOMAYOR, KATEY SOUZA,
CHERYL SPENCER, AMBER STREID,
CLINT SUNDEEN, KYLE C. SUNDEEN,
LYNNSEY SWEET, RUBEN
TALAMANTEZ, DEBORAH THOMAS,
LINDSAY TILLEMA, KENNETH
TONKOVICH, HAMIDA TRUJILLO,
JACQUELYN TRUJILLO, ERIN
VALENZUELA, GERARD
VANGERWEN, DILLON VILLALOBOS,
DON VILLALOBOS, LISA
VILLALOBOS, PARISSE VILLALOBOS,
CHRISTOPHER WETZEL, GREG
WHITE. VICTORIA WHITE. TRACIE P.

WIGHT, JAMES WILLIAMSON,
MCKAYLA WILSON, JEFF WRIGHT,
TOME XAYAVONG, TENESHA
ALFARO, DANIEL EARL ALVAREZ,
TINELLA BARRANCO, DONOVAN
BARTHEL, MONIQUE D BARTHEL,
ALEISA BEBEE, SEAN BEESON,
RICHARD D. COE, PATRICIA COPE,
BRITTANI CRAWFORD, KIRA M.
CROSS, KORTNEY DELAWAY,
ALLISON DORR, KENDALL
DUSENBERRY, STACI ELLIS, LAURA
ESTRADA, KYLE EVINGER, JEFFREY
FEIG, ART FLORES, STEVEN FLORES,
ROCHELLE FORSYTH, BRITTANY
GEBHART, KYLEE GLASSCOCK,
REGINA ANNE HARRIS, PATRICK
HOBBS, LEIGH ANN HODGSON,
VANESSA HOLUB, ALEXIS HOOD,
DEBRA HUDSON, SCOTT KEERAN,
VALERIE MELISSA KEERAN,
MATTHEW KLEMMER, BRITTANY
LAJOIE, JAMIE LAVERY, CARA
LEDERGERGERBER, EMILY MAJER,
BAMBI RENE MOREAU, DENINE
PETERS, DANYALE PETTERSON,
KRYSTAL RAMIREZ, MICHAEL
ROGOZIK, MONICA ROGOZIK,
MICHAEL COTY RYE, ALLISON
SAELEE, LISA SCHNEIDER, MARK
SCHNEIDER, MICHAEL K. SHOLAN,
BUDDY SKIDMORE, KELLIE
SUNDEED, ERIN TABER, MARIE
TAUTRIM, MICHAEL TAUTRIM, EVAN
TILLEMA, LANNA TINOCO, PETER
VIOLAS, DEREK WHITE, PRESLEY
WICK, REBECCA WILKEN, CASSIE
ARDITO, RICHARD ARDITO, BRAD
BEAUCHAMP, DAWN BEAUCHAMP,
ALISA CLAWSON, KARA CLEMENT,
MELISSA CONTRI, KARIN DONIS,
ANGELA FAVIA, GARRETT
GHAHYASI, JUSTIN HENDERSON,
JUDIE JEAN KIRKSEY, BROOKE
LANEY, LOGAN LAPORTE, MITCHELL
LAPORTE, CLAUDIA MAJALCA,
BRIAN O'LEARY, CARRIE O'LEARY,
DESTINY PACHECO, SHAWN PRICE,
DOMINIC RABANAL, CASEY
SCANDLYN, ILENE SCANDLYN, LEE
SKOLNICK, TROY SPRINGER,
LINDSAY STRAGIER, JAEGER
WOODSON and STEVEN HEIRSHBERG

1    -and-                                    **BRAUN & BRAUN LLP**[1]

2

3

4                                            Adam H. Braun SBN 199544
                                             Joshua M. Moonesinghe SBN 316620
5                                            10250 Constellation Blvd., Suite 1020
                                             Los Angeles, California 90067
6                                            (310) 277-4777 Fax: (310) 507-0232
                                             adam@braunlaw.com
7                                            iosh@braunlaw.com
                                             Attorneys for Defendants JUSTIN
8                                            GALVAN, R.G., A MINOR, P.G., A
                                             MINOR, P.G., A MINOR, ESTATE OF
9                                            KERI GALVAN, KEITH MINEO, and
                                             JESSICA DAVIES
10
     DATED:  October 4, 2019                 **BROWNE GEORGE ROSS LLP**
11

12

13                                           By: */s/ Andrew A. August*

14                                           Andrew A. August SBN. 112851
                                             Kevin F. Rooney SBN 184096
15                                           101 California Street, Suite 1225
                                             San Francisco, California 94111
16                                           (415) 391-7100 Fax: (415) 391-7198
                                             aaugust@bgrfirm.com
17                                           krooney@berfirm.com
                                             Attorneys for Defendant JULIE MCGINIS
18

19

20

21

22

23

24

25

26

27   _____

28   [1] Counsel was unable to be reached, but all other Co-Counsel have authorized the
     filing.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, I, Bethany W. Kristovich, attest that the above

signatories have authorized this filing and concur in its content.

*/s/ Bethany W. Kristovich*
Bethany W. Kristovich

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October 2019, I caused to be electronically filed the foregoing via the Court's Electronic Case Filing (ECF) system. I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.


*/s/ Bethany W. Kristovich*
Bethany W. Kristovich