Brad D. Brian SBN 79001
Michael R. Doyen SBN 119687
Bethany W. Kristovich SBN 241891
John M. Gildersleeve SBN 284618
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
(213) 683-9100; Fax:     (213) 687-3702
brad.brian@mto.com
michael.doyen@mto.com
bethany.kristovich@mto.com

Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, et al.

Mark P. Robinson, Jr., SBN 54426
Daniel S. Robinson, SBN 244245
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax: (949) 720-1292
mrobinson@robinsonfirm.com
drobinson@robinsonfirm.com

Attorneys for Defendants,
ANDREA ABRAMS, et al.

[See Signature Line for Additional Defendants]
*Additional counsel of record listed on page 2*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID AASE, et al.,<br><br>Defendants. | Case No. LA CV18-06113 JAK (FFMx)<br><br>**REPORT ON MEDIATION**<br><br>Trial Date:     Not Yet Assigned |

*Counsel of record continued*

| | |
|---|---|
| Robert T. Eglet (*Pro Hac Vice Forthcoming*)<br>Robert M. Adams (*Pro Hac Vice Forthcoming*)<br>**EGLET ADAMS**<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101<br>(702) 450-5400; (702) 450-5451<br>Eservice@egletlaw.com<br><br>Attorneys for Defendants,<br>ANDREA ABRAMS, et al. | Kevin R. Boyle SBN 192718<br>**PANISH SHEA & BOYLE LLP**<br>11111 Santa Monica Blvd., Suite 700<br>Los Angeles, CA 90025<br>(310) 477-1700; Fax: (310) 477-1699<br>boyle@psblaw.com<br><br>Attorneys for Defendants BRYCE HEATHCOAT, et al. [See Signature Line for Additional Defendants] |
| Adam H. Braun SBN 199544<br>Joshua M. Moonesinghe SBN 316620<br>**BRAUN & BRAUN LLP**<br>10250 Constellation Blvd., Suite 1020<br>Los Angeles, California 90067<br>(310) 277-4777 Fax: (310) 507-0232<br>adam@braunlaw.com<br>josh@braunlaw.com<br><br>Attorneys for Defendants JUSTIN GALVAN, R.G., A MINOR, P.G., A MINOR, P.G., A MINOR, ESTATE OF KERI GALVAN, KEITH MINEO, and JESSICA DAVIES | Andrew A. August SBN. 112851<br>Kevin F. Rooney SBN 184096<br>**BROWNE GEORGE ROSS LLP**<br>101 California Street, Suite 1225<br>San Francisco, California 94111<br>(415) 391-7100 Fax: (415) 391-7198<br>aaugust@bgrfirm.com<br>krooney@bgrfirm.com<br><br>Attorneys for Defendants ESTATE OF STACEE ETCHEBER and VINCENT ETCHEBER |

The parties respectfully advise the Court that after the parties have reached a settlement agreement, the process is continuing towards resolution.

The parties continue to believe that this outcome will avoid prolonged litigation, and resolve this matter so that the communities, the victims and their families can move forward in the healing process.

Under the terms of the agreement, claimants had until May 14, 2020 to elect to participate in the settlement. The parties are currently evaluating the status of the opt-in process. With respect to claimants who elect to participate, the agreement provides for dismissal of pending litigation, including the claims in this action. The parties therefore respectfully request to file the next joint report on August 21, 2020 in the event that this action has not been voluntarily dismissed as to all parties by that date.

DATED: May 15, 2020               **MUNGER, TOLLES & OLSON LLP**

By:  */s/ Bethany W. Kristovich*
 Brad D. Brian SBN 79001
 Michael R. Doyen SBN 119687
 Bethany W. Kristovich SBN 241891
 John M. Gildersleeve SBN 284618
 MUNGER, TOLLES & OLSON LLP
 350 South Grand Avenue, 50th Floor
 Los Angeles, CA 90071-3702

 Attorneys for Plaintiffs MGM RESORTS INTERNATIONAL, et al.

DATED: May 15, 2020               **ROBINSON CALCAGNIE, INC.**

By:  */s/ Daniel S. Robinson*
 Mark P. Robinson, Jr. SBN 54426
 Daniel S. Robinson SBN 244245
 19 Corporate Plaza Drive
 Newport Beach, CA 92660

-3-
REPORT ON MEDIATION

| | |
|---|---|
| 1 | (949) 720-1288; Fax: (949) 720-1292 |
| 2 | mrobinson@robinsonfirm.com<br>drobinson@robinsonfirm.com |
| 3 | And |
| 4 | Robert T. Eglet (*Pro Hac Vice Forthcoming*) |
| 5 | Robert M. Adams (*Pro Hac Vice Forthcoming*) |
| 6 | **EGLET ADAMS** |
| 7 | 400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101 |
| 8 | (702) 450-5400; (702) 450-5451<br>Eservice@egletlaw.com |
| 9 | Attorneys for Defendants, ANDREA ABRAMS, DANIEL ABRAMS, LEANNE ALTAMIRANO, JOANNA ALVAREZ, JENNIFER APARICIO, SHARMEN BADUA-MURRAY, SHANNON BALAS, JASMINE BARBUSCA, ASHLEY BECKER, ANNALISE BELMARES, MEGHAN BELMARES, JONATHAN BELTRAN, AMANDA BOBB, MICHAEL BRADLEY, STEVEE BRANCATO, JOHN BUI, LYNZEE CAMPBELL, KAREN CANADA, BRITTNIE NICOLE CARDENAS, ELIZABETH CARVALHO, CONNOR CASAREZ, CHRISTOPHER CAYWOOD, KASANDRA CAYWOOD, KERI CESARIO, ROBERT CESARIO, KRISTI CHRISTENSEN, KATHLEEN CONTI, TYLER CRAIG, BRENDA CRANE, JENNIFER CUEVAS, ADRIANNA CULLER, KYLE DAVID, VANESSA DIPOLITO, ROBYN DOBBS, ELYSE DONNELLY, JESSICA DOVALINA, GENA ELFELT, STACI ELLIS, STEVE ENCINIAS, MELISSA FIERRO, DANIEL FLORES, AMANDA FROST, STEPHANIE GALLEGOS, TRISTI GLOVER, ALESHA GONZALEZ, JENNIFER GRIMM, GABRIEL GUERRERO, TRISHA GUERRERO, LARRY HAYDEN, BRANDON HELMICK, KRISTINE HENDERSON, WHITNEY HINNANT, TAMMY HISCOX GURULE, KENDRA HOBBS, KATHERINE HOEY, LISA HOLGUIN, BRENDAN HOOLIHAN, DEBRA HUDSON, JULIE HUNTSINGER, RENEE JIMENEZ. MICHELLE JONES. |

ALAINA KELLY, WILLIAM KELLY, BRIAN KETTERING, YVETTE KETTERING, REBECCA KNEPPER, KASH KNUDSON, CHELSEA LAURENT, NICHOLAS LAWLOR, TIFFANI LAWYER, RUTH LEGASPI, DELANE LEIVAS, JUDITH LEYN, MICHAEL LJUBIC, ARLA LONCAR, BLAKE LONCAR, LETICIA LUNA, KELCY MAIO, ASHLEY MANSPERGER, ADAM MATZ, CHRIS W. MURRAY, ANA NUNEZ, LUIS NUNEZ, ARIEL ONTMAN, LESLIE PAIZ, ROCKY PALERMO, SALLY PALMER, HALEY PANNO, KENDALL QUIROZ, LYNNE REICK, JASARA REQUEJO, SAUL RODRIGUEZ, CLAUDIA ROMERO, HARRY ROMERO, ANNA ROSS, AMANDA RUMBLE, ERIC RYMER, JUSTINE SALAS, JANAE SAMBRANO, JANET SEEGER, MAGEE SEGAL, TOMMIE SERRANO, STEPHANIE SMARKER, PARKER STEVENS, STEVE STEWART, SHANDI STRONG, NICHOLAS SWARTZ, YVETTE SWARTZ, JANELLE TERKEURST, EVAN TILLEMA, ALFREDO TOLEDO, JOHNNY TOSCANO, RHONDA TRASK, HAMIDA TRUJILLO, LIGIA URIARTE, NATHALIE VANDERSTAY, AMANDA WECHSLER, STACY WILBANKS, ANNA WILLIAMS, JOSEPH WILLIAMS, JAMES WILLIAMSON, MCKAYLA WILSON, BRETT YEAKEL, SHANNON ZEEMAN, SHARLA ZOTEA

DATED:  May 15, 2020

**PANISH SHEA & BOYLE LLP**

By:  */s/ Kevin R. Boyle*
Kevin R. Boyle SBN 192718
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
(310) 477-1700; Fax: (310) 477-1699
boyle@psblaw.com

| | |
|---|---|
| 1 | Attorneys for Defendants BRYCE |
| 2 | HEATHCOAT, LISA DANCEL, CODI BABCOCK, LEANNE HUGGINS, RENEE |
| 3 | ALCALA, CHRIS W. MURRAY, SHARMEN MURRAY, LARISSA |
| 4 | COBURN, LORI KAMMER, TODD KAMMER, AARON E. JENKINS, |
| 5 | BRIANNA TAYLOR, DANIEL STAPLES, DAVID SCANTLIN, DESIREE TEMPLE, |
| 6 | DONALD WASHBROOK JR., ELLEN DAVIS, ERICA GALLEGOS, HEATHER |
| 7 | HERNANDEZ, JOANNA KILMA, JULIA CAMPOS, KAREN ELAINE SMERBER, |
| 8 | KARLEE POE, KERRY WISDEN, KRISTINA STAPLES, LARRY |
| 9 | DELGADO, LAUREN BRADY, LAUREN CHRISTINE KRUEGER, LAUREN HITT, |
| 10 | LISA HARTZ, MICHELLE ANN CASHMAN, MICHELLE SCANTLIN, |
| 11 | MIKAELA DIAZ, RYAN L. SCANTLIN, SAMUEL STAPLES, TAWANYA OTTO, |
| 12 | TAYLOR BLAISER, TIFFANY BALL, H.S., A MINOR , JEFFREY STEFFENS, |
| 13 | CHARLES MAYFIELD, CHARLES MAYFIELD IV, CHRISTINE A. |
| 14 | MAYFIELD, CINDY BRADSHAW, CRYSTAL SALAZAR, GLORIA |
| 15 | AGUIRRE, JULIE DOVE, REBEKAH SCHEUSSLER, ROBERT BRADSHAW, |
| 16 | STACEY BROWN-FUSANO, DEBORAH HALL, ERNESTO ALFARO, JESUS |
| 17 | ASTUA, CHEYENE BACON-MERIWEATHER, MARY BANTA, TED |
| 18 | BANTA, JANNETTE BLAKE, JODI BOATWOOD, DIANELLA BONO, |
| 19 | MAUREEN BONTE, JAMES BRIGHTLY, TREANESHA LASHONDA BULLION, |
| 20 | TERRY BURK, ANDREA BUSTAMANTE, GABRIELLA |
| 21 | BUSTAMANTE, JENNIFER CAMPAS, ANGELA CATURA, WILLIAM COOK, |
| 22 | JOY M. CRUZ, NICOLE CUSICK, ROBERT CUSICK, DEBORAH |
| 23 | DAWKINS, DEANNA DAWSON, LORI DAWSON, CYNTHIA DEARING, BRETT |
| 24 | DELAURA, DANIEL DOMINGUEZ, AMBER DURHAM, CANDICE |
| 25 | ERICKSON, CHRIS ERICKSON, NICO ESTRADA, BRIANA EVANS, ASHLEY |
| 26 | FARGO, JENNIE FERNANDES, MINDY FINCHER, DONALD FORSYTH, |
| 27 | LORRAINE FUENTES, STEPHANIE GALLEGOS, CELENA GARCIA, STACY |
| 28 | GARCIA, ROBERT GLAVIS, TERESA GLAVIS. ASHLEY GOMEZ. DANIEL |

JOSEPH GONZALES, MIKERRA GUERRERO, STEVEN HALL, TRAVIS HALL, BRANDON HARLOW, MELINDA HAWKINS, KILEY HAYDEN, KRISTINA HAYDEN, RICARDO HERNANDEZ, EMMITT HICKMAN, TERESA HIMLEY, TANNA HOLDERLE, CINDY HOLGUIN, MELISSA HOLMQUIST, TAYLOR HOOD, BRENDAN HOOLIHAN, BRET IVEY, LANESHIA JOHNSON, KELSI KESSLER, SANA KHADER, MICHAEL KRETSCHMAR, SOPHIA LIMA, ELVIA LLAMAS, MANUEL LLAMAS, DELANEY LLANUSA, JEFF MANAHAN, KEVIN MANAHAN, ANDREW MARTINEZ, SOMER MARTINEZ, TONY MARTINEZ, WILLIAM MASON, ASHLEY DAWN L MEAD, RACHELLE MELOCOTON, MELISSA MINA, ALEXANDRIA MITCHELL, DODI MOORE, LISA MORAN, JILLIAN MUELLER, JONATHAN MULLIGAN, KEVIN MURPHY, CHRIS W. MURRAY, LISA MUZYCKA, CYNTHIA OLVERA, LESLIE LYNN PAIZ, REIGHLYNN PARSLEY, PAUL PEREZ, ERIC PERKINS, BRIAN PICKENS, LEONEL M. PLATA, KEITH POWERS, MATTHEW C. REED, BRENDA RESNICK, KURT ROBERTS, MICHAEL ROBERTSON, SUSAN ROSE, CHANTEL RUBIO, LAURA RUIZ, RENEE SALAZAR, SELSO SALAZAR, ERNESTINE SANDOVAL, ROBERT SCHRODE, ALICIA SEGOVIA, GILBERT SEGOVIA, CHERYL SEGUIN, FRED SEGUIN, ANTHONY SILVA, CHEYENNE NICOLE SIMON, SHELBY SLIFKA, RYAN SMITH, STEPHANIE SOTOMAYOR, KATEY SOUZA, CHERYL SPENCER, AMBER STREID, CLINT SUNDEEN, KYLE C. SUNDEEN, LYNNSEY SWEET, RUBEN TALAMANTEZ, DEBORAH THOMAS, LINDSAY TILLEMA, KENNETH TONKOVICH, HAMIDA TRUJILLO, JACQUELYN TRUJILLO, ERIN VALENZUELA, GERARD VANGERWEN, DILLON VILLALOBOS, DON VILLALOBOS, LISA VILLALOBOS, PARISSE VILLALOBOS, CHRISTOPHER WETZEL, GREG WHITE. VICTORIA WHITE. TRACIE P.

WIGHT, JAMES WILLIAMSON, MCKAYLA WILSON, JEFF WRIGHT, TOME XAYAVONG, TENESHA ALFARO, DANIEL EARL ALVAREZ, TINELLA BARRANCO, DONOVAN BARTHEL, MONIQUE D BARTHEL, ALEISA BEBEE, SEAN BEESON, RICHARD D. COE, PATRICIA COPE, BRITTANI CRAWFORD, KIRA M. CROSS, KORTNEY DELAWAY, ALLISON DORR, KENDALL DUSENBERRY, STACI ELLIS, LAURA ESTRADA, KYLE EVINGER, JEFFREY FEIG, ART FLORES, STEVEN FLORES, ROCHELLE FORSYTH, BRITTANY GEBHART, KYLEE GLASSCOCK, REGINA ANNE HARRIS, PATRICK HOBBS, LEIGH ANN HODGSON, VANESSA HOLUB, ALEXIS HOOD, DEBRA HUDSON, SCOTT KEERAN, VALERIE MELISSA KEERAN, MATTHEW KLEMMER, BRITTANY LAJOIE, JAMIE LAVERY, CARA LEDERGERGERBER, EMILY MAJER, BAMBI RENE MOREAU, DENINE PETERS, DANYALE PETTERSON, KRYSTAL RAMIREZ, MICHAEL ROGOZIK, MONICA ROGOZIK, MICHAEL COTY RYE, ALLISON SAELEE, LISA SCHNEIDER, MARK SCHNEIDER, MICHAEL K. SHOLAN, BUDDY SKIDMORE, KELLIE SUNDEED, ERIN TABER, MARIE TAUTRIM, MICHAEL TAUTRIM, EVAN TILLEMA, LANNA TINOCO, PETER VIOLAS, DEREK WHITE, PRESLEY WICK, REBECCA WILKEN, CASSIE ARDITO, RICHARD ARDITO, BRAD BEAUCHAMP, DAWN BEAUCHAMP, ALISA CLAWSON, KARA CLEMENT, MELISSA CONTRI, KARIN DONIS, ANGELA FAVIA, GARRETT GHAHYASI, JUSTIN HENDERSON, JUDIE JEAN KIRKSEY, BROOKE LANEY, LOGAN LAPORTE, MITCHELL LAPORTE, CLAUDIA MAJALCA, BRIAN O'LEARY, CARRIE O'LEARY, DESTINY PACHECO, SHAWN PRICE, DOMINIC RABANAL, CASEY SCANDLYN, ILENE SCANDLYN, LEE SKOLNICK, TROY SPRINGER, LINDSAY STRAGIER, JAEGER WOODSON and STEVEN HEIRSHBERG

| | | |
|---|---|---|
| 1 | DATED:  May 15, 2020 | **BRAUN & BRAUN LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Adam H. Braun* |
| 5 | | Adam H. Braun SBN 199544<br>Joshua M. Moonesinghe SBN 316620<br>10250 Constellation Blvd., Suite 1020 |
| 6 | | Los Angeles, California 90067<br>(310) 277-4777 Fax: (310) 507-0232 |
| 7 | | adam@braunlaw.com<br>josh@braunlaw.com |
| 8 | | Attorneys for Defendants JUSTIN<br>GALVAN, R.G., A MINOR, P.G., A |
| 9 | | MINOR, P.G., A MINOR, ESTATE OF<br>KERI GALVAN, KEITH MINEO, and |
| 10 | | JESSICA DAVIES |
| 11 | DATED:  May 15, 2020 | **BROWNE GEORGE ROSS LLP** |
| 12 | | |
| 13 | | |
| 14 | | By: */s/ Andrew A. August* |
| 15 | | Andrew A. August SBN. 112851<br>Kevin F. Rooney SBN 184096 |
| 16 | | 101 California Street, Suite 1225<br>San Francisco, California 94111 |
| 17 | | (415) 391-7100 Fax: (415) 391-7198<br>aaugust@bgrfirm.com |
| 18 | | krooney@bgrfirm.com<br>Attorneys for Defendants ESTATE OF |
| 19 | | STACEE ETCHEBER and VINCENT<br>ETCHEBER |

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, I, Bethany W. Kristovich, attest that the above signatories have authorized this filing and concur in its content.

*/s/ Bethany W. Kristovich*
Bethany W. Kristovich

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May 2020, I caused to be electronically filed the foregoing via the Court's Electronic Case Filing (ECF) system. I understand that notification of this filing will be sent to all counsel of record in this matter who are on the Court's CM/ECF service list.

　　　　　　　　　　　　　　　　　　　　/s/ Bethany W. Kristovich
　　　　　　　　　　　　　　　　　　　　Bethany W. Kristovich